Debtor name **CONTEMPO FLORIDA HOLIDAYS LTD. INC**

United States Bankruptcy Court for the: **MIDDLE** District of **FLORIDA** (State)

Case number (if known): **8:19-bk-11518-MGW**

**FILED**

**#15186**

2019 DEC 17 PM 2:59

CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. **Cash on hand**                                                                        $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | $_____ |
| 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $_____ |
| 4.2. | $_____ |

5. **Total of Part 1**                                                                     $_____

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | $_____ |
| 7.2. | $_____ |

Debtor _Contents Pueblat Hecton's Chun's_   Name

Case number (if known) _8:_

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                                    Current value of debtor's
                                                                    interest

11. **Accounts receivable**

    11a. 90 days old or less:   _725,270-75_  –  _____  = ⟶   $ _725,270-75_
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:   _43,689-78_  –  _____  = ⟶   $ _43,689-78_
                             face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ _768,960-53_

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                   Valuation method        Current value of debtor's
                                                   used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____

    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $_____

---

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property            page 2

Debtor _CONTEMPO FLORIDA HOLIDAYS LTD. INC_   Case number (if known) _8-19-BK-11518 MGW_
      Name

---

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   CENTENNIO FLORIDA HOLIDAYS LTD INC.     Case number (if known) 8:19-bk-11518-MGW
         Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks, chairs, cabinets | $ 20,000 | LIQUIDATION | $ 20,000 - 00 |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| COMPUTERS, MONITORS, PHONES, SERVERS | $ 20,000 | LIQUIDATION | $ 20,000 - 00 |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ 40,000 - 00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor _CONTEMPO FLORIDA HOLIDAYS LTD INC_   Case number (if known) _8:19-BK-11518 MGW_
         Name

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 NISSAN NV 200 | $ 7,000.-00 | BLUE BOOK | $ 7,000.-00 |
| 47.2 NISSAN NV 200 | $ 7,000.00 | BLUE BOOK | $ 7,000.-00 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 14,000 - 00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor CONTEMPO FLORIDA HOLIDAYS LTD, INC.
Name

Case number (if known) 8:19-BK-11518-MGW

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations**<br>CUSTOMER MANAGEMENT CONTRACTS | $ 900,000 | CURRENT MARKET VALUE | $ 900,000 |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 900,000

Debtor ___CENTOMPO FLORIDA HOLIDAYS LTD. IN.___   Case number (if known) 8:19-BK-91518- MGW
      Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 11:   All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____   _____ – _____   = ➔   $ _____
                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   _____   Tax year _____   $ _____
   _____   Tax year _____   $ _____
   _____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**
   _____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____   $ _____

   Nature of claim   _____
   Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____   $ _____

   Nature of claim   _____
   Amount requested   $ _____

76. **Trusts, equitable or future interests in property**
   _____   $ _____

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership
   _____   $ _____
   _____   $ _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.   $ _____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
☐ No
☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 7

Debtor _____    Case number (if known) 8:19-BK-11518- MGW

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ _____ | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ _____ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 768,960-53 | |
| 83. Investments. *Copy line 17, Part 4.* | $ _____ | |
| 84. Inventory. *Copy line 23, Part 5.* | $ _____ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ _____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 40,000-00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 14,000-00 | |
| 88. Real property. *Copy line 56, Part 9.* .......................➔ | | $ _____ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 900,000 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ _____ | |
| 91. Total. Add lines 80 through 90 for each column. ..................... 91a. | $ 1,922,960.53 | + 91b. $ _____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. .................................................................. $ 1,922,960.53

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 8

Debtor name  CONTEMPO FLORIDA HOLIDAYS LTD. INC

United States Bankruptcy Court for the: _____ MIDDLE _____ District of FLORIDA
                                                                    (State)

Case number (If known):  8:19-bk-11518-MGW

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

Describe debtor's property that is subject to a lien

_____
_____
_____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A:  $_____

Column B:  $_____

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____
_____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A:  $_____

Column B:  $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

Debtor  CONTEMPO FLORIDA HOLIDAYS LTD. INC.

United States Bankruptcy Court for the:  MIDDLE  District of  FLORIDA
                                                              (State)

Case number  8:19-bk-11518-MGW
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| _____ | | | |
| _____ | | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| _____ | _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| _____ | | | |
| _____ | | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| _____ | _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| _____ | | | |
| _____ | | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| _____ | _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

Debtor _____    Case number (if known)_____

Name

**Part 1:**  **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.__**  Priority creditor's name and mailing address

_____
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____    Priority amount $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.__**  Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.__**  Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.__**  Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor    CONTEMPO FLORIDA HOLIDAYS LTD. INC.    Case number (if known)    8-19-bk-11518-MGW
_____Name_____

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

MULLIGAN FUNDING LLC

4715 VIEWRIDGE AVE, SUITE 100

SAN DIEGO, CA 92123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 292,170-50

**3.2**  Nonpriority creditor's name and mailing address

REEVE LEVENTHAL

7711 POINTVIEW CIRCLE

ORLANDO    FL 32836

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 200,000-00

**3.3**  Nonpriority creditor's name and mailing address

EXPO CREDIT

1450 BRICKELL AV,    STE 2660

MIAMI    FL 33131

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,231,682-11

**3.4**  Nonpriority creditor's name and mailing address

AMERICAN EXPRESS

PO BOX 650448

DALLAS TX 75265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 50,000-00

**3.5**  Nonpriority creditor's name and mailing address

MARLIN

300 FELLOWSHIP RD, MT. LAUREL TOWNSHIP

NJ 08054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 6053-58

**3.6**  Nonpriority creditor's name and mailing address

RINGTOOTH LLC

43344 HWY 27, DAVENPORT

FL 37837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 13,543-92

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of ___

Debtor _CONTEMPO FLORIDA HOLIDAYS LTD. INC_   Case number (if known) _8:19-BK-11518-MGW_

Name

**Part 2    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.6** Nonpriority creditor's name and mailing address

_AMERICAN EXPRESS MERCHANT FINANCING_

_PO BOX 981535_

_EL PASO   TX   79998_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _05/15/2019_
Last 4 digits of account number   _9 3 0 0_

Is the claim subject to offset?
☐ No
☐ Yes

$ _110,770 - 00_

**3.7** Nonpriority creditor's name and mailing address

_WASTE MANAGEMENT_

_PO BOX 4648_

_CAROL STREAM   IL   60197_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ _3,224 - 78_

**3.8** Nonpriority creditor's name and mailing address

_RACETRAC_

_WEX BANK, PO BOX 6293_

_CAROL STREAM   IL   60197_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _1976 - 30_

**3.9** Nonpriority creditor's name and mailing address

_LOWES_

_PO BOX 530954_

_ATLANTA   GA   30353_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _7 8 3 2_

Is the claim subject to offset?
☐ No
☐ Yes

$ _11,427 - 60_

**3.10** Nonpriority creditor's name and mailing address

_INTEGRAL POOL SERVICES LLC_

_52 RILEY RD_

_CELEBRATION FL   34747_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ _6,875 - 00_

**Part 2:**  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.11** Nonpriority creditor's name and mailing address

PROGUARD SOLUTIONS GROUP

PO BOX 2427, WINTER PARK
FLORIDA  32790

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 10,477-00

Date or dates debt was incurred _____
Last 4 digits of account number  D 8 5 3

Is the claim subject to offset?
☐ No
☐ Yes

**3.12** Nonpriority creditor's name and mailing address

HOMES OF AMERICA

17445 US HWY 192,   STE 15
SUMMER BAY PLAZA, CLERMONT 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 133,118-63

Date or dates debt was incurred _____
Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address

EAGLE MANAGEMENT

209 AMBERSWEET WAY
DAVENPORT  FL  33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 120,653-56

Date or dates debt was incurred _____
Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

DUNES PROPERTY MANAGEMENT

1612 FOREST HILLS LANE
HAINES CITY  FLORIDA  33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 78,234-10

Date or dates debt was incurred _____
Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

KJB HOLDINGS

8297 CHAMPIONS GATE BLVD
STE 317, CHAMPIONS GATE, FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 7,100-00

Date or dates debt was incurred _____
Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

EXECUTIVE VILLAS

1437 DENCE CIRCLE

DAVENPORT, FL 33896

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 46,311.39

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

TROPICAL ESCAPES

8320 CHAMPIONS GATE BLVD

CHAMPIONS GATE, FL 33896

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46,003.23

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

POLK AIR CONDITIONING INC

103 CROSSCREEK LANE

AUBUNDALE FL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,846.00

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

VIDYA SINGH

334 BONVILLE · DRIVE

DAVENPORT FL 33897

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 22,338-57

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

KEVORK KECHECHIAN

8525 SUN KEY DRIVE

KISSIMMEE FL 34747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22,110-83

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

NORA GIVEN

305 PRESTWICK DRIVE

DAVENPORT FL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,989-56

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

K. KNIPPLE

2139 CITRON CT

CLERMONT FL 34714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,633-65

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

P. TOWNING

1332 NORTHAMPTON DRIVE

DAVENPORT FL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,112-21

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____   Case number (if known) _____

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.__** Nonpriority creditor's name and mailing address

M. CASTILLO

2245 VICTORIA DR

DAVENPORT FL 33837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 15,936 -22

**3.__** Nonpriority creditor's name and mailing address

R. KURUP

1060 SOLTERRA

DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 15,489 -35

**3.__** Nonpriority creditor's name and mailing address

A. HICKS

733 TUSCAN HILLS BLVD

DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 14,692 -08

**3.__** Nonpriority creditor's name and mailing address

A. BRIMBLE

319 ROBIN RD

DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 12,950 -09

**3.__** Nonpriority creditor's name and mailing address

E. HERRING

205 VISTA VIEW DR

DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 11,881 -58

**Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

VELLETS ENTERPRISES LLC

6086 BROAD OAK DR
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,973~78

3.___ Nonpriority creditor's name and mailing address

D. RAWLUK

1694 WATERVUE LOOP
HAINES CITY FL 33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,896~87

3.___ Nonpriority creditor's name and mailing address

K. DREIBELBIS

1144 TROON CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,723~29

3.___ Nonpriority creditor's name and mailing address

R. KNIGHT

646 BIRKDALE ST.
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,681~85

3.___ Nonpriority creditor's name and mailing address

R. GAINES

1543 GULF VUE
HAINES CITY FL 33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,239~25

Debtor _____    Case number (if known) _____
        Name

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__  Nonpriority creditor's name and mailing address

I. PEPPER
15533
MARKHAM DR
CLERMONT    FL  34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,165 - 10

3.__  Nonpriority creditor's name and mailing address

K KELLEY

16017  BLOSSOM HILL LOOP
CLERMONT    FL  34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,425 - 80

3.__  Nonpriority creditor's name and mailing address

WILLIAM HILL
5253 OAKBORNE AV.
DAVENPORT   FL    33837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,266 - 79

3.__  Nonpriority creditor's name and mailing address

H. HOSKINS

2251 VICTORIA DR
DAVENPORT   FL  33837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,810 - 45

3.__  Nonpriority creditor's name and mailing address

S. REILY

253 ALDRIDGE LANE
DAVENPORT   FL  33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,739 - 23

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of __

Debtor _____

Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___   Nonpriority creditor's name and mailing address

M. HSU

2235 MALLORY CIRCLE

HAINES CITY, FL 33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,655-34

3.___   Nonpriority creditor's name and mailing address

M. SNOOK

8632 LA ISLA DR

KISSIMMEE FL 34747

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,478-47

3.___   Nonpriority creditor's name and mailing address

M. PARSONAN

909 ORISTA DR

DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,393-75

3.___   Nonpriority creditor's name and mailing address

P. MAYORAL

461 ROBIN RD

DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,217-94

3.___   Nonpriority creditor's name and mailing address

J. BOOTH

16009 BLOSSOM HILL LOOP

CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,159-70

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page ___ of ___

Debtor _____
        Name

**Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___** Nonpriority creditor's name and mailing address

W. MASON

253 SOLTERRA
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,113 - 10

---

**3.___** Nonpriority creditor's name and mailing address

E. TOLLAND

1524 GULF VIEW
HAINES CITY FL 33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,077 - 06

---

**3.___** Nonpriority creditor's name and mailing address

RAFIDNADARSAMIBAND ISLANDS

2566 ROSEMONT CIRCLE
DAVENPORT FL 33837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,763 - 81

---

**3.___** Nonpriority creditor's name and mailing address

VBE USA LLC

7751 KINGSPOINT PARKWAY #109
ORLANDO FL 32819

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 22,495 - 37

---

**3.___** Nonpriority creditor's name and mailing address

M. AYRIS

146 MOCKINGBIRD RD.
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,660 - 13

---

Debtor _____ Name

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 7,364-43 |

R. MARTHI

253 SARAGOSA

DAVENPORT   FL  33897

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 7,288-59 |

D. DORATHY

321 NORTHAMPTON DR

DAVENPORT   FL  33897

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 7,216-53 |

A. HORNE

15828 HERON HILL ST.

CLERMONT   FL  34714

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 7,205-69 |

A. MORAES

901 CHARO PARKWAY  UNIT 727

DAVENPORT   FL  33897

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 7,160-80 |

R. MARKANDU

129 BELFRY DR

DAVENPORT   FL  33897

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| Debtor | | Case number (if known) | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address

I. THOMPSON

1030 PINE RIDGE DR
DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,136-50

**3.___** Nonpriority creditor's name and mailing address

G. SEYTON

816 CHELSEA DR
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,056-06

**3.___** Nonpriority creditor's name and mailing address

A. ROJAS

2585 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,044-50

**3.___** Nonpriority creditor's name and mailing address

B. HARVEY

800 CORVINA DR
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,034-53

**3.___** Nonpriority creditor's name and mailing address

D. PULELLA

2200 MALLERY CIRCLE
HAINES CITY FL 33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,001-72

Debtor _____

## Form 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.__** Nonpriority creditor's name and mailing address

S. YU

2561 ROSEMONT CIRCLE
DAVENPORT  FL  33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,982-49

---

**3.__** Nonpriority creditor's name and mailing address

C. FORNENGO

2574 ROSEMONT CIRCLE
DAVENPORT  FL  33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,954-89

---

**3.__** Nonpriority creditor's name and mailing address

CEPHEI LLC

2610 ROSEMONT CIRCLE
DAVENPORT  FL  33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 19,315-16

---

**3.__** Nonpriority creditor's name and mailing address

RIGEL CENTAURI ENT. LLC

2646 ROSEMONT CIRCLE
DAVENPORT  FL  33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,396-74

---

**3.__** Nonpriority creditor's name and mailing address

X. LIU

2509 ROSEMONT CIRCLE
DAVENPORT  FL  33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,899-81

---

Debtor  _____

**Form**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

E. POST

2521 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,844-89

3.___ Nonpriority creditor's name and mailing address

B. CHOHAN

2604 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,813-10

3.___ Nonpriority creditor's name and mailing address

X. ZHU

2142 VICTORIA DR
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,730-34

3.___ Nonpriority creditor's name and mailing address

M. FOLEY

218 NORTHAMPTON DR
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,704-72

3.___ Nonpriority creditor's name and mailing address

B. MARTHI

154 SAVILLA AV.
DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,651-55

Official Form 206E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page ___ of ___

| Debtor | Oceanside Holiday Village, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ Nonpriority creditor's name and mailing address

S. SHELIKOFF

2589 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,573-86

3.___ Nonpriority creditor's name and mailing address

J. ELLIOTT

2573 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,573-24

3.___ Nonpriority creditor's name and mailing address

ALPHA CENTURI ENTERPRISES LLC

$7662 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,448-24

3.___ Nonpriority creditor's name and mailing address

M. WILLEY

1264 BLACKHEATH CT.
DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,410-22

3.___ Nonpriority creditor's name and mailing address

J. ROBINSON

2537 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,400-00

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

**Debtor** _Christine's Fresh Holiday, Inc._    **Case number** _(if known)_ _____

**Part 2**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__ Nonpriority creditor's name and mailing address

BRESTER GRAHAM LLP

263 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,400 - 00

3.__ Nonpriority creditor's name and mailing address

N. DALGARD

110 SARAGOSA
DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,396 - 77

3.__ Nonpriority creditor's name and mailing address

A. RIOUX

2533 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,318 - 82

3.__ Nonpriority creditor's name and mailing address

S. PATEL

2621 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,315 - 00

3.__ Nonpriority creditor's name and mailing address

T. MANGRA

2650 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,201 - 82

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**

G. Cordell

1418 Pine Ridge Drive
Davenport FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,994.58

---

3.___ **Nonpriority creditor's name and mailing address**

Kissimar Sol Group, LLC

2582 Rosemont Circle
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,988.00

---

3.___ **Nonpriority creditor's name and mailing address**

M. Patel

518 Solana
Davenport FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,960.40

---

3.___ **Nonpriority creditor's name and mailing address**

G. Hannah

2541 Rosemont Circle
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,943.60

---

3.___ **Nonpriority creditor's name and mailing address**

W. Davis

2341 Victoria Drive
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,901.54

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page ___ of ___

Case 8:19-bk-11518-MGW, Doc 13 Filed 12/17/19 Page 29 of 74
Debtor _____ Case number (if known) _____
Name

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

D. SPARKES

187 BLUE HERON CT.
DAVENPORT FL 33896

Date or dates debt was incurred _____

Last 4 digits of account number ____ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,260 - 70

3.___ **Nonpriority creditor's name and mailing address**

D. EVERARE

2629 ROSEMONT CIRCLE
DAVENPORT FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number ____ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,238 - 40

3.___ **Nonpriority creditor's name and mailing address**

J. SHEPPARD

1273 NORTHAMPTON DR
DAVENPORT FL 33896

Date or dates debt was incurred _____

Last 4 digits of account number ____ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,199 - 10

3.___ **Nonpriority creditor's name and mailing address**

V'EH CATION CORPORATION

2569 ROSEMONT CIRCLE
DAVENPORT FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number ____ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,102 - 02

3.___ **Nonpriority creditor's name and mailing address**

G. CLARK

151 ALDRIDGE LANE
DAVENPORT FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number ____ ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,088 - 91

Debtor _____    Case number (if known) _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

L. Ausiello

2800 Long Leaf
Clermont FL    34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,885.49

---

3.___ Nonpriority creditor's name and mailing address

A. Davey

214 Kettering Road
Davenport, FL    33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,880.25

---

3.___ Nonpriority creditor's name and mailing address

S. Hawkinson

214 Rosemont Circle
Davenport FL    33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,851.20

---

3.___ Nonpriority creditor's name and mailing address

M. Silva

205 Gleneagles Drive
Davenport FL    33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,837.55

---

3.___ Nonpriority creditor's name and mailing address

A. Ayodele

901 Charo Parkway #734
Davenport FL    33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,777.75

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**

M. TAMIMI

2653 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,050-00

---

3.___ **Nonpriority creditor's name and mailing address**

VAACM LLC

2545 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,974-95

---

3.___ **Nonpriority creditor's name and mailing address**

M. FRIESEN

2517 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,971-74

---

3.___ **Nonpriority creditor's name and mailing address**

G. MWANGI

2570 ROSEMONT CIRCLE
DAVENPORT FL 33897

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,971-09

---

3.___ **Nonpriority creditor's name and mailing address**

C. D'AVILA

16217 EGRET HILL ST.
CLERMONT FL 34714

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,896-83

---

Debtor _____ Case number (if known) _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

Geminis R Corporation

2618 Rosemont Circle
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 4,764.04

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

A. Chaudhary

300 Troon Circle
Davenport FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,722.78

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

Petala LLC

2649 Rosemont Circle
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,692.92

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

P. Scardino

2625 Rosemont Circle
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,643.20

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

G. Griffin

16128 Blossom Hill Loop
Clemont FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,585.94

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

L. ROMERO

306 ORISTA DRIVE

DAVENPORT FL 33892

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 5,841-75

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

H. LORENZINO

904 CHARS PARKWAY # 522

DAVENPORT FL 33892

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,778-07

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

G. TAYLOR

2413 ST. AUGUSTINE

HAINES CITY FL 33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,718-01

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

S. RENNIE

25291 ROSEMONT CIRCLE

DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,653-86

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___ Nonpriority creditor's name and mailing address

J. COLON

1027 BALMORAL DR

DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,606-84

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____  Case number (if known) _____
         Name

**Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.____ **Nonpriority creditor's name and mailing address**

D. Holmes

135 Herring Street
Davenport FL 33896

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,582.76

---

3.____ **Nonpriority creditor's name and mailing address**

B. Dick

321 Troon Circle
Davenport FL 33896

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,564.01

---

3.____ **Nonpriority creditor's name and mailing address**

S. Abbas

152 Highgate Park Blvd
Davenport FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,488.72

---

3.____ **Nonpriority creditor's name and mailing address**

S. Hammond

2562 Rosemont Circle
Davenport FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,461.37

---

3.____ **Nonpriority creditor's name and mailing address**

Eleven Profit LLC

2630 Rosemont Circle
Davenport FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,425.00

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

HB ESPINOSA CORP.

2505 ROSEMONT CIRCLE

DAVENPORT FL 37897

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5600-00

---

3.___ **Nonpriority creditor's name and mailing address**

R. BERBANC

2590 ROSEMONT CIRCLE

DAVENPORT FL 37857

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,594-58

---

3.___ **Nonpriority creditor's name and mailing address**

E. GRYFFENBERG

2574 ROSEMONT CIRCLE

DAVENPORT FL 37897

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,543-79

---

3.___ **Nonpriority creditor's name and mailing address**

E. HUGHES

8911 CANDY PALM RD

KISSIMMEE FL 74747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,431-53

---

3.___ **Nonpriority creditor's name and mailing address**

K. O'NEIL

2243 MALLORY CIRCLE

HAINES CITY FL 33844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,363-19

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

S. Melamed

460 Balmoral Drive
Davenport FL   33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,320.24

3.___ **Nonpriority creditor's name and mailing address**

T. Johnston

16009 Heron Hill
Clermont FL   34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,295.74

3.___ **Nonpriority creditor's name and mailing address**

S. Jamgochian

3320  SH
Davenport, FL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,279.11

3.___ **Nonpriority creditor's name and mailing address**

B. Rampersand

2360  Victoria Drive
Davenport FL   33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,272.86

3.___ **Nonpriority creditor's name and mailing address**

M. Soares

1030   5 A 5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,233.30

**Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ Nonpriority creditor's name and mailing address

A. MANTEGAZZI

2605 ROSEMONT CIRCLE
DAVENPORT FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,308-16

---

3.___ Nonpriority creditor's name and mailing address

J. LETIZIA

104 TERRACE RIDGE CIRCLE
DAVENPORT FL 33296

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,284-78

---

3.___ Nonpriority creditor's name and mailing address

F. DECASTRO

2658 ROSEMONT CIRCLE
DAVENPORT FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,237-00

---

3.___ Nonpriority creditor's name and mailing address

R. GILL

8426 CRYSTAL COVE LOOP
KISSIMMEE FL 34747

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,176-78

---

3.___ Nonpriority creditor's name and mailing address

G. LEWIS

355 PRESTWICK
DAVENPORT FL 33896

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,024-87

---

Debtor _____

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 4,069.14 |
|---|---|---|---|

Earthrise Corporation

16155 Palmetto Hill Street
Clermont FL 34714

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 4,064.04 |
|---|---|---|---|

N. Wasyliw

706 Kildrummy
Davenport FL 33896

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 3,987.10 |
|---|---|---|---|

Tusani, LLC

826 Highgate Park Blvd
Davenport, FL 33897

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 3,936.90 |
|---|---|---|---|

Sun Season International LLC

2197 Victoria Drive
Davenport FL 33897

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 3,926.56 |
|---|---|---|---|

D Remy

262 Reserve Drive
Davenport FL 33896

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

Debtor _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address

M. FARELL

2581 RESEMONT CIRCLE

DAVENPORT FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5020-00

**3.___** Nonpriority creditor's name and mailing address

M. FLYNN

2997 KOKOMO LOOP

HAINES CITY FL 33844

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,998-54

**3.___** Nonpriority creditor's name and mailing address

M. CONNELLY

626 EULA MAE DR.

DAVENPORT FL 33896

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,196-87

**3.___** Nonpriority creditor's name and mailing address

M. RIDGARD

421 BAILEY CIRCLE

DAVENPORT FL 33896

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,189-40

**3.___** Nonpriority creditor's name and mailing address

H. AH-NEN

227 ROBIN RD

DAVENPORT FL 33896

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,179-45

Debtor _____

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ **Nonpriority creditor's name and mailing address**

M. Weller

2131 Victoria Drive
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,897.99

---

3.___ **Nonpriority creditor's name and mailing address**

Rudre Property Investments, Inc.

8565 Chrystal Cove Loop
Kissimmee FL 34747

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,877.00

---

3.___ **Nonpriority creditor's name and mailing address**

Cynthia+Pablo Neme/Golmajer

326 Orista Drive
Davenport FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,864.79

---

3.___ **Nonpriority creditor's name and mailing address**

P Lyons

436 Aldridge Lane
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,801.58

---

3.___ **Nonpriority creditor's name and mailing address**

M. Westlake

130 Balmoral Drive
Davenport FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,733.09

---

Debtor _____

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,012 - 20 |
|---|---|---|---|
| | D. APPLING | Check all that apply. | |
| | 2918 ANHINGA HILL ST | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | CLERMONT FL 34714 | ☐ Liquidated and neither contingent nor disputed | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,006 - 79 |
|---|---|---|---|
| | ALMEL INVESTMENTS LLC | Check all that apply. | |
| | 264 BIRKDALE ST | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | DAVENPORT FL 33896 | | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,966 - 70 |
|---|---|---|---|
| | S. PROCTOR | Check all that apply. | |
| | 167 AMATA LANE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | DAVENPORT FL 33897 | | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,957 - 02 |
|---|---|---|---|
| | H. MORTRAM | Check all that apply. | |
| | 340 BRIDGEWATER DR | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | DAVENPORT FL 37896 | | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,934 - 31 |
|---|---|---|---|
| | J. KEATING | Check all that apply. | |
| | 1520 GULF AVE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | HAINES CITY FL 33844 | | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page ___ of ___

Debtor _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

R. Armstrong

1616 Forest Hill

Haines City FL   33844

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,669.41

3.___ **Nonpriority creditor's name and mailing address**

C+P O'Keeffe, LLC

622 Highgate Park Blvd

Davenport FL   33897

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,663.64

3.___ **Nonpriority creditor's name and mailing address**

A Bradford

510 Holling Head Loop

Davenport FL   33896

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,634.06

3.___ **Nonpriority creditor's name and mailing address**

M Soares

202 Nottingham Way

Davenport FL   33897

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,555.13

3.___ **Nonpriority creditor's name and mailing address**

R Puddephatt

215 Elderberry Drive

Davenport FL   33897

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,523.15

Debtor _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

Ian Smith

835 Bloomingdale Drive
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,515.77

3.___ Nonpriority creditor's name and mailing address

D Galloway

1254 Blackheath Court
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,386.99

3.___ Nonpriority creditor's name and mailing address

Diamond Getaways, LLC

966 Tuscan Hills Boulevard
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,383.88

3.___ Nonpriority creditor's name and mailing address

K Rowson

5246 Wildwood Way
Davenport FL 33837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,363.92

3.___ Nonpriority creditor's name and mailing address

Sarojini LLC

2414 St Augustine
Haines City FL 33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,263.71

Debtor _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.__** Nonpriority creditor's name and mailing address

M. KLINE

927 BLOOMINGDALE DR.

DAVENPORT FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,842 - 38

**3.__** Nonpriority creditor's name and mailing address

P. DEJESUS

655 MONTARRA DR.

DAVENPORT FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,839 - 90

**3.__** Nonpriority creditor's name and mailing address

SHOBER FAMILY INVESTMENTS LLC

3410 SWALLOW HILL ST.

CLERMONT FL 34714

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,734 - 56

**3.__** Nonpriority creditor's name and mailing address

K. GARDEN

2912 KOKOMO LOOP

HAINES CITY FL 33844

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,732 - 76

**3.__** Nonpriority creditor's name and mailing address

C. MINETTI

456 HIGHER COMBE DR.

DAVENPORT FL 33897

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,711 - 94

Debtor _____   Case number _____ MGW

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

S Brand

2586 Rosemont Circle
Davenport FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,233.13

3.___ **Nonpriority creditor's name and mailing address**

G. Tebbutt

622 Crista Dr
Davenport FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,711-30

3.___ **Nonpriority creditor's name and mailing address**

D Roche

615 Majesty Dr
Davenport FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,708-28

3.___ **Nonpriority creditor's name and mailing address**

V Angel

2136 Victoria Dr.
Davenport FL 23837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,632-82

3.___ **Nonpriority creditor's name and mailing address**

D. Cokayne

137 Paradise Woods Pl
Davenport FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,589-14

Official Form 206E/F                   Schedule E/F: Creditors Who Have Unsecured Claims                   page ___ of ___

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

NAN + PAPPY'S PROPERTIES INC.

2654 ROSEMONT CIRCLE

DAVENPORT FL 33837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,448·21

3.___ Nonpriority creditor's name and mailing address

P. ELKIN

1813 SEEDLING COURT

CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,435·17

3.___ Nonpriority creditor's name and mailing address

M. CHARLWOOD
1200
KNOWLWOOD DRIVE
DAVENPORT FL 33898

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,428·08

3.___ Nonpriority creditor's name and mailing address

B. SMALL

422 BALLYSHANNON DR.

DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,405·38

3.___ Nonpriority creditor's name and mailing address

J. MESROBIAN

16213 EGRET HILL ST.

CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,330·16

Debtor _____ Callaway, Dan _____

Case number (if known) _____

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| 3.__ Nonpriority creditor's name and mailing address<br>N. WILDING<br><br>344 RESERVE DR<br>DAVENPORT FL 33896 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ Liquidated and neither contingent nor disputed<br><br>Basis for the claim: _____<br><br>$ 2,305-63 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes |

| | |
|---|---|
| 3.__ Nonpriority creditor's name and mailing address<br>J. BOOTH<br><br>207 HERRING ST.<br>DAVENPORT FL 33896 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>$ 2,250-91 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes |

| | |
|---|---|
| 3.__ Nonpriority creditor's name and mailing address<br>E. DIRK<br><br>10741 TUSCAN HILLS BLVD.<br>DAVENPORT FL 33816 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>$ 2,237-81 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes |

| | |
|---|---|
| 3.__ Nonpriority creditor's name and mailing address<br>C. HELLA<br><br>15702 HERON HILL ST.<br>CLERMONT FL 34714 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>$ 2,189-42 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes |

| | |
|---|---|
| 3.__ Nonpriority creditor's name and mailing address<br>S. BANDLAPALLI<br><br>738 SCRUB JAY WAY<br>DAVENPORT FL 33897 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>$ 1,991-48 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes |

Debtor _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

D. HICKEY

16153 MAGNOLIA HILL ST.
CLERMONT FL 34714

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1933.23

3.___ Nonpriority creditor's name and mailing address

G. RITCHIE

2807 LONG LEAF PINE ST
CLERMONT FL 34714

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1730-32

3.___ Nonpriority creditor's name and mailing address

T. KNIGHT

202 STARBIRD CT.
DAVENPORT FL 33896

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,717-63

3.___ Nonpriority creditor's name and mailing address

V. FERREIRA

2239 VICTORIA DR.
DAVENPORT FL 33837

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,692-53

3.___ Nonpriority creditor's name and mailing address

M. SYKES

204 GLENEAGLES DR.
DAVENPORT FL 33896

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,687-81

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address

T. WOODCOCK

15902 MERLOTT CT.

CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,679-49

**3.___** Nonpriority creditor's name and mailing address

A. TAVINO

1687 WATERVIEW LOOP

HAINES CITY FL 33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,501-15

**3.___** Nonpriority creditor's name and mailing address

S. WILKINSON

2203 CRUFTON AV

DAVENPORT FL 33837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,190-61

**3.___** Nonpriority creditor's name and mailing address

J. KUNGU

240 HYPOLITA AV.

DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,180-00

**3.___** Nonpriority creditor's name and mailing address

D. BANNERMAN

2815 8P

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,101-31

Debtor _____   Case number (if known) _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address
K. HOLLINGS

149 SUMMER PLACE LOOP
CLERMONT FL 74714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 874-15

3.___ Nonpriority creditor's name and mailing address
B. ABDILY

2215 VICTORIA DR.
DAVENPORT FL 73897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 865-42

3.___ Nonpriority creditor's name and mailing address
U. PATEL

1134 MARINER CAY DR
HAINES CITY FL 33844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 812-32

3.___ Nonpriority creditor's name and mailing address
R. WILLEMS

2143 VICTORIA DR.
DAVENPORT FL 33897

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 796-52

3.___ Nonpriority creditor's name and mailing address
A. SHAMMS

463L NORTHAMPTON DR
DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 698-12

Debtor _____

Name

Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address

S. PANDYA

112 HUMMING BIRD DR.
DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 696.08

**3.___** Nonpriority creditor's name and mailing address

D COOKE

15813 SOUR ROOT CT
CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 589-00

**3.___** Nonpriority creditor's name and mailing address

J. GILL-ROSS

15962 HERON HILL ST.
CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 564-16

**3.___** Nonpriority creditor's name and mailing address

J. FRIGERIO

207 TROON CIRCLE
DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 469-00

**3.___** Nonpriority creditor's name and mailing address

D. WHITE

16049 BOSSICH HILL LOOP
CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 443-00

Debtor: _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ **Nonpriority creditor's name and mailing address**

R. MACKINNON

16014 HORON HILL ST.

CLERMONT   FL   34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 439-56

---

3.___ **Nonpriority creditor's name and mailing address**

J. ROSS

208 NORTHAMPTON DR.

DAVENPORT   FL   33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 462-83

---

3.___ **Nonpriority creditor's name and mailing address**

R BRIGHT

2424 CRYSTAL COVE LOOP

KISSIMMEE   FL   34747

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 390-83

---

3.___ **Nonpriority creditor's name and mailing address**

STG MAGICAL PROPERTIES LLC

904 CHARO PARKWAY #532

DAVENPORT   FL   33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 342-51

---

3.___ **Nonpriority creditor's name and mailing address**

W. PORTER

2421 CRYSTAL COVE LOOP

KISSIMMEE   FL   34747

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 553-74

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___ Nonpriority creditor's name and mailing address**

K. TAYLOR

16155 EGRET HILL ST
CLERMONT FL 34714

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 360-8C

**3.___ Nonpriority creditor's name and mailing address**

A2R INVESTMENTS INC.

2760 SUN KEY PL
KISSIMEE FL 34747

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 286-80

**3.___ Nonpriority creditor's name and mailing address**

K. LONG

2233 SAND PINE ST
CLERMONT FL 34714

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 252-00

**3.___ Nonpriority creditor's name and mailing address**

G. MCGREGOR

2197 CROFTON AV.
DAVENPORT FL 33887

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 217-32

**3.___ Nonpriority creditor's name and mailing address**

SPILK ENTERPRISES

15801 ROBIN HILL LOOP
CLERMONT FL 34714

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 196-16

Debtor _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address

S. WANG

2214 CROFTON AV
DAVENPORT FL 33837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 140 — 15

**3.___** Nonpriority creditor's name and mailing address

A. APPLETON

16313 MAGNOLIA HILL ST
CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 128 — 71

**3.___** Nonpriority creditor's name and mailing address

J. HANSEN

902 CHASE PARKWAY #636
DAVENPORT FL 33896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 100 — 55

**3.___** Nonpriority creditor's name and mailing address

J. CHUTER

15848 HERON HILL ST.
CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 95 — 73

**3.___** Nonpriority creditor's name and mailing address

J. QUINN

2005 RUBY RED BLVD
CLERMONT FL 34714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 94 — 00

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

K. KELLEY

16012 BLOSSOM HILL LOOP

CLERMONT FL 34714

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 66-73

3.___ Nonpriority creditor's name and mailing address

R. PLANT

922 HENLEY CIRCLE

DAVENPORT FL 33897

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 49-07

3.___ Nonpriority creditor's name and mailing address

R. HOUSE

504 ELLA MAE DR

DAVENPORT FL 33897

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 43-07

3.___ Nonpriority creditor's name and mailing address

C. ROBINSON

15824 HERON HILL ST

CLERMONT FL 34714

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 42-00

3.___ Nonpriority creditor's name and mailing address

J. BRAILSFORD

101 PURSLANE PASS

DAVENPORT FL 33897

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 35-00

Debtor _____  Case number *(if known)* _____
Name

---

 **Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _0.00_ |
| 5b. **Total claims from Part 2** | 5b. + | $ _3,419,304.64_ |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 3,419,304.64 |

Debtor name __CONTEMPO FLORIDA HOLIDAYS LTD INC__

United States Bankruptcy Court for the __MIDDLE__ District of __FLORIDA__ (State)

Case number (if known): __8:19-bk-11518 MGW__ Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | MOTOR VEHICLE LEASE | KIA MOTORS FINANCE |
| | | PO BOX 660891 |
| State the term remaining | 68 MONTHS | DALLAS TX 75266 |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | MOTOR VEHICLE LEASE | KIA MOTORS FINANCE |
| | | PO BOX 660891 |
| State the term remaining | 108 MONTHS | DALLAS TX 75266 |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE | CASTAGNOLO PROPERTIES INC |
| | | 1895 GRANGER AVE |
| | | LOS ALTOS |
| State the term remaining | 7.5 YEARS | CA 94024 |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | XEROX COPIERS | WELLS FARGO FINANCIAL LEASING INC |
| | | 800 WALNUT ST |
| State the term remaining | 33 MONTHS | DES MOINES  IA  50309 |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor _____    Case number (if known)_____
                    Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                           whom the debtor has an executory contract or unexpired lease

2._    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract    _____    _____

2._    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract    _____    _____

2._    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract    _____    _____

2._    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract    _____    _____

2._    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract    _____    _____

2._    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract    _____    _____

2._    State what the contract or    _____    _____
       lease is for and the nature    _____    _____
       of the debtor's interest

       State the term remaining    _____    _____

       List the contract number of    _____    _____
       any government contract    _____    _____

Official Form 206G            Schedule G: Executory Contracts and Unexpired Leases            page ___ of ___

Debtor name _CONTEMPO FLORIDA HOLIDAYS LTD INC_

United States Bankruptcy Court for the: _MIDDLE_ District of _FLORIDA_
(State)

Case number (if known): _8:19-bk-11518-MGW_

☐ Check if this is an
amended filing

**Official Form 206H**

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

| | | Name | Mailing address | | Name | |
|---|---|---|---|---|---|---|
| 2.1 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | ZIP Code | | |
| 2.2 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | ZIP Code | | |
| 2.3 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | ZIP Code | | |
| 2.4 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | ZIP Code | | |
| 2.5 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | ZIP Code | | |
| 2.6 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | ZIP Code | | |

Official Form 206H                         Schedule H: Codebtors                         page 1 of ___

Debtor _____   Case number (if known)_____
        Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |

2.___  _____   Street _____   _____   ❑ D
                          _____                              ❑ E/F
                          City      State    ZIP Code                   ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                              ❑ E/F
                          City      State    ZIP Code                   ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                              ❑ E/F
                          City      State    ZIP Code                   ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                              ❑ E/F
                          City      State    ZIP Code                   ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                              ❑ E/F
                          City      State    ZIP Code                   ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                              ❑ E/F
                          City      State    ZIP Code                   ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                              ❑ E/F
                          City      State    ZIP Code                   ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                              ❑ E/F
                          City      State    ZIP Code                   ❑ G

Debtor name CONTEMPO FLORIDA HOLIDAYS LTD. INC.

United States Bankruptcy Court for the: MIDDLE District of FLORIDA
                                                              (State)

Case number (if known): 8:19-bk-11518-MGW

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From 01/01/2019 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | (AP 306)<br>$ 6,188,320.70 |
   | For prior year: | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 6,282,097.00 |
   | For the year before that: | From 01/01/2017 to 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 6,504,319.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | For prior year: | From _____ to _____<br>MM / DD / YYYY | _____ | $_____ |
   | For the year before that: | From _____ to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor   CONTEMPO FLORIDA HOLIDAYS LTD. INC.        Case number (if known)   8:19-bk-11518-MGW
_____
Name

---

<div style="background:black;color:white">**Part 2:**</div> **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** | | | |
| _____<br>Creditor's name | _____ | $_____ | ☐ Secured debt |
| _____<br>Street | _____ | | ☐ Unsecured loan repayments |
| _____ | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| _____<br>City          State      ZIP Code | _____ | | ☐ Other _____ |
| **3.2.** | | | |
| _____<br>Creditor's name | | $_____ | ☐ Secured debt |
| _____<br>Street | _____ | | ☐ Unsecured loan repayments |
| _____ | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| _____<br>City          State      ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** | | | |
| _____<br>Insider's name | | $_____ | _____ |
| _____<br>Street | | | _____ |
| _____ | | | _____ |
| _____<br>City          State      ZIP Code | | | |
| **Relationship to debtor**<br>_____ | | | |
| **4.2.** | | | |
| _____<br>Insider's name | | $_____ | _____ |
| _____<br>Street | | | _____ |
| _____ | | | _____ |
| _____<br>City          State      ZIP Code | | | |
| **Relationship to debtor**<br>_____ | | | |

Debtor    CONTEMPO FLORIDA HOLIDAYS LTD. INC    Case number (if known) 8:19-bk-11518-MGW
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | |

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | Name | ☐ Pending |
| | | | Street | ☐ On appeal |
| | Case number | | | ☐ Concluded |
| | | | City          State     ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State     ZIP Code | |

Debtor   CONTEMPO FLORIDA HOLIDAYS LTD. INC.          Case number (if known) 8:19-bk-11518-MGW
         Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State     ZIP Code | | City          State     ZIP Code |
| | Date of order or assignment | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | _____ | $_____ |

Debtor  CONTEMPO FLORIDA HOLIDAYS LTD, INC.     Case number (if known) 8:19-bk-11518-MGW
            Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1    _____    _____    _____    $_____

Address    _____    _____

Street    _____

_____

City        State      ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2    _____    _____    _____    $_____

Address    _____    _____

Street    _____

_____

City        State      ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

_____    _____    _____    $_____

Trustee

_____    _____

_____

Debtor  CONTEMPO FLORIDA HOLIDAYS LTD. INC.    Case number (if known) 8:19-bk-11518-MGW
_____Name_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | Address | _____ | | |
| | Street | | | |
| | City        State        ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |
| | Who received transfer? | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | Address | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |
| | Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | Street | From _____ | To _____ |
| | City        State        ZIP Code | | |
| 14.2. | Street | From _____ | To _____ |
| | City        State        ZIP Code | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 6

Debtor    CONTEMPO FLORIDA HOLIDAYS LTD. INC .        Case number (if known) 8:19-bk-11518-MGW
_____Name_____

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

Debtor    CONTEMPO FLORIDA HOLIDAYS LTD. INC.    Case number (if known) 8:19-bk-11518-MGW
          Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City   State   ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name PERSONAL MINI STORAGE, PARDUE Street 41060 HWY 27 City DAVENPORT   State FL   ZIP Code 33837 | G LEVENTHAL S. LONGSTER Address _____ | FURNITURE AND FILES | ☐ No ☑ Yes |

---

Debtor    CONTEMPO FLORIDA HOLIDAYS LTD. INC    Case number (if known)  8:19-bk-11518-MGW
            Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City      State      ZIP Code | City      State      ZIP Code | | |

Debtor    CONTEMPO FLORIDA HOLIDAYS LTD. INC.    Case number (if known) 8:19-bk-11518-MGW
_____
Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City        State        ZIP Code | City        State        ZIP Code | | |

| Part 13 | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | _____ | Dates business existed |
| | _____ | _____ | |
| | Street | _____ | From _____    To _____ |
| | _____ | | |
| | City        State        ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | _____ | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | _____ | Dates business existed |
| | _____ | _____ | |
| | Street | _____ | From _____    To _____ |
| | _____ | | |
| | City        State        ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | _____ | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | _____ | Dates business existed |
| | _____ | _____ | |
| | Street | _____ | From _____    To _____ |
| | _____ | | |
| | City        State        ZIP Code | | |

Debtor  CONTEMPO FLORIDA HOLIDAYS LTD. INC.    Case number (if known) 8:19-bk-11518-MGW
        Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1** QUARTER 5 (ROBERT POLA)<br>Name<br>2295 S HIAWASSEE RD #411<br>Street<br>ORLANDO    FL    32835<br>City        State        ZIP Code | From 2010    To PRESENT |

| Name and address | Dates of service |
|---|---|
| **26a.2** RAFAEL ROJAS<br>Name<br>12208 SAWGRASS RESERVE BLVD<br>Street<br>ORLANDO    FL    32824<br>City        State        ZIP Code | From 2010    To AUGUST 2019 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1** QUARTER 5<br>Name<br>2295 S HIAWASEE RD #411<br>Street<br>ORLANDO    FL    32835<br>City        State        ZIP Code | From 2010    To PRESENT |

| Name and address | Dates of service |
|---|---|
| **26b.2** RAFAEL ROJAS<br>Name<br>12208 SAWGRASS RESERVE BLVD<br>Street<br>ORLANDO    FL    32824<br>City        State        ZIP Code | From 2010    To AUGUST 2019 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1** Name<br>Street<br>City        State        ZIP Code |  |

Debtor  CONTEMPO FLORIDA HOLIDAYS LTD INC.    Case number (if known)  8:19-bk-11518-MGW
_____Name_____

|  | Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | MULLIGAN FUNDING LLC |
| | 4715 VIEWRIDGE AVE    STE 100 |
| | SAN DIEGO   CA   92123 |

| | Name and address | | |
|---|---|---|---|
| 26d.2. | Name | | |
| | Street | | |
| | City | State | ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

| | | | |
|---|---|---|---|
| 27.1. | Name | | |
| | Street | | |
| | City | State | ZIP Code |

Debtor CONTEMPO FLORIDA HOLIDAYS LTD. INC.   Case number (if known) 8:19-bk-11518-MGW
    Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | ____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.

| | |
|---|---|
| Name | |
| Street | |
| City | State    ZIP Code |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DYW. LLC | 7162 MONTREAL DR, LAKELAND FL | SHARE HOLDER | 30% |
| MAR-GAR LLC | 8826 BAY VILLA CT. ORLANDO FL | SHARE HOLDER | 30% |
| ISRA LLC | 1987 SCRUB JAY TRAIL FROSTPROOF FL | SHARE HOLDER | 30% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | _____ | _____ | _____ |
| Street | | _____ | |
| City         State      ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |

Debtor CONTEMPO FLORIDA HOLIDAYS LTD. INC.    Case number (if known) 8:19-bk-11518-MGW
_____Name_____

**Name and address of recipient**

30.2

Name

Street

City                    State        ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer identification number of the parent corporation**

EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

**Name of the pension fund**                    **Employer identification number of the pension fund**

EIN: __ __ – __ __ __ __ __ __ __

---

| Part 14 | Signature and Declaration |
|---|---|

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12 / 16 / 2019
              MM / DD / YYYY

✗ _(signature)_____    Printed name  I. D. PARDOE
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  PARTNER

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes