**Fill in this information to identify the case:**

Debtor name    **Contempo Florida Holidays Limited Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-11518-MGW**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 26, 2020**      X **/s/ Gary Peter Leventhal**
     Signature of individual signing on behalf of debtor

     **Gary Peter Leventhal**
     Printed name

     **President**
     Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Contempo Florida Holidays Limited Inc**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:19-bk-11518-MGW**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................   $ _____ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $ _____ **1,749,807.31**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $ _____ **1,749,807.31**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $ _____ **1,678,642.95**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $ _____ **27,922.60**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................   +$ _____ **1,860,362.24**

4.  **Total liabilities** ...................................................................................
   Lines 2 + 3a + 3b                                                                                          $ _____ **3,566,927.79**

**Fill in this information to identify the case:**

Debtor name     **Contempo Florida Holidays Limited Inc**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     **8:19-bk-11518-MGW**

■ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Suntrust Bank (on the filing date of 12/05/19, this account was overdrawn by -$2445.99)** | Checking | 2533 | $0.00 |
| 3.2. | **Chase Bank** | Checking | 1860 | $1,260.78 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**          $1,260.78
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Contempo Florida Holidays Limited Inc**                    Case number *(If known)*  **8:19-bk-11518-MGW**
_____
Name

| 11a. 90 days old or less: | **725,270.75** | - | **0.00** | = .... | **$725,270.75** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **43,689.78** | - | **0.00** | =.... | **$43,689.78** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | **$768,960.53** |

## Part 4:    Investments

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** **desks,chairs cabniets** | **$5,000.00** | **Liquidation** | **$5,000.00** |
| | **Second hand office furniture and paperwork for the past 7 years located in a self storage facility at:** **Personal Mini Storage, 41040 Highway 27, Davenport, Florida33837** | **$250.00** | **Liquidation** | **$250.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **computers monitors phones servers** | **$5,000.00** | **Liquidation** | **$5,000.00** |

Debtor    **Contempo Florida Holidays Limited Inc**                    Case number *(If known)*    **8:19-bk-11518-MGW**
_____
Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          | $10,250.00 |
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Nissan NV200** **VIN: 3N6CMOKN9DK696038** | **$7,000.00** | **Kelley Bluebook** | **$7,000.00** |
| 47.2.    **Nissan NV200, VIN:** **3N6CMOKN1DK697071** **in the possession of former employee, John Gosz, 2605 Rosemont Circle, Davenport, FL 33837** | **$7,000.00** | **Kelley Bluebook** | **$7,000.00** |
| 47.3.    **2018 Ford F150** **VIN: 1FTEW1E51JKE12433** | **Unknown** | **Market Value** | **$40,000.00** |
| 47.4.    **2014 Nissan Titan, VIN:** **1N6BA0ED5EN501913** **(Vehicle is currently in the possession of Lake County Tow, 15409 County Road 565A, Clermont, FL 34711)** | **$15,336.00** | **Kelley Blue Book** | **$15,336.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**

51.    **Total of Part 8.**                                                                          | $69,336.00 |
       Add lines 47 through 50. Copy the total to line 87.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor **Contempo Florida Holidays Limited Inc**    Case number *(If known)* **8:19-bk-11518-MGW**
_____Name_____

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**    **Real property**

54.    **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59.    **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** **Costumer Management Contracts** | **$900,000.00** | market value | **$900,000.00** |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                           **$900,000.00**
   Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

Debtor    **Contempo Florida Holidays Limited Inc**
Name

Case number *(If known)*  **8:19-bk-11518-MGW**

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Possible cause of action against Expo Credit, LLC**                     Unknown
Nature of claim
Amount requested                                    $0.00

**Possible cause of action against International Property Group ("IPG")**                                                  Unknown
Nature of claim
Amount requested                                    $0.00

**Possible cause of action against Executive Villas**                     Unknown
Nature of claim
Amount requested                                    $0.00

**Possible cause of action against Ciirus, Inc.**                         Unknown
Nature of claim
Amount requested                                    $0.00

**Possible cause of action against Samantha Longster**                    Unknown
Nature of claim
Amount requested                                    $0.00

**Possible cause of action against Virgin Atlantic**                      Unknown
Nature of claim
Amount requested                                    $0.00

**Possible cause of action against Eagle Management Company**                                                             Unknown
Nature of claim
Amount requested                                    $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

---

Debtor   **Contempo Florida Holidays Limited Inc**                    Case number *(If known)*   **8:19-bk-11518-MGW**
_____
Name

78.   **Total of Part 11.**

| | |
|---|---|
| | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Contempo Florida Holidays Limited Inc**
Name

Case number *(If known)*  **8:19-bk-11518-MGW**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,260.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $768,960.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $69,336.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $900,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,749,807.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,749,807.31 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Contempo Florida Holidays Limited Inc**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:19-bk-11518-MGW**

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1**  **American Express Merchant**
Creditor's Name

**PO Box 981535**
**El Paso, TX 79998**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/06/15**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All debtor's personal property**

Describe the lien
**UCC1**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$110,770.00**    Column B: **$1,736,000.00**

**2.2**  **Expo Credit**
Creditor's Name

**1450 Brickel Ave Ste 2660**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**03/27/2013**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**All debtors personal property**

Describe the lien
**UCC1**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$1,231,682.11**    Column B: **$1,736,000.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Contempo Florida Holidays Limited Inc**                                    Case number (if known)    **8:19-bk-11518-MGW**
      Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit Co** | Describe debtor's property that is subject to a lien | $44,020.34 | $40,000.00 |
|-----|---------------------------|-----------------------------------------------------|------------|------------|

Creditor's Name

**2018 Ford F150**
**VIN: 1FTEW1E51JKE12433**

**PO Box 105704**
**Atlanta, GA 30348**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Kia Motor Finance** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|-----|------------------------|-----------------------------------------------------|---------|---------|

Creditor's Name

**2017 Kia Forte, VIN: 3KPFL4A72HE141532**

**PO Box 660891**
**Dallas, TX 75266-0891**

Creditor's mailing address

Describe the lien
**Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3956**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Kia Motors Finance** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|-----|-------------------------|-----------------------------------------------------|---------|---------|

Creditor's Name

**2017 Kia Forte, VIN: 3KPFL4A77HE105612**

**PO BOx 660891**
**Dallas, TX 75266**

Creditor's mailing address

Describe the lien
**Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

Debtor   **Contempo Florida Holidays Limited Inc**
Name

Case number (if known)   **8:19-bk-11518-MGW**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6614**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Mulligan Funding LLc** | **Describe debtor's property that is subject to a lien** | **$292,170.50** | **$1,736,000.00** |

Creditor's Name

**4715 Viewridge Ave Suite 100**
**San Diego, CA 92123**
Creditor's mailing address

**All of Debtor's personal property**

**Describe the lien**
**UCC1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Nissan Motor Accept Corp** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$15,336.00** |

Creditor's Name

**PO Box 254648**
**Sacramento, CA 95865-4648**
Creditor's mailing address

**2014 Nissan Titan, VIN: 1N6BA0ED5EN501913 (Vehicle is currently in the possession of Lake County Tow, 15409 County Road 565A, Clermont, FL 34711)**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,678,642.9 5**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (*if known*) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Contempo Florida Holidays Limited Inc**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:19-bk-11518-MGW**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Florida Dept Revenue**<br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$630.78** | **$630.78** |
| Date or dates debt was incurred<br>**11/2019** | Basis for the claim:<br>**sales and use tax for Osceloa County** | | |
| Last 4 digits of account number **1843** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Florida Dept Revenue**<br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,470.74** | **$23,470.74** |
| Date or dates debt was incurred<br>**11/2019** | Basis for the claim:<br>**sales and use tax for Polk County** | | |
| Last 4 digits of account number **3755** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    42766                    Best Case Bankruptcy

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,821.08** | **$3,821.08** |
|---|---|---|---|---|

**Florida Dept Revenue**
**PO Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales and use taxes for Lake County**

Last 4 digits of account number **8310**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Informational Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Lake County Tax Collector**
**320 West Main Street**
**Tavares, FL 32778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Informational Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Osceola County Tax Collector**
**2501 E.Irlo Bronson Memorial**
**Kissimmee, FL 34744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Informational Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Polk County Tax Collector**
**430 E. Main Street**
**Bartow, FL 33830**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Informational Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$865.42** |
|---|---|---|---|

**A. Abdily**
**2215 Victoria Dr**
**Davenport, FL 33894**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128.71** |
|---|---|---|---|

**A. Appleton**
**16318 Magnola Hill St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,777.75** |
|---|---|---|---|

**A. Ayodele**
**901 Charo PArkway #734**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,634.06** |
|---|---|---|---|

**A. Bradford**
**510 Holling Head Loop**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,950.09** |
|---|---|---|---|

**A. Brimble**
**319 Robin Rd**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,722.78 |
|---|---|---|---|

**A. Chaudhary**
**300 Troon Circle**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,880.25 |
|---|---|---|---|

**A. Davey**
**214 Kettering Road**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,692.08 |
|---|---|---|---|

**A. Hicks**
**733 Tuscan Hills Blvd**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,216.53 |
|---|---|---|---|

**A. Horne**
**15828 Heron Hill St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,308.16 |
|---|---|---|---|

**A. Mantegazzi**
**2005 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,205.69 |
|---|---|---|---|

**A. Morales**
**901 Chard Parkway Unit 727**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,318.82 |
|---|---|---|---|

**A. Riouy**
**2533 Rosemount Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,044.50** |
|---|---|---|---|
| | **A. Rojas** | ☐ Contingent | |
| | **2595 Rosemont Circle** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$698.12** |
|---|---|---|---|
| | **A. Shamhs** | ☐ Contingent | |
| | **432 Narthampton Dr** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,501.15** |
|---|---|---|---|
| | **A. Tavino** | ☐ Contingent | |
| | **1687 Waterview Loop** | ☐ Unliquidated | |
| | **Haines City, FL 33844** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$286.80** |
|---|---|---|---|
| | **Air Investments Inc** | ☐ Contingent | |
| | **2760 Sun Key Pl** | ☐ Unliquidated | |
| | **Kissimmee, FL 34747** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,006.79** |
|---|---|---|---|
| | **Almel Investments LLC** | ☐ Contingent | |
| | **204 Birkdale St** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,448.24** |
|---|---|---|---|
| | **Alph Centuri Enterprise LLC** | ☐ Contingent | |
| | **7662 Rosemont Circle** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **Po Box 650448** | ☐ Unliquidated | |
| | **Dallas, TX 75265** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,813.10 |
|---|---|---|---|

**B Chohan**
**2609 Rosemont Circle**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,364.43 |
|---|---|---|---|

**B, Marthi**
**253 Saragosa**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,564.01 |
|---|---|---|---|

**B. Dick**
**321 Troon Circle**
**Davenport, FL 33896**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,034.53 |
|---|---|---|---|

**B. Harvey**
**800 Corvina Dr**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,651.55 |
|---|---|---|---|

**B. Marthi**
**154 Savilla Av**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,272.86 |
|---|---|---|---|

**B. Rampersand**
**2360 Victoria Drive**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,405.38 |
|---|---|---|---|

**B. Small**
**422 Ballyshannin Dr**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Broster Graham LLP**<br>**2613 Rosemont Circle**<br>**Davenport, FL 33897** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,400.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**C P Okeefe LLC**<br>**622 Highgate Park Blvd**<br>**Davenport, FL 33897** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,663.64** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**C. Davila**<br>**16217 Egret Hill St**<br>**Clermont, FL 34714** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,886.83** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**C. Fornengo**<br>**2574 Rosemont Circle**<br>**Davenport, FL 33897** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,954.89** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**C. Hella**<br>**15702 Heron Hill St**<br>**Clermont, FL 34714** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,189.42** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**C. Minetti**<br>**456 Higher Combe Dr**<br>**Davenport, FL 33897** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,711.94** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**C. Robinson**<br>**15824 Heron Hill St**<br>**Clermont, FL 34714** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$42.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Castagnolo Properties LLC**
**1895 Granger Ave**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Landlord

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,315.16** |
|---|---|---|---|

**CEPHEI LLC**
**2610 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,358.63** |
|---|---|---|---|

**Contempo Property & Travel**
**43344 Highway 27**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  credit card usage for some of Debtor's expenses

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,983.27** |
|---|---|---|---|

**Contempo Real Estate, Inc.**
**43344 US Highway 27**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  credit card usage by Debtor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,864.79** |
|---|---|---|---|

**Cynthia Pablo Neme Golmajer**
**326 Orista Drive**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,896.87** |
|---|---|---|---|

**D Rawluk**
**1694 Waterview Loop**
**Haines City, FL 33844**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,012.20** |
|---|---|---|---|

**D. Appling**
**2918 Anninga Hill St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,101.31 |
|---|---|---|---|

**D. Bannerman**
**2815 SP**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,589.14 |
|---|---|---|---|

**D. Cokayne**
**137 Parade Woods Pl**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.00 |
|---|---|---|---|

**D. Cooke**
**15813 Sour Root Ct**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,288.59 |
|---|---|---|---|

**D. Dorathy**
**321 Northampton Dr**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,386.99 |
|---|---|---|---|

**D. Galloway**
**1254 Blackheath Court**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,933.23 |
|---|---|---|---|

**D. Hickey**
**16153 Magnola Hill St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,582.76 |
|---|---|---|---|

**D. Holmes**
**135 Herring Street**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Contempo Florida Holidays Limited Inc** | | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|---|
| | Name | | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,283.40** |
|---|---|---|---|
| | **D. Overare** | ☐ Contingent | |
| | **2629 Rosemont Circle** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,001.78** |
|---|---|---|---|
| | **D. Pullella** | ☐ Contingent | |
| | **2200 Mallory Circle** | ☐ Unliquidated | |
| | **Haines City, FL 33844** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,926.56** |
|---|---|---|---|
| | **D. Remy** | ☐ Contingent | |
| | **262 Reserve Drive** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,708.28** |
|---|---|---|---|
| | **D. Roche** | ☐ Contingent | |
| | **615 Majesty Dr** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,260.70** |
|---|---|---|---|
| | **D. Sparkes** | ☐ Contingent | |
| | **187 Blue Heron Ct.** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$443.00** |
|---|---|---|---|
| | **D. White** | ☐ Contingent | |
| | **16049 Blossom Hill Loop** | ☐ Unliquidated | |
| | **Clermont, FL 34714** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,383.88** |
|---|---|---|---|
| | **Diamond Getaways LLC** | ☐ Contingent | |
| | **966 Tuscan Hills Boulevard** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Contempo Florida Holidays Limited Inc** | | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|---|
| | Name | | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,798.58** |
|---|---|---|---|
| | **Donald Wherrett** | ☐ Contingent | |
| | **7162 Montreal Drive** | ☐ Unliquidated | |
| | **Lakeland, FL** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: personal credit cards used to pay for some of** | |
| | Last 4 digits of account number _ | **Debtor's expenses.** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$78,234.10** |
|---|---|---|---|
| | **Dunes Property Management** | ☐ Contingent | |
| | **1612 Forest Hills Lane** | ☐ Unliquidated | |
| | **Haines City, FL 33844** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,239.81** |
|---|---|---|---|
| | **E. Drik** | ☐ Contingent | |
| | **1079 Tuscan Hills Blvd** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,543.79** |
|---|---|---|---|
| | **E. Gryffenberg** | ☐ Contingent | |
| | **2554 Rosemont Circle** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,882.58** |
|---|---|---|---|
| | **E. Herring** | ☐ Contingent | |
| | **205 Vistaview Dr** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,431.53** |
|---|---|---|---|
| | **E. Hughes** | ☐ Contingent | |
| | **8911 Candy Palm Rd** | ☐ Unliquidated | |
| | **Kissimmee, FL 34747** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,056.00** |
|---|---|---|---|
| | **E. Jeyton** | ☐ Contingent | |
| | **816 Chelsea Dr** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,844.89** |
|---|---|---|---|

**E. Post**
**2521 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,077.06** |
|---|---|---|---|

**E. Tolland**
**1524 Gulf Vue**
**Haines City, FL 33844**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120,653.56** |
|---|---|---|---|

**Eagle Management**
**209 Ambersweet Way**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,069.14** |
|---|---|---|---|

**Earthrise Corporation**
**16155 Palmetto Hill Street**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,425.00** |
|---|---|---|---|

**Eleven Profit LLC**
**2630 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,311.39** |
|---|---|---|---|

**Executive Villas**
**1437 Deuce Circle**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,237.00** |
|---|---|---|---|

**F. Decastro**
**2058 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,088.91 |
|---|---|---|---|
| | **G. Clark** | ☐ Contingent | |
| | **151 Aldridge Lane** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,994.58 |
|---|---|---|---|
| | **G. Cordell** | ☐ Contingent | |
| | **1418 Pine Ridge Drive** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,584.94 |
|---|---|---|---|
| | **G. Griffin** | ☐ Contingent | |
| | **16128 Blossom Hill Loop** | ☐ Unliquidated | |
| | **Clermont, FL 34714** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,943.60 |
|---|---|---|---|
| | **G. Hannah** | ☐ Contingent | |
| | **2541 Rosemont Circle** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,024.87 |
|---|---|---|---|
| | **G. Lewis** | ☐ Contingent | |
| | **355 Prestwick** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217.32 |
|---|---|---|---|
| | **G. Mcgregor** | ☐ Contingent | |
| | **2197 Crofton Av** | ☐ Unliquidated | |
| | **Davenport, FL 33837** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,971.09 |
|---|---|---|---|
| | **G. Mwangi** | ☐ Contingent | |
| | **2570 Rosemont Circle** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,730.32 |
|---|---|---|---|
| | **G. Ritchie**<br>**2807 Long Leaf Pine St**<br>**Clermont, FL 34714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,718.01 |
|---|---|---|---|
| | **G. Taylor**<br>**2413 St Augustine**<br>**Haines City, FL 33844** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,711.30 |
|---|---|---|---|
| | **G. Tebbutt**<br>**622 Orsta Dr**<br>**Davenport, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,764.04 |
|---|---|---|---|
| | **Geminis R Corporation**<br>**2618 Rosemont Circle**<br>**Davenport, FL 33897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,179.45 |
|---|---|---|---|
| | **H. Am-nen**<br>**227 Robin Rd**<br>**Davenport, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,778.07 |
|---|---|---|---|
| | **H. Lorenzino**<br>**904 Caar Parkway #522**<br>**Davenport, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,957.02 |
|---|---|---|---|
| | **H. Mortram**<br>**340 Bridgewater Dr**<br>**Davenport, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,410.22 |
|---|---|---|---|
| | H. Wilcox<br>1264 Blackheath Ct.<br>Davenport, FL 33896 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|
| | HB Espinosa Corp<br>2505 Rosemont Circle<br>Davenport, FL 33897 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133,118.63 |
|---|---|---|---|
| | Homes Of America<br>17445 Us Hwy 192 Ste 15<br>Clermont, FL 34714 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,165.10 |
|---|---|---|---|
| | I. Pepper<br>15533 Markham Dr<br>Clermont, FL 34714 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,136.50 |
|---|---|---|---|
| | I. Thompson<br>1030 Pineridge Dr<br>Davenport, FL 33896 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,986.75 |
|---|---|---|---|
| | Ian Pardoe<br>1487 Scrub Jay Trail<br>Frostproof, FL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **personal credit cards used to pay for some of Debtor's expenses**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,515.77 |
|---|---|---|---|
| | Ian Smith<br>835 Bloomingdale Drive<br>Davenport, FL 33897 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,875.00 |
|---|---|---|---|
| | **Integral Pool Service LLC**<br>**52 Riley Rd**<br>**Kissimmee, FL 34747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,159.70 |
|---|---|---|---|
| | **J. Booth**<br>**16009 Blossom Hill Loop**<br>**Clermont, FL 34714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.91 |
|---|---|---|---|
| | **J. Booth**<br>**207 Herring St**<br>**Davenport, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|
| | **J. Brailsford**<br>**101 Purslane Pass**<br>**Davenport, FL 33897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.73 |
|---|---|---|---|
| | **J. Cluter**<br>**15848 Heron Hill St**<br>**Clermont, FL 34714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,606.84 |
|---|---|---|---|
| | **J. Colon**<br>**1027 Baumoral Dr**<br>**Davenport, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,573.24 |
|---|---|---|---|
| | **J. Elliott**<br>**2573 Rosemont Circle**<br>**Davenport, FL 33897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.00 |
|---|---|---|---|

**J. Frigerio**
**807 Troon Circle**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.16 |
|---|---|---|---|

**J. Gili-Ross**
**15962 Hern Hill St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.55 |
|---|---|---|---|

**J. Hansen**
**902 Chard Parkway #636**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,934.31 |
|---|---|---|---|

**J. Keating**
**1520 Gulf Vue**
**Haines City, FL 33844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.00 |
|---|---|---|---|

**J. Kungu**
**240 Mypolita Av**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,284.18 |
|---|---|---|---|

**J. Letizia**
**104 Terrace Ridge Circle**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,330.16 |
|---|---|---|---|

**J. Mesrobian**
**16213 Egret Hill St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|--------|-------------------------------------------|-------------------------|-----------------------|
|        | Name                                      |                         |                       |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94.00** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|------------|

**J. Quinn**
**2005 Ruby Red Blvd**
**Clermont, FL 34714**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,400.00** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|---------------|

**J. Robinson**
**2537 Rosemont Circle**
**Davenport, FL 33897**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$462.83** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**J. Ross**
**208 Northampton Dr**
**Davenport, FL 33896**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,199.10** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|---------------|

**J.Sheppard**
**1273 Northampton Dr**
**Davenport, FL 33896**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,723.29** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**K. Dreibelbis**
**1144 Troon Circle**
**Davenport, FL 33897**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,732.76** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|---------------|

**K. Garden**
**2912 Kokomo Loop**
**Haines City, FL 33844**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$874.15** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**K. Hollings**
**149 Summer Place Loop**
**Clermont, FL 34714**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.73** |
|---|---|---|---|

**K. Kelley**
**16012 Blossom Hill Loop**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,425.80** |
|---|---|---|---|

**K. Kelly**
**16017 Blossom Hill Loop**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,633.65** |
|---|---|---|---|

**K. Knipple**
**2139 Citron Ct.**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252.00** |
|---|---|---|---|

**K. Long**
**2833 Sand Pine St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,363.19** |
|---|---|---|---|

**K. Oneil**
**2243 Mallory Circle**
**Haines City, FL 33844**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,363.92** |
|---|---|---|---|

**K. Rowson**
**5246 Wildwood Way**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.80** |
|---|---|---|---|

**K. Taylor**
**16155 Egret Hill St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,110.83** |
|---|---|---|---|

**Kevork Kechechian**
**8525 Sun Key Drive**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,570.89** |
|---|---|---|---|

**Key Enterprises, LLC**
**230 Preston Ave.**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,988.00** |
|---|---|---|---|

**Kissmar Sol Group LLC**
**2582 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,100.00** |
|---|---|---|---|

**KJB Holdings**
**8297 Champions Gate Blvd**
**Ste 317**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,885.49** |
|---|---|---|---|

**L. Ausiello**
**2800 Long Leaf**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,814.75** |
|---|---|---|---|

**L. Romero**
**306 Orista Drive**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,427.60** |
|---|---|---|---|

**Lowes**
**Po Box 530954**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,733.09 |
|---|---|---|---|

**M Westlake**
**130 Balmoral Drive**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,660.13 |
|---|---|---|---|

**M. Ayris**
**146 Mockingbird Rd**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,936.22 |
|---|---|---|---|

**M. Castillo**
**2245 Victoria Dr**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,428.08 |
|---|---|---|---|

**M. Charlwood**
**1200 Knollwood Dr**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,196.87 |
|---|---|---|---|

**M. Connelly**
**626 Ellmae Dr**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,020.00 |
|---|---|---|---|

**M. Farrell**
**2581 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,998.54 |
|---|---|---|---|

**M. Flynn**
**2997 Kokomo Loop**
**Haines City, FL 33844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

---

3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,704.72**

**M. Foley**
**218 Northampton Dr**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,971.84**

**M. Friesen**
**2517 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,655.34**

**M. Hsu**
**2205 Mallory Circle**
**Haines City, FL 33844**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,842.38**

**M. Kline**
**927 Bloomingdale Dr**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,810.45**

**M. Moskins**
**2251 Victoria Dr**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,393.75**

**M. Parsonan**
**909 Orista Dr**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,960.40**

**M. Patel**
**518 Solana**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Contempo Florida Holidays Limited Inc** | | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|---|
| | Name | | | |

---

**3.139**

Nonpriority creditor's name and mailing address

**M. Ridargd**
**421 Balley Circle**
**Davenport, FL 33896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,189.40

---

**3.140**

Nonpriority creditor's name and mailing address

**M. Silva**
**205 Gleneagles Drive**
**Davenport, FL 33896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,837.55

---

**3.141**

Nonpriority creditor's name and mailing address

**M. Snook**
**8632 La Isla Dr**
**Kissimmee, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,478.47

---

**3.142**

Nonpriority creditor's name and mailing address

**M. Soaras**
**1030 5 A S**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,233.30

---

**3.143**

Nonpriority creditor's name and mailing address

**M. Soares**
**202 Nottingham Way**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,555.13

---

**3.144**

Nonpriority creditor's name and mailing address

**M. Sykes**
**204 Glenengles Dr**
**Davenport, FL 33896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,687.81

---

**3.145**

Nonpriority creditor's name and mailing address

**M. Weller**
**2131 Victoria Dr**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,897.99

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

| Debtor | **Contempo Florida Holidays Limited Inc** | | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,050.00** |
|---|---|---|---|
| | **M.Tamimi**<br>**2653 Rosemont Circle**<br>**Davenport, FL 33897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,053.58** |
|---|---|---|---|
| | **Marlin Leasing**<br>**300 Fellowship Rd**<br>**Mount Laurel, NJ 08054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,396.77** |
|---|---|---|---|
| | **N. Dalgard**<br>**110 Saragosa**<br>**Davenport, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,064.04** |
|---|---|---|---|
| | **N. Wasyliw**<br>**706 Kildrummy**<br>**Davenport, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,305.63** |
|---|---|---|---|
| | **N. Wilding**<br>**344 Reserve Dr**<br>**Davenport, FL 33896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,448.21** |
|---|---|---|---|
| | **Nan Pappys Properties Inc**<br>**2654 Rosemont Circle**<br>**Davenport, FL 33837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,989.56** |
|---|---|---|---|
| | **Nora Given**<br>**305 Prestwick Drive**<br>**Davenport, FL 33897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,839.90 |
|---|---|---|---|

**P. Dejesus**
**655 Montarra Dr**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,435.17 |
|---|---|---|---|

**P. Elkin**
**1813 Seedling Court**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,801.58 |
|---|---|---|---|

**P. Lyons**
**436 Aldridge Lane**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,217.94 |
|---|---|---|---|

**P. Mayoral**
**461 Robin Rd**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,643.20 |
|---|---|---|---|

**P. Scardinio**
**2625 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,112.21 |
|---|---|---|---|

**P. Towning**
**1332 Northampton Drive**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,692.92 |
|---|---|---|---|

**Petala LLC**
**2649 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,845.00 |
|---|---|---|---|
| | **Polk Air Conditioning Inc** | ☐ Contingent | |
| | **103 Crosscreek Lane** | ☐ Unliquidated | |
| | **Auburndale, FL 33823** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,477.00 |
|---|---|---|---|
| | **Progaurd Solutions Group** | ☐ Contingent | |
| | **Po Box 2427** | ☐ Unliquidated | |
| | **Winter Park, FL 32790** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,489.35 |
|---|---|---|---|
| | **R Kyrup** | ☐ Contingent | |
| | **1060 Solterra** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,669.41 |
|---|---|---|---|
| | **R. Armstrong** | ☐ Contingent | |
| | **1616 Forest Hill** | ☐ Unliquidated | |
| | **Haines City, FL 33844** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,594.58 |
|---|---|---|---|
| | **R. Berbanc** | ☐ Contingent | |
| | **2590 Rosemont Circle** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.83 |
|---|---|---|---|
| | **R. Bright** | ☐ Contingent | |
| | **8424 Crystal Cove Loop** | ☐ Unliquidated | |
| | **Kissimmee, FL 34747** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,339.25 |
|---|---|---|---|
| | **R. Gaines** | ☐ Contingent | |
| | **1543 Gulf Vue** | ☐ Unliquidated | |
| | **Haines City, FL 33844** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|---|
| | Name | | | |

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,176.78** |
|---|---|---|---|

**R. Gill**
**8426 Crystal Cove Loop**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43.07** |
|---|---|---|---|

**R. House**
**504 Ella Mae Dr**
**FL 33297**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,681.85** |
|---|---|---|---|

**R. Knight**
**640 Birkdale St**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$439.50** |
|---|---|---|---|

**R. Mackinnon**
**16014 Heron Hill St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,160.80** |
|---|---|---|---|

**R. Markandy**
**129 Relfry Dr**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49.07** |
|---|---|---|---|

**R. Plant**
**922 Henley Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,523.15** |
|---|---|---|---|

**R. Puddephatt**
**215 Elderberry Drive**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Contempo Florida Holidays Limited Inc** |
| | Name |

Case number (if known)    **8:19-bk-11518-MGW**

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $796.52 |
|---|---|---|---|

**R. Willems**
**2143 Victoria Dr**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,976.30 |
|---|---|---|---|

**Racetrack**
**Po Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,763.81 |
|---|---|---|---|

**Rafidnadardamband Islands**
**2566 Rosemont Circle**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Reeve Leventhal**
**7717 Pointview Circle**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,396.74 |
|---|---|---|---|

**Rigel Centauri Ent LLC**
**2646 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,593.92 |
|---|---|---|---|

**Ringtooth LLC**
**43344 Hwy 27**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,877.00 |
|---|---|---|---|

**Rudre Property Investments**
**8565 Chrystal Cove Loop**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,488.72** |

**S. Abbas**
**152 Highgate Park Blvd**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,991.48** |

**S. Bandlapalli**
**738 Scrub Jay Way**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,233.13** |

**S. Brand**
**2586 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,461.37** |

**S. Hammond**
**2562 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,851.20** |

**S. Hawkinson**
**214 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,279.11** |

**S. Jamgochian**
**3320 5H**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,320.24** |

**S. Melamed**
**460 Balmoral Drive**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$696.08** |
|---|---|---|---|

**S. Pamdya**
**112 Hummingbird Dr**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,315.00** |
|---|---|---|---|

**S. Patel**
**2621 Rosemount Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,966.70** |
|---|---|---|---|

**S. Proctor**
**167 Amala Lane**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,739.23** |
|---|---|---|---|

**S. Reily**
**253 Aldridge Lane**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,653.86** |
|---|---|---|---|

**S. Rennie**
**2529 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,573.86** |
|---|---|---|---|

**S. Shelikoff**
**2589 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.15** |
|---|---|---|---|

**S. Wang**
**2214 Crofton Av**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.61 |
|---|---|---|---|

**S. Wilkinston**
**2203 Crofton Av**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,982.49 |
|---|---|---|---|

**S. Yu**
**2561 Rosemont Circle**
**Davenport, FL 33894-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,263.71 |
|---|---|---|---|

**Sarojini LLC**
**2414 St Augustine**
**Haines City, FL 33844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.57 |
|---|---|---|---|

**SG Magical Properties LLC**
**904 Charo Parkway #532**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,834.56 |
|---|---|---|---|

**Shober Family Investments LL**
**3410 Swallow Hill St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.16 |
|---|---|---|---|

**Sprik Enterprises**
**15801 Robin Hill Loop**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,936.90 |
|---|---|---|---|

**Sun Season International LLC**
**2197 Victoria Dr**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,295.74 |
|---|---|---|---|
| | **T. Johnson** | ☐ Contingent | |
| | **16009 Heron Hill** | ☐ Unliquidated | |
| | **Clermont, FL 34714** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,719.63 |
|---|---|---|---|
| | **T. Knight** | ☐ Contingent | |
| | **202 Starbird Ct** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,301.82 |
|---|---|---|---|
| | **T. Mangra** | ☐ Contingent | |
| | **2650 Rosemont Circle** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,679.49 |
|---|---|---|---|
| | **T. Woodcock** | ☐ Contingent | |
| | **15902 Mercott Ct** | ☐ Unliquidated | |
| | **Clermont, FL 34714** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46,003.23 |
|---|---|---|---|
| | **Tropical Escapes** | ☐ Contingent | |
| | **8320 Champions Gate Blvd** | ☐ Unliquidated | |
| | **Davenport, FL 33896** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,987.10 |
|---|---|---|---|
| | **Tusani LLC** | ☐ Contingent | |
| | **826 Highgate Park Blvd** | ☐ Unliquidated | |
| | **Davenport, FL 33897** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $812.32 |
|---|---|---|---|
| | **U. Patel** | ☐ Contingent | |
| | **1134 Mariner Cay Dr** | ☐ Unliquidated | |
| | **Haines City, FL 33844** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,102.02** |
|---|---|---|---|

**V'EH Cation Corporation**
**2569 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,632.82** |
|---|---|---|---|

**V. Angel**
**2136 Victoria Dr**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,974.95** |
|---|---|---|---|

**Vaacm LLC**
**2545 Rosemont Circle**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,995.37** |
|---|---|---|---|

**VBA USA LLC**
**7751 Kingspoint Parkway #109**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,338.57** |
|---|---|---|---|

**Vidya Singh**
**334 Bonville Drive**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,901.54** |
|---|---|---|---|

**W. Davis**
**2341 Victoria Dr**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,113.10** |
|---|---|---|---|

**W. Mason**
**253 Solterra**
**Lorida, FL 33857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Contempo Florida Holidays Limited Inc**                          Case number *(if known)*    **8:19-bk-11518-MGW**
          Name

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.74 |
|---|---|---|---|

3.216  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$553.74**
       **W. Porter**                                                 ☐ Contingent
       **8481 Crystal Cove Loop**                                    ☐ Unliquidated
       **Kissimmee, FL 34747**                                       ☐ Disputed

       **Date(s) debt was incurred __**                              **Basis for the claim: __**
       **Last 4 digits of account number __**                        Is the claim subject to offset? ■ No  ☐ Yes

3.217  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$3,224.78**
       **Waste Management**                                          ☐ Contingent
       **Po Box 4648**                                               ☐ Unliquidated
       **Carol Stream, IL 60197**                                    ☐ Disputed

       **Date(s) debt was incurred __**                              **Basis for the claim: __**
       **Last 4 digits of account number __**                        Is the claim subject to offset? ■ No  ☐ Yes

3.218  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$9,266.79**
       **William Hill**                                              ☐ Contingent
       **5253 Oakbourne Av**                                         ☐ Unliquidated
       **Davenport, FL 33837**                                       ☐ Disputed

       **Date(s) debt was incurred __**                              **Basis for the claim: __**
       **Last 4 digits of account number __**                        Is the claim subject to offset? ■ No  ☐ Yes

3.219  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$1,692.53**
       **Y. FErreira**                                               ☐ Contingent
       **2239 Victoria Dr.**                                         ☐ Unliquidated
       **Davenport, FL 33897**                                       ☐ Disputed

       **Date(s) debt was incurred __**                              **Basis for the claim: __**
       **Last 4 digits of account number __**                        Is the claim subject to offset? ■ No  ☐ Yes

3.220  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$6,899.81**
       **Y. Liu**                                                    ☐ Contingent
       **2509 Rosemont Circle**                                      ☐ Unliquidated
       **Davenport, FL 33897**                                       ☐ Disputed

       **Date(s) debt was incurred __**                              **Basis for the claim: __**
       **Last 4 digits of account number __**                        Is the claim subject to offset? ■ No  ☐ Yes

3.221  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$6,730.34**
       **Y. Zmu**                                                    ☐ Contingent
       **2142 Victoria Dr**                                          ☐ Unliquidated
       **Davenport, FL 33897**                                       ☐ Disputed

       **Date(s) debt was incurred __**                              **Basis for the claim: __**
       **Last 4 digits of account number __**                        Is the claim subject to offset? ■ No  ☐ Yes

3.222  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$10,973.78**
       **Yellets Enterprise LLC**                                    ☐ Contingent
       **6086 Broad Oak Dr**                                         ☐ Unliquidated
       **Davenport, FL 33897**                                       ☐ Disputed

       **Date(s) debt was incurred __**                              **Basis for the claim: __**
       **Last 4 digits of account number __**                        Is the claim subject to offset? ■ No  ☐ Yes

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number (if known) | **8:19-bk-11518-MGW** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 27,922.60 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,860,362.24 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,888,284.84 |

**Fill in this information to identify the case:**

Debtor name    **Contempo Florida Holidays Limited Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-11518-MGW**

■ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **7.5 year Office Lease** |  |
|    State the term remaining     List the contract number of any government contract | **Castagnolo Properties LLC 1895 Granger Ave Los Altos, CA 94024** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **10 months motor vechicle lease of 2017 Kia Forte, VIN: 3KPFL4A72HE141532** |  |
|    State the term remaining     List the contract number of any government contract | **Kia Motor Finance PO Box 660891 Dallas, TX 75266-0891** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Vehicle lease of 2017 Kia Forte, VIN: 3KPFL4A77HE105612, maturity date is September 1, 2020** |  |
|    State the term remaining     List the contract number of any government contract | **Kia Motors Finance Po BOx 660891 Dallas, TX 75266** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **33 month Xerox Copiers** |  |
|    State the term remaining     List the contract number of any government contract | **Wells Fargo Financial Inc 800 Walnut St Des Moines, IA 50309** |

**Fill in this information to identify the case:**

Debtor name      **Contempo Florida Holidays Limited Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-11518-MGW**

■ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Donald Wherrett** | **7162 Montreal Drive Lakeland, FL** | **Mulligan Funding LLc** | ■ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Ian Pardoe** | **1487 Scrub Jay Trail Frostproof, FL** | **Mulligan Funding LLc** | ■ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Contempo Florida Holidays Limited Inc**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:19-bk-11518-MGW**

■ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to Filing Date | ■ Operating a business<br>☐ Other _____ | **$6,188,320.70** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$6,282,097.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$6,304,309.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Contempo Florida Holidays Limited Inc**          Case number *(if known)*   **8:19-bk-11518-MGW**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Please see attached bank statements.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Contempo Florida Holidays Limited Inc**                    Case number *(if known)*    **8:19-bk-11518-MGW**

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**client's names, addresses and email addresses**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Personal Mini Storage, LLC** **41040 Highway 27** **Davenport, FL 33837** | **Ian Pardoe** **Gary Leventhal** **Samantha Longster** | **second hand office furniture and paperwork for the past 7 years.** | ☐ No ■ Yes |

Debtor    **Contempo Florida Holidays Limited Inc**                                        Case number *(if known)*    **8:19-bk-11518-MGW**

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor   **Contempo Florida Holidays Limited Inc**                           Case number *(if known)*   **8:19-bk-11518-MGW**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Quarter 5**<br>**2295 S. Hiawassee Road #411**<br>**Orlando, FL 32835** | **2010 to the present** |
| 26a.2.   **Rafael Rojas**<br>**12208 Sawgrass Reserve Blvd.**<br>**Orlando, FL 32824** | **2010 to August 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Quarter 5**<br>**2295 S. Hiawassee Road #411**<br>**Orlando, FL 32835** | **2010-present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Rafael Rojas**<br>**12208 Sawgrass Reserve Blvd.**<br>**Orlando, FL 32824** | **2010 to August 2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Mulligan Funding, LLC**<br>**4715 Viewridge Ave #100**<br>**San Diego, CA 92123** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ISRA, LLC** | **1487 Scrub Jay Trail**<br>**Frostproof, FL** | **shareholder** | **33.3% ownership interest** |

Debtor    **Contempo Florida Holidays Limited Inc**                    Case number *(if known)*  **8:19-bk-11518-MGW**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Mar-Gar, LLC** | **8820 Bay Villa Court Orlando, FL** | **shareholder** | **33.3%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **DYW, LLC** | **7162 Montreal Drive Lakeland, FL** | **shareholder** | **33.3%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **DYW, LLC 7162 Montreal Drive Lakeland, FL** | **$2,000 per month** | **monthly** | **Management Fees** |
| | **Relationship to debtor shareholder** | | | |
| 30.2. | **ISRA, LLC 1487 Scrub Jay Trail Frostproof, FL** | **$2,000 per month** | **monthly** | **Management Fees** |
| | **Relationship to debtor shareholder** | | | |
| 30.3. | **Mar-Gar, LLC 8820 Bay Villa Court Orlando, FL** | **$2,000 per month** | **monthly** | **Management Fees** |
| | **Relationship to debtor shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Debtor | **Contempo Florida Holidays Limited Inc** | Case number *(if known)* | **8:19-bk-11518-MGW** |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 26, 2020**

**/s/ Gary Peter Leventhal**                                       **Gary Peter Leventhal**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
36/E00/0175/0/11
█████2533
09/30/2019



Account
Statement

CONTEMPO FLORIDA HOLIDAYS
LIMITED INC
43344 HIGHWAY 27
DAVENPORT FL 33837-6816

Questions? Please call
1-800-786-8787

---

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | █████2533 | 09/01/2019 - 09/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $206,900.28 | Average Balance | $75,179.15 |
| Deposits/Credits | $102,417.66 | Average Collected Balance | $74,047.32 |
| Checks | $101,145.01 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $200,913.97 | | |
| Ending Balance | $7,258.96 | | |

---

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000170702533 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

---

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 09/06 | 4,425.26 | | DEPOSIT | 09/26 | 2,145.00 | | DEPOSIT |
| 09/16 | 6,118.51 | | DEPOSIT | 09/26 | 17,000.00 | | DEPOSIT |
| 09/20 | 7,667.79 | | DEPOSIT | 09/26 | 900.00 | | DEPOSIT |
| 09/25 | 2,111.07 | | DEPOSIT | | | | |

| Date | Amount | Description |
|---|---|---|
| 09/03 | 65.00 | ELECTRONIC/ACH CREDIT<br>AMERICAN EXPRESS 4096614086 4096614086 |
| 09/03 | 65.00 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/03 | 325.00 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/03 | 455.00 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/04 | 649.00 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/05 | 1,876.54 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/06 | 397.80 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/09 | 116.55 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/09 | 180.00 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/09 | 455.00 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/10 | 195.00 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/11 | 457.00 | ELECTRONIC/ACH CREDIT<br>AMERICAN EXPRESS 4096614086 4096614086 |
| 09/11 | 2,410.35 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/12 | 941.49 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/13 | 702.70 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |
| 09/16 | 65.00 | ELECTRONIC/ACH CREDIT<br>AMERICAN EXPRESS 4096614086 4096614086 |
| 09/16 | 650.00 | ELECTRONIC/ACH CREDIT<br>MERCHANT BANKCD DEPOSIT 496214165888 |

---

58192

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
36/E00/0175/0/11
████████2533
09/30/2019

# SunTrust

## Account Statement

| Deposits/ Credits | Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|---|
| | 09/16 | 735.00 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/16 | 1,672.00 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/17 | 2,467.84 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/18 | 17,035.26 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/19 | 1,474.28 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 09/19 | 2,694.92 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/20 | 712.60 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/23 | 65.00 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 09/23 | 130.00 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/23 | 351.75 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/23 | 390.00 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/24 | 1,452.18 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/25 | 1,000.10 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/26 | 578.53 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 09/26 | 2,817.00 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/27 | 3,467.22 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/30 | 1,232.68 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/30 | 1,779.99 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/30 | 1,987.25 | | *ELECTRONIC/ACH CREDIT* | | | | |
| | | | | MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 09/30 | 10,000.00 | | INCOMING FEDWIRE CR TRN #016901 | | | | |

Deposits/Credits:  44          Total Items Deposited: 18

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 19410 | 742.75 | 09/03 | *19737 | 1,000.00 | 09/03 | 19759 | 190.00 | 09/03 |
| | *19414 | 1,600.00 | 09/09 | *19739 | 1,317.31 | 09/09 | 19760 | 96.00 | 09/09 |
| | *19574 | 10,799.95 | 09/12 | *19741 | 1,715.10 | 09/03 | 19761 | 660.00 | 09/09 |
| | *19636 | 2,380.00 | 09/04 | 19742 | 6,000.00 | 09/09 | 19762 | 80.00 | 09/06 |
| | *19675 | 1,338.60 | 09/10 | 19743 | 1,000.00 | 09/05 | 19763 | 288.00 | 09/11 |
| | 19676 | 10,235.50 | 09/09 | 19744 | 3,221.50 | 09/09 | 19764 | 210.00 | 09/11 |
| | *19690 | 340.00 | 09/03 | 19745 | 2,284.00 | 09/05 | 19765 | 938.20 | 09/16 |
| | 19691 | 504.00 | 09/03 | 19746 | 2,454.00 | 09/13 | *19769 | 3,289.00 | 09/30 |
| | *19695 | 1,050.00 | 09/16 | 19747 | 905.65 | 09/06 | *19772 | 96.00 | 09/27 |
| | *19700 | 1,554.36 | 09/03 | 19748 | 992.00 | 09/05 | 19773 | 359.00 | 09/30 |
| | *19702 | 29.30 | 09/03 | 19749 | 250.00 | 09/06 | 19774 | 241.00 | 09/27 |
| | 19703 | 210.00 | 09/20 | 19750 | 607.00 | 09/05 | 19775 | 222.00 | 09/30 |
| | *19714 | 9,910.40 | 09/06 | 19751 | 598.00 | 09/16 | *19777 | 405.50 | 09/30 |
| | *19719 | 10,935.30 | 09/04 | 19752 | 63.00 | 09/10 | 19778 | 210.00 | 09/27 |
| | 19720 | 5,202.84 | 09/10 | 19753 | 303.00 | 09/10 | 19779 | 812.50 | 09/30 |
| | *19722 | 4,203.60 | 09/04 | 19754 | 73.00 | 09/10 | *19782 | 15.00 | 09/27 |
| | 19723 | 200.50 | 09/06 | 19755 | 520.00 | 09/10 | 19783 | 812.50 | 09/30 |
| | *19727 | 1,265.15 | 09/03 | 19756 | 178.00 | 09/06 | 19784 | 240.00 | 09/30 |
| | 19728 | 100.00 | 09/03 | 19757 | 1,047.00 | 09/09 | 19785 | 480.00 | 09/30 |
| | 19729 | 1,494.00 | 09/03 | 19758 | 111.00 | 09/10 | *19787 | 495.00 | 09/27 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
36/E00/0175/0/11
████████2533
09/30/2019

# SunTrust

## Account Statement

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|
| | *19790 | 1,494.00 | 09/30 | 19791 | 775.50 | 09/26 |

Checks: 62
* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.

---

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 09/03 | 451.45 | | *ELECTRONIC/ACH DEBIT* |
| | | | | FLORIDA BLUE  FL BLUE49372873 |
| | 09/03 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN083019 190830160440774 |
| | 09/03 | 838.89 | | *ELECTRONIC/ACH DEBIT* |
| | | | | WASTE MANAGEMENT   INTERNET 043000096273178 |
| | 09/03 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019245000004493 |
| | 09/03 | 2,117.45 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MERCHANT BANKCD  DEPOSIT  496214165888 |
| | 09/03 | 2,297.87 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MERCHANT BANKCD  DEPOSIT  496214165888 |
| | 09/04 | 147.25 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AUTHNET GATEWAY   BILLING 107958226 |
| | 09/04 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN090319 190903162250938 |
| | 09/04 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019246000004480 |
| | 09/04 | 7,809.50 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS   PAYMENT 1115359 |
| | 09/05 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN090419 190904162805801 |
| | 09/05 | 69.57 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMERICAN EXPRESS  4096614086  4096614086 |
| | 09/05 | 700.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | QUARTER5 LLC SALE |
| | 09/05 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019247000004479 |
| | 09/05 | 1,000.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | QUARTER5 LLC SALE |
| | 09/05 | 7,009.88 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX EPAYMENT ACH PMT  V7388 |
| | 09/06 | 40,000.00 | | OUTGOING FEDWIRE DR TRN #012895 |
| | 09/06 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN090519 190905163215865 |
| | 09/06 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019248000004440 |
| | 09/09 | 541.45 | | CHECK CARD PURCHASE  TR DATE 09/06 |
| | | | | STAPLES DIRECT 800-3333330  MA |
| | 09/09 | 230.09 | | *ELECTRONIC/ACH DEBIT* |
| | | | | Sumter Electric WEB PMTS  XDRX6C |
| | 09/09 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN090619 190906144746897 |
| | 09/09 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019251000004383 |
| | 09/10 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN090919 190909154556546 |
| | 09/10 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019252000004364 |
| | 09/11 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN091019 190910165127364 |
| | 09/11 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019253000004316 |
| | 09/11 | 7,809.50 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS   PAYMENT 1121354 |

Member FDIC     Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
36/E00/0175/0/11
██████2533
09/30/2019

# SunTrust

## Account
## Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 09/12 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN091119 190911163030997 |
| | 09/12 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH DEBITACH 019254000004282 |
| | 09/13 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN091219 190912133441758 |
| | 09/13 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH DEBITACH 019255000004239 |
| | 09/13 | 3,159.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | INDIGOSKYS GROUP SALE |
| | 09/16 | 559.08 | | CHECK CARD PURCHASE TR DATE 09/14 |
| | | | | COMCAST/XFINITY 800-266-2278 FL |
| | 09/16 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN091319 190913162459401 |
| | 09/16 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH DEBITACH 019258000004177 |
| | 09/17 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN091619 190916163550736 |
| | 09/17 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH DEBITACH 019259000004167 |
| | 09/18 | 292.50 | | CHECK CARD PURCHASE TR DATE 09/17 |
| | | | | SQ *SQ *MARK DEBOLLA GOSQ.COM FL |
| | 09/18 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN091719 190917162526236 |
| | 09/18 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH DEBITACH 019260000004153 |
| | 09/18 | 7,809.50 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS PAYMENT 1127347 |
| | 09/19 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN091819 190918115505508 |
| | 09/19 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH DEBITACH 019261000004090 |
| | 09/20 | 336.00 | | ACCOUNT ANALYSIS FEE |
| | 09/20 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN091919 190919162644250 |
| | 09/20 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH DEBITACH 019262000004057 |
| | 09/23 | 57.75 | | CHECK CARD PURCHASE TR DATE 09/20 |
| | | | | POLK PROP TAX PMT BARTOW FL |
| | 09/23 | 17.99 | | RECURRING CHECK CARD PURCHASE TR DATE 09/21 |
| | | | | STAMPS.COM 855-608-2677 CA |
| | 09/23 | 195.08 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX EPAYMENT ACH PMT S0028 |
| | 09/23 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN092019 190920143044383 |
| | 09/23 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH DEBITACH 019265000003963 |
| | 09/23 | 1,190.89 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX EPAYMENT ACH PMT S8374 |
| | 09/23 | 2,686.11 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX EPAYMENT ACH PMT S9514 |
| | 09/23 | 2,780.38 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX EPAYMENT ACH PMT S3338 |
| | 09/23 | 8,483.21 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX EPAYMENT ACH PMT S6810 |
| | 09/24 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN092319 190923163848730 |
| | 09/24 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH DEBITACH 019266000003963 |
| | 09/25 | 242.75 | | CHECK CARD PURCHASE TR DATE 09/25 |
| | | | | POLK COUNTY UTILITIES 800-301-6039 FL |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
36/E00/0175/0/11
███████2533
09/30/2019

# SunTrust

## Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 09/25 | 563.13 | | *ELECTRONIC/ACH DEBIT*<br>WEX INC FLEET DEBI 9100004454100 |
| | 09/25 | 672.62 | | *ELECTRONIC/ACH DEBIT*<br>MARLIN BUSINESS  LOAN092419 190924162556241 |
| | 09/25 | 681.00 | | *ELECTRONIC/ACH DEBIT*<br>CHASE CREDIT CRD   EPAY 4316376305 |
| | 09/25 | 886.16 | | *ELECTRONIC/ACH DEBIT*<br>AMEX - DEBIT ACH  DEBITACH 019267000003916 |
| | 09/25 | 7,809.50 | | *ELECTRONIC/ACH DEBIT*<br>MULLIGAN LOANS   PAYMENT 1133389 |
| | 09/26 | 672.62 | | *ELECTRONIC/ACH DEBIT*<br>MARLIN BUSINESS  LOAN092519 190925160009543 |
| | 09/26 | 379.38 | | *ELECTRONIC/ACH DEBIT*<br>WASTE MANAGEMENT   INTERNET 043000091472100 |
| | 09/26 | 886.16 | | *ELECTRONIC/ACH DEBIT*<br>AMEX - DEBIT ACH  DEBITACH 019268000003881 |
| | 09/27 | 60,834.72 | | OUTGOING FEDWIRE DR TRN #019396 |
| | 09/27 | 672.62 | | *ELECTRONIC/ACH DEBIT*<br>MARLIN BUSINESS  LOAN092619 190926164215914 |
| | 09/27 | 886.16 | | *ELECTRONIC/ACH DEBIT*<br>AMEX - DEBIT ACH  DEBITACH 019269000003845 |
| | 09/30 | 326.50 | | CHECK CARD PURCHASE  TR DATE 09/28<br>SPEEDPAY:DUKE-ENERGY 866-316-3360 NC |
| | 09/30 | 286.00 | | POINT OF SALE DEBIT  TR DATE 09/30<br>CTS FRONTIER PHONE PAY ROCHESTER   NY 002 |
| | 09/30 | 672.62 | | *ELECTRONIC/ACH DEBIT*<br>MARLIN BUSINESS  LOAN092719 190927161038029 |
| | 09/30 | 886.16 | | *ELECTRONIC/ACH DEBIT*<br>AMEX - DEBIT ACH  DEBITACH 019272000003734 |
| | 09/30 | 25.00 | | MAINTENANCE FEE |

Withdrawals/Debits:  75

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 09/01 | 206,900.28 | 206,900.28 | 09/17 | 49,449.75 | 49,449.75 |
| | 09/03 | 191,801.18 | 191,801.18 | 09/18 | 56,824.23 | 56,824.23 |
| | 09/04 | 165,415.75 | 165,415.75 | 09/19 | 59,434.65 | 59,434.65 |
| | 09/05 | 152,071.06 | 152,071.06 | 09/20 | 65,710.26 | 58,043.26 |
| | 09/06 | 103,747.79 | 101,722.79 | 09/23 | 49,676.82 | 49,676.82 |
| | 09/09 | 77,801.71 | 77,801.71 | 09/24 | 49,570.22 | 49,570.22 |
| | 09/10 | 68,889.49 | 68,889.49 | 09/25 | 41,826.23 | 39,715.23 |
| | 09/11 | 61,890.56 | 61,890.56 | 09/26 | 62,553.10 | 61,653.10 |
| | 09/12 | 50,473.32 | 50,473.32 | 09/27 | 2,569.82 | 2,569.82 |
| | 09/13 | 44,004.24 | 44,004.24 | 09/30 | 7,258.96 | 7,258.96 |
| | 09/16 | 48,540.69 | 46,672.69 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

                                     Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 8
36/E00/0175/0/11
████████2533
10/31/2019



## Account Statement

CONTEMPO FLORIDA HOLIDAYS
LIMITED INC
43344 HIGHWAY 27
DAVENPORT FL 33837-6816

Questions? Please call
1-800-786-8787

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | SELECT BUSINESS CHECKING | ████████2533 | 10/01/2019 - 10/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,258.96 | Average Balance | $12,407.38 |
| Deposits/Credits | $250,237.39 | Average Collected Balance | $12,232.09 |
| Checks | $24,561.40 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $218,702.37 | | |
| Ending Balance | $14,232.58 | | |

---

**Overdraft Protection**

| Account Number | Protected By |
|---|---|
| 1000170702533 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

---

**Deposits/ Credits**

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 10/18 | 487.30 | | DEPOSIT | 10/22 | 3,734.55 | | DEPOSIT |
| 10/21 | 2,241.78 | | DEPOSIT | 10/24 | 1,092.66 | | DEPOSIT |
| 10/01 | 265.00 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/02 | 3,776.35 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/03 | 884.00 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/04 | 308.65 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/04 | 976.80 | | *ELECTRONIC/ACH CREDIT*<br>AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| 10/07 | 715.00 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/07 | 1,046.49 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/07 | 2,707.79 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/08 | 65.00 | | *ELECTRONIC/ACH CREDIT*<br>AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| 10/08 | 228.09 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/09 | 971.39 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/10 | 1,055.49 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/10 | 4,545.22 | | *ELECTRONIC/ACH CREDIT*<br>AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| 10/10 | 147,020.75 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/11 | 194.99 | | INCOMING FEDWIRE CR TRN #016728<br>*ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/15 | 65.00 | | *ELECTRONIC/ACH CREDIT*<br>AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| 10/15 | 455.00 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 10/15 | 623.00 | | *ELECTRONIC/ACH CREDIT*<br>MERCHANT BANKCD DEPOSIT 496214165888 | | | | |

---

Member FDIC    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 8
36/E00/0175/0/11
■■■■■■2533
10/31/2019

# Account Statement

## SUNTRUST

| Deposits/ Credits | Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|---|
| | 10/15 | 1,046.25 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/15 | 2,297.03 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/16 | 260.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/17 | 3,267.88 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/18 | 8,150.27 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/21 | 65.00 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 10/21 | 195.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/21 | 541.20 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/21 | 2,679.77 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/22 | 7,125.17 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/23 | 602.86 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 10/23 | 10,516.96 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/24 | 2,876.01 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/25 | 709.99 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/28 | 195.00 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 10/28 | 815.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/28 | 937.07 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/28 | 2,000.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/28 | 2,391.72 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 10/28 | 4,223.26 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/28 | 10,000.00 | | INCOMING FEDWIRE CR TRN #000799 | | | | |
| | 10/29 | 800.00 | | INCOMING FEDWIRE CR TRN #016506 | | | | |
| | | | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/30 | 2,076.09 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 10/30 | 10,000.00 | | INCOMING FEDWIRE CR TRN #007346 | | | | |
| | 10/31 | 496.86 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 10/31 | 2,508.70 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |

Deposits/Credits: 48                    Total Items Deposited: 6

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 19724 | 262.05 | 10/21 | *19788 | 386.50 | 10/01 | 19804 | 565.00 | 10/24 |
| | *19766 | 2,500.00 | 10/03 | 19789 | 222.00 | 10/01 | 19805 | 440.00 | 10/25 |
| | 19767 | 1,800.00 | 10/16 | *19792 | 198.14 | 10/01 | 19806 | 1,052.00 | 10/25 |
| | 19768 | 2,223.44 | 10/02 | *19798 | 3,505.58 | 10/22 | 19807 | 691.00 | 10/24 |
| | *19776 | 165.00 | 10/01 | 19799 | 826.00 | 10/16 | 19808 | 392.00 | 10/28 |
| | *19780 | 169.00 | 10/02 | 19800 | 645.00 | 10/25 | 19809 | 479.00 | 10/24 |
| | 19781 | 101.00 | 10/01 | 19801 | 361.00 | 10/25 | 19810 | 1,003.00 | 10/28 |
| | *19786 | 210.00 | 10/01 | *19803 | 584.00 | 10/24 | 19811 | 240.00 | 10/25 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 8
36/E00/0175/0/11
███████████2533
10/31/2019

# SunTrust

## Account Statement

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | *19813 | 2,641.69 | 10/24 | 19814 | 554.00 | 10/25 | 19815 | 2,345.00 | 10/30 |

Checks: 27
* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/01 | 50.00 | | CHECK CARD PURCHASE  TR DATE 09/30 |
| | | | | USPS POSTAGE  STAMPS.C 888-434-0055 CA |
| | 10/01 | 324.00 | | CHECK CARD PURCHASE  TR DATE 09/30 |
| | | | | CTS*FRONTIER PHONE PAY 800-921-8101 CT |
| | 10/01 | 57.75 | | *ELECTRONIC/ACH DEBIT* |
| | | | | PNP BILLPAYMENT  092719EK  64641756-5001 |
| | 10/01 | 57.75 | | *ELECTRONIC/ACH DEBIT* |
| | | | | PNP BILLPAYMENT  092719EK  64641558-5001 |
| | 10/01 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN093019 190930153302248 |
| | 10/01 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019273000003732 |
| | 10/02 | 115.95 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AUTHNET GATEWAY  BILLING 108340593 |
| | 10/02 | 451.45 | | *ELECTRONIC/ACH DEBIT* |
| | | | | FLORIDA BLUE  FL BLUE50268526 |
| | 10/02 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN100119 191001164251669 |
| | 10/02 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019274000003722 |
| | 10/02 | 38.00 | | RETURNED ITEM FEE |
| | 10/03 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN100219 191002161713877 |
| | 10/03 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019275000003662 |
| | 10/03 | 38.00 | | RETURNED ITEM FEE |
| | 10/04 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN100319 191003160926151 |
| | 10/04 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019276000003613 |
| | 10/04 | 38.00 | | OVERDRAFT ITEM FEE |
| | 10/07 | 25.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS  PAYMENT 1142166 |
| | 10/07 | 90.24 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMERICAN EXPRESS  4096614086  4096614086 |
| | 10/07 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN100419 191004153524488 |
| | 10/07 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019279000003565 |
| | 10/07 | 38.00 | | RETURNED ITEM FEE |
| | 10/08 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN100719 191007153331244 |
| | 10/08 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019280000003541 |
| | 10/09 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN100819 191008163833109 |
| | 10/09 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019281000003538 |
| | 10/09 | 38.00 | | RETURNED ITEM FEE |
| | 10/10 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN100919 191009163222151 |
| | 10/10 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019282000003472 |
| | 10/11 | 145,000.00 | | OUTGOING FEDWIRE DR TRN #005067 |

Member FDIC   Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 8
36/E00/0175/0/11
██████2533
10/31/2019

**SunTrust**

## Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/11 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN101019 191010162938594 |
| | 10/11 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019283000003445 |
| | 10/15 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN101119 191011140124922 |
| | 10/15 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019287000003390 |
| | 10/16 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN101519 191015164352499 |
| | 10/16 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019288000003352 |
| | 10/16 | 38.00 | | RETURNED ITEM FEE |
| | 10/17 | 150.61 | | CHECK CARD PURCHASE  TR DATE 10/16 |
| | | | | STAPLES DIRECT 800-3333330  MA |
| | 10/17 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN101619 191016161841032 |
| | 10/17 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019289000003359 |
| | 10/18 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN101719 191017160605133 |
| | 10/18 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019290000003296 |
| | 10/21 | 220.00 | | ACCOUNT ANALYSIS FEE |
| | 10/21 | 73.53 | | CHECK CARD PURCHASE  TR DATE 10/17 |
| | | | | POLK PROP TAX PMT BARTOW     FL |
| | 10/21 | 17.99 | | RECURRING CHECK CARD PURCHASE  TR DATE 10/21 |
| | | | | STAMPS.COM  855-608-2677 CA |
| | 10/21 | 25.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS  PAYMENT 1153548 |
| | 10/21 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN101819 191018124117017 |
| | 10/21 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019293000003218 |
| | 10/21 | 7,809.50 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS  PAYMENT 1153547 |
| | 10/22 | 308.17 | | POINT OF SALE DEBIT  TR DATE 10/22 |
| | | | | Frontier  Stamford    CT  1140 |
| | 10/22 | 172.39 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX EPAYMENT ACH PMT  W0206 |
| | 10/22 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN102119 191021170432881 |
| | 10/22 | 1,456.11 | | *ELECTRONIC/ACH DEBIT* |
| | | | | CITI PAYMENT  PAYMENT 203099550458946 |
| | 10/22 | 139.82 | | *ELECTRONIC/ACH DEBIT* |
| | | | | CenturyLink  SPEEDPAY  311729502 |
| | 10/22 | 139.82 | | *ELECTRONIC/ACH DEBIT* |
| | | | | CenturyLink  SPEEDPAY  312310351 |
| | 10/22 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019294000003226 |
| | 10/23 | 8.15 | | CHECK CARD PURCHASE  TR DATE 10/23 |
| | | | | SPECTRUM855-707-7328 FL |
| | 10/23 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS LOAN102219 191022163150115 |
| | 10/23 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019295000003239 |
| | 10/23 | 7,809.50 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS  PAYMENT 1157190 |
| | 10/24 | 18.23 | | CHECK CARD PURCHASE  TR DATE 10/24 |
| | | | | SUMMIT BROADBAND 4079968900  FL |
| | 10/24 | 56.44 | | CHECK CARD PURCHASE  TR DATE 10/24 |
| | | | | SUMMIT BROADBAND 4079968900  FL |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

# Account
# Statement

## SUNTRUST

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/24 | 51.99 | | CHECK CARD PURCHASE  TR DATE 10/24 |
| | | | | SUMMIT BROADBAND 4079968900  FL |
| | 10/24 | 28.96 | | CHECK CARD PURCHASE  TR DATE 10/24 |
| | | | | SUMMIT BROADBAND 4079968900  FL |
| | 10/24 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN102319 191023161859882 |
| | 10/24 | 686.42 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX EPAYMENT ACH PMT  W4110 |
| | 10/24 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019296000003175 |
| | 10/25 | 397.81 | | POINT OF SALE DEBIT  TR DATE 10/24 |
| | | | | Frontier  Stamford   CT  1140 |
| | 10/25 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN102419 191024163754890 |
| | 10/25 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019297000003146 |
| | 10/28 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN102519 191025164418482 |
| | 10/28 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019300000003064 |
| | 10/29 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN102819 191028163357248 |
| | 10/29 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019301000003069 |
| | 10/30 | 324.69 | | CHECK CARD PURCHASE  TR DATE 10/30 |
| | | | | POLK COUNTY UTILITIES  800-301-6039 FL |
| | 10/30 | 390.92 | | CHECK CARD PURCHASE  TR DATE 10/30 |
| | | | | COMCAST/XFINITY  800-266-2278 FL |
| | 10/30 | 236.27 | | CHECK CARD PURCHASE  TR DATE 10/30 |
| | | | | COMCAST/XFINITY  800-266-2278 FL |
| | 10/30 | 120.82 | | CHECK CARD PURCHASE  TR DATE 10/30 |
| | | | | COMCAST/XFINITY  800-266-2278 FL |
| | 10/30 | 192.48 | | CHECK CARD PURCHASE  TR DATE 10/30 |
| | | | | COMCAST/XFINITY  800-266-2278 FL |
| | 10/30 | 133.24 | | CHECK CARD PURCHASE  TR DATE 10/30 |
| | | | | COMCAST/XFINITY  800-266-2278 FL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 338.81 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 445.50 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 391.85 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 158.61 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 246.34 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 407.45 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 |
| | | | | FBS* UTILITIES INC SER   NORTHBROOK  IL |

Member FDIC                    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 6 of 8
36/E00/0175/0/11
████ 2533
10/31/2019

# Account Statement

**SUNTRUST**

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/30 | 337.04 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 324.94 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 125.90 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 112.91 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 471.61 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 357.97 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 291.69 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 311.97 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 325.82 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 104.49 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC SER   NORTHBROOK  IL |
| | 10/30 | 218.81 | | CHECK CARD PURCHASE  TR DATE 10/29 FBS* UTILITIES INC NORTHBROOK  IL |
| | 10/30 | 7,809.50 | | *ELECTRONIC/ACH DEBIT* MULLIGAN LOANS   PAYMENT 1163728 |
| | 10/30 | 74.17 | | *ELECTRONIC/ACH DEBIT* FPUC/EZ-PAYUTILITY 4486358 |
| | 10/30 | 89.01 | | *ELECTRONIC/ACH DEBIT* FPUC/EZ-PAYUTILITY 4486368 |
| | 10/30 | 97.21 | | *ELECTRONIC/ACH DEBIT* FPUC/EZ-PAYUTILITY 4486363 |
| | 10/30 | 100.62 | | *ELECTRONIC/ACH DEBIT* FPUC/EZ-PAYUTILITY 4486365 |
| | 10/30 | 111.42 | | *ELECTRONIC/ACH DEBIT* FPUC/EZ-PAYUTILITY 4486367 |
| | 10/30 | 116.62 | | *ELECTRONIC/ACH DEBIT* FPUC/EZ-PAYUTILITY 4486361 |
| | 10/30 | 142.42 | | *ELECTRONIC/ACH DEBIT* FPUC/EZ-PAYUTILITY 4486366 |
| | 10/30 | 241.37 | | *ELECTRONIC/ACH DEBIT* Utilities Inc FBS*Utilit |
| | 10/30 | 287.88 | | *ELECTRONIC/ACH DEBIT* FPUC/EZ-PAYUTILITY 4486364 |

Member FDIC     Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 7 of 8
36/E00/0175/0/11
████████2533
10/31/2019

# SunTrust

## Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/30 | 672.62 | | *ELECTRONIC/ACH DEBIT* <br> MARLIN BUSINESS  LOAN102919  191029163442951 |
| | 10/30 | 727.00 | | *ELECTRONIC/ACH DEBIT* <br> Sanctuary at Wes Assn Dues 14178478-eCheck |
| | 10/30 | 886.16 | | *ELECTRONIC/ACH DEBIT* <br> AMEX - DEBIT ACH  DEBITACH 019302000003066 |
| | 10/31 | 29.88 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> B2P*TOHO WATER AUTHORI  877-767-6148 FL |
| | 10/31 | 27.52 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> B2P*TOHO WATER AUTHORI  877-767-6148 FL |
| | 10/31 | 97.30 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> ADT SECURITY*201514601800-238-2727 FL |
| | 10/31 | 94.52 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> ADT SECURITY*201859092800-238-2727 FL |
| | 10/31 | 96.28 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> ADT SECURITY*202370831800-238-2727 FL |
| | 10/31 | 103.02 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> ADT SECURITY*203128851800-238-2727 FL |
| | 10/31 | 189.52 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> ADT SECURITY*068896110800-238-2727 FL |
| | 10/31 | 477.76 | | CHECK CARD PURCHASE  TR DATE 10/31 <br> POLK COUNTY UTILITIES  800-301-6039 FL |
| | 10/31 | 174.71 | | CHECK CARD PURCHASE  TR DATE 10/31 <br> POLK COUNTY UTILITIES  800-301-6039 FL |
| | 10/31 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> FBS* UTILITIES INC SER   NORTHBROOK   IL |
| | 10/31 | 246.75 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> FBS* UTILITIES INC NORTHBROOK   IL |
| | 10/31 | 1.99 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> FBS* UTILITIES INC SER   NORTHBROOK   IL |
| | 10/31 | 13.49 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> FBS* UTILITIES INC NORTHBROOK   IL |
| | 10/31 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> FBS* UTILITIES INC SER   NORTHBROOK   IL |
| | 10/31 | 393.46 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> FBS* UTILITIES INC NORTHBROOK   IL |
| | 10/31 | 2.25 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> FBS* UTILITIES INC SER   NORTHBROOK   IL |
| | 10/31 | 255.08 | | CHECK CARD PURCHASE  TR DATE 10/30 <br> FBS* UTILITIES INC NORTHBROOK   IL |
| | 10/31 | 672.62 | | *ELECTRONIC/ACH DEBIT* <br> MARLIN BUSINESS  LOAN103019  191030162545087 |
| | 10/31 | 886.16 | | *ELECTRONIC/ACH DEBIT* <br> AMEX - DEBIT ACH  DEBITACH 019303000002979 |
| | 10/31 | 25.00 | | MAINTENANCE FEE |
| | Withdrawals/Debits:  147 | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 10/01 | 4,193.04 | 4,193.04 | 10/16 | 4,418.45 | 4,418.45 |
| | 10/02 | 3,412.77 | 3,412.77 | 10/17 | 5,976.94 | 5,976.94 |
| | 10/03 | 199.99 | 199.99 | 10/18 | 13,055.73 | 12,568.73 |
| | 10/04 | 111.34- | 111.34- | 10/21 | 8,811.63 | 8,572.63 |
| | 10/07 | 2,645.92 | 2,645.92 | 10/22 | 12,390.68 | 8,656.68 |
| | 10/08 | 1,380.23 | 1,380.23 | 10/23 | 14,134.07 | 14,134.07 |
| | 10/09 | 754.84 | 754.84 | 10/24 | 10,741.23 | 10,741.23 |
| | 10/10 | 151,817.52 | 151,817.52 | 10/25 | 6,202.63 | 6,202.63 |
| | 10/11 | 5,453.73 | 5,453.73 | 10/28 | 23,810.90 | 23,810.90 |
| | 10/15 | 8,381.23 | 8,381.23 | 10/29 | 23,052.12 | 23,052.12 |

60059

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

## SUNTRUST

# Account Statement

---

**Balance
Activity
History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|------|---------|-------------------|------|---------|-------------------|
| 10/30 | 15,018.83 | 15,018.83 | 10/31 | 14,232.58 | 14,232.58 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
36/E00/0175/0/11
████████2533
11/30/2019



## Account Statement

CONTEMPO FLORIDA HOLIDAYS
LIMITED INC
43344 HIGHWAY 27
DAVENPORT FL 33837-6816

Questions? Please call
1-800-786-8787

---

**Important: Fee Changes.**
SunTrust Bank completed an annual review of treasury and payment services pricing.
As of January 1, 2020, fees will change for some treasury and payment services, including changes to the billing
methodology for Cash Vault services. Visit www.suntrust.com/2020pricingchanges for a full list of impacted
services. SunTrust has reviewed all service descriptions and definitions for Deposit and Treasury Management
fees for accuracy. Details of the changes can be found at www.suntrust.com/2020ServiceCodes.

---

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | ████2533 | 11/01/2019 - 11/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $14,232.58 | Average Balance | $5,471.94 |
| Deposits/Credits | $86,115.53 | Average Collected Balance | $4,756.31 |
| Checks | $22,346.05 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $75,949.55 | | |
| Ending Balance | $2,052.51 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000170702533 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 11/01 | 1,611.52 | | DEPOSIT | 11/12 | 12,217.20 | | DEPOSIT |
| 11/05 | 5,283.00 | | DEPOSIT | 11/26 | 5,441.19 | | DEPOSIT |
| 11/01 | 695.04 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/01 | 1,528.04 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| 11/04 | 619.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/04 | 1,878.57 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/04 | 2,054.12 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| 11/05 | 1,794.44 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/06 | 3,963.66 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/07 | 3,572.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/08 | 2,428.79 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/12 | 455.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/12 | 1,056.15 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/12 | 1,065.84 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| 11/12 | 1,097.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
36/E00/0175/0/11
■■■■■2533
11/30/2019

# SUNTRUST

## Account Statement

| Deposits/ Credits | Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|---|
| | 11/12 | 2,494.97 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 11/13 | 355.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/13 | 2,940.60 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 11/14 | 1,000.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/15 | 2,058.99 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/18 | 4,494.84 | | *ELECTRONIC/ACH CREDIT* VIRGIN HOLIDAYS 191115 VIS 334287 | | | | |
| | 11/18 | 239.00 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 11/18 | 380.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/18 | 390.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/18 | 608.89 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/18 | 5,638.30 | | INCOMING FEDWIRE CR TRN #000846 | | | | |
| | 11/19 | 65.00 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 11/19 | 2,336.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/19 | 3,360.95 | | REVERSAL OF ELECTRONIC/ACH DEBIT | | | | |
| | 11/20 | 456.63 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/20 | 3,477.00 | | INCOMING FEDWIRE CR TRN #010615 | | | | |
| | 11/21 | 988.06 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/22 | 60.00 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 11/22 | 554.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/25 | 65.00 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 11/25 | 325.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/25 | 1,538.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/25 | 2,198.86 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/26 | 265.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/27 | 995.00 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS 4096614086 4096614086 | | | | |
| | 11/27 | 1,428.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/29 | 65.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/29 | 130.00 | | *ELECTRONIC/ACH CREDIT* MERCHANT BANKCD DEPOSIT 496214165888 | | | | |
| | 11/29 | 446.88 | | *ELECTRONIC/ACH CREDIT* LEGOLAND VACATIO PAYMENTJNL 10023 | | | | |

Deposits/Credits:  46                                Total Items Deposited: 10

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 19802 | 104.00 | 11/06 | 19818 | 625.50 | 11/04 | 19822 | 625.00 | 11/04 |
| | *19812 | 210.00 | 11/08 | 19819 | 606.50 | 11/04 | 19823 | 414.00 | 11/06 |
| | *19816 | 776.00 | 11/01 | 19820 | 327.00 | 11/04 | 19824 | 750.00 | 11/01 |
| | 19817 | 192.00 | 11/04 | 19821 | 689.00 | 11/04 | 19825 | 419.00 | 11/04 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
36/E00/0175/0/11
█████████2533
11/30/2019

# SUNTRUST

## Account Statement

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 19826 | 480.00 | 11/04 | 19833 | 689.00 | 11/22 | *19843 | 551.50 | 11/29 |
| | 19827 | 500.00 | 11/13 | *19835 | 160.00 | 11/22 | *19845 | 519.00 | 11/29 |
| | 19828 | 900.00 | 11/13 | 19836 | 500.00 | 11/25 | 19846 | 511.00 | 11/29 |
| | 19829 | 6,000.00 | 11/13 | *19839 | 618.00 | 11/29 | 19847 | 429.00 | 11/29 |
| | 19830 | 614.00 | 11/15 | 19840 | 516.50 | 11/29 | *19850 | 570.00 | 11/29 |
| | 19831 | 182.05 | 11/15 | 19841 | 395.00 | 11/29 | 19851 | 1,000.00 | 11/29 |
| | 19832 | 1,473.00 | 11/18 | | | | | | |

Checks: 31
* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 11/01 | 229.61 | | CHECK CARD PURCHASE  TR DATE 10/31 SPEEDPAY:DUKE-ENERGY 866-316-3360 NC |
| | 11/01 | 310.23 | | CHECK CARD PURCHASE  TR DATE 10/31 SPEEDPAY:DUKE-ENERGY 866-316-3360 NC |
| | 11/01 | 262.32 | | CHECK CARD PURCHASE  TR DATE 10/31 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/01 | 356.48 | | CHECK CARD PURCHASE  TR DATE 10/31 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/01 | 4,884.11 | | OVER-THE-COUNTER WITHDRAWAL |
| | 11/01 | 2,335.60 | | *ELECTRONIC/ACH DEBIT* AMEX EPAYMENT ACH PMT  W2666 |
| | 11/01 | 672.62 | | *ELECTRONIC/ACH DEBIT* MARLIN BUSINESS  LOAN103119 191031165539823 |
| | 11/01 | 886.16 | | *ELECTRONIC/ACH DEBIT* AMEX - DEBIT ACH  DEBITACH 019304000002935 |
| | 11/04 | 32.75 | | CHECK CARD PURCHASE  TR DATE 11/02 POLK COUNTY UTILITIES  800-301-6039 FL |
| | 11/04 | 433.39 | | CHECK CARD PURCHASE  TR DATE 11/02 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/04 | 114.75 | | *ELECTRONIC/ACH DEBIT* AUTHNET GATEWAY   BILLING 109137473 |
| | 11/04 | 451.45 | | *ELECTRONIC/ACH DEBIT* FLORIDA BLUE  FL BLUE 51271047 |
| | 11/04 | 672.62 | | *ELECTRONIC/ACH DEBIT* MARLIN BUSINESS  LOAN110119 191101164937955 |
| | 11/04 | 886.16 | | *ELECTRONIC/ACH DEBIT* AMEX - DEBIT ACH  DEBITACH 019307000002870 |
| | 11/04 | 1,458.15 | | *ELECTRONIC/ACH DEBIT* MERCHANT BANKCD  DEPOSIT  496214165888 |
| | 11/05 | 672.62 | | *ELECTRONIC/ACH DEBIT* MARLIN BUSINESS  LOAN120419 191104164340748 |
| | 11/05 | 189.02 | | *ELECTRONIC/ACH DEBIT* AMERICAN EXPRESS  4096614086  4096614086 |
| | 11/05 | 886.16 | | *ELECTRONIC/ACH DEBIT* AMEX - DEBIT ACH  DEBITACH 019308000002862 |
| | 11/06 | 356.15 | | CHECK CARD PURCHASE  TR DATE 11/05 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/06 | 335.79 | | CHECK CARD PURCHASE  TR DATE 11/05 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/06 | 437.09 | | CHECK CARD PURCHASE  TR DATE 11/05 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/06 | 375.11 | | CHECK CARD PURCHASE  TR DATE 11/05 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/06 | 388.13 | | CHECK CARD PURCHASE  TR DATE 11/05 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/06 | 394.31 | | CHECK CARD PURCHASE  TR DATE 11/05 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/06 | 293.91 | | CHECK CARD PURCHASE  TR DATE 11/05 CTS*FRONTIER ONLINEPAY 800-921-8101 CT |

60491

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
36/E00/0175/0/11
████████2533
11/30/2019

# SunTrust

## Account Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 11/06 | 327.77 | | CHECK CARD PURCHASE  TR DATE 11/05 |
| | | | | CTS*FRONTIER ONLINEPAY 800-921-8101 CT |
| | 11/06 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN110519 191105165602077 |
| | 11/06 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019309000002849 |
| | 11/06 | 7,809.50 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS   PAYMENT 1170247 |
| | 11/06 | 38.00 | | OVERDRAFT ITEM FEE |
| | 11/07 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN110619 191106164906696 |
| | 11/07 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019310000002767 |
| | 11/08 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN110719 191107133041059 |
| | 11/08 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019311000002736 |
| | 11/12 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN110819 191108161150122 |
| | 11/12 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019315000002684 |
| | 11/13 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN111219 191112163706414 |
| | 11/13 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019316000002639 |
| | 11/13 | 7,809.50 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS   PAYMENT 1175484 |
| | 11/14 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN111319 191113162621175 |
| | 11/14 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019317000002648 |
| | 11/15 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN111419 191114145940724 |
| | 11/15 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019318000002594 |
| | 11/18 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN111519 191115155630407 |
| | 11/18 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019321000002513 |
| | 11/19 | 10,000.00 | | ONLINE BANKING TRANSFER TO 0175 1000170702574 |
| | 11/19 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN111819 191118142543538 |
| | 11/19 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019322000002524 |
| | 11/19 | 3,360.95 | | *ELECTRONIC/ACH DEBIT* |
| | | | | SAGE SOFTWARE COLLECTION |
| | 11/20 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN111919 191119162313992 |
| | 11/20 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019323000002485 |
| | 11/21 | 200.00 | | ACCOUNT ANALYSIS FEE |
| | 11/21 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN112019 191120163453408 |
| | 11/21 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019324000002440 |
| | 11/22 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN112119 191121163224370 |
| | 11/22 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019325000002375 |
| | 11/25 | 672.62 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MARLIN BUSINESS  LOAN112219 191122163706224 |

Member FDIC    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
36/E00/0175/0/11
████████2533
11/30/2019

# SUNTRUST

## Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 11/25 | 886.16 | | *ELECTRONIC/ACH DEBIT* |
| | | | | AMEX - DEBIT ACH  DEBITACH 019328000002376 |
| | 11/27 | 3,900.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS  PAYMENT L2U6KSKZDKT1Z7Y |
| | 11/27 | 3,900.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | MULLIGAN LOANS  PAYMENT 21P4STH86J5ADWD |
| | 11/29 | 25.00 | | MAINTENANCE FEE |
| | Withdrawals/Debits:  61 | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 11/01 | 6,604.05 | 4,993.05 | 11/18 | 13,495.79 | 13,495.79 |
| | 11/04 | 3,142.47 | 3,142.47 | 11/19 | 4,338.01 | 4,338.01 |
| | 11/05 | 8,472.11 | 8,472.11 | 11/20 | 6,712.86 | 6,712.86 |
| | 11/06 | 396.77- | 396.77- | 11/21 | 5,942.14 | 5,942.14 |
| | 11/07 | 1,616.45 | 1,616.45 | 11/22 | 4,148.36 | 4,148.36 |
| | 11/08 | 2,276.46 | 2,276.46 | 11/25 | 6,216.44 | 6,216.44 |
| | 11/12 | 19,103.84 | 6,886.84 | 11/26 | 11,922.63 | 7,503.63 |
| | 11/13 | 5,631.16 | 5,631.16 | 11/27 | 6,545.63 | 6,545.63 |
| | 11/14 | 5,072.38 | 5,072.38 | 11/29 | 2,052.51 | 2,052.51 |
| | 11/15 | 4,776.54 | 4,776.54 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

August 31, 2019 through September 30, 2019
Account Number:          **1860**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00013675 DRE 021 142 27619 NNNNNNNNNN T  1 000000000 D8 0000
CONTEMPO FLORIDA HOLIDAYS LIMITED, INC.
43344 HIGHWAY 27
DAVENPORT FL 33837-6816

**Good news! We're making it easier to get a replacement account number if your account is compromised.**

Starting November 17, 2019, if your account is compromised, we can simply issue you a replacement account number without the hassle of closing your existing account and opening a new one. This will allow you to continue using your existing debit card.

We've updated our Deposit Account Agreement to explain this change:

*We can assign and transfer your account information and documentation to a replacement account number at our discretion. We may make this assignment when your account is reported compromised by you or any signer. If we issue you a replacement account number, this Deposit Account Agreement governing you and your account will continue to apply, without interruption, as if you retained the discontinued account number.*

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$316,423.37** |
| Deposits and Additions | 6 | 662,329.69 |
| Checks Paid | 213 | -944,081.37 |
| Electronic Withdrawals | 6 | -34,731.00 |
| Fees | 1 | -10.00 |
| **Ending Balance** | **226** | **-$69.31** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/06 | Book Transfer Credit B/O: Suntrust Bank Bene-D By Fed Orlando FL 32809-6213 Org:/1000170702533 Contempo Florida Holidays Ogb: Aba/061000104 Suntrust Bank Trn: 2440209249Ez | $40,000.00 |
| 09/10 | Chips Credit Via: Bank of America, N.A./0959 B/O: Virgin Holidays Limited Crawley Rh10 1Ww Gb Ref: Nbnf=Contempo Florida Holidays Limited, Davenport, FL 338376816/Ac-000 000005195 Org=/4426242710 Crawley R H10 1Ww Gb Ogb=Bank of America, N.A . New York NY Obi=PID P222480 10285 741 Inv 183 39520 18339650 1833976 Ssn: 0333389 Trn: 7171400253Fc | 215,422.01 |
| 09/16 | Chips Credit Via: Bank of America, N.A./0959 B/O: Virgin Holidays Limited Crawley Rh10 1Ww Gb Ref: Nbnf=Contempo Florida Holidays Limited, Davenport, FL 338376816/Ac-000 000005195 Org=/4426242710 Crawley R H10 1Ww Gb Ogb=Bank of America, N.A . New York NY Obi=PID P222751 10285 763 Inv 183 45437 18345522 1834564 Ssn: 0168340 Trn: 3649500259Fc | 106,800.59 |
| 09/16 | Chips Credit Via: Bank of America, N.A./0959 B/O: Virgin Holidays Limited Crawley Rh10 1Ww Gb Ref: Nbnf=Contempo Florida Holidays Limited, Davenport, FL 338376816/Ac-000 000005195 Org=/4426242710 Crawley R H10 1Ww Gb Ogb=Bank of America, N.A. New York NY Obi=PID P222881 10285 821 Inv 183 44095 18344230 1834432 Ssn: 0168338 Trn: 3649300259Fc | 106,201.55 |
| 09/23 | Chips Credit Via: Bank of America, N.A./0959 B/O: Virgin Holidays Limited Crawley Rh10 1Ww Gb Ref: Nbnf=Contempo Florida Holidays Limited, Davenport FL 33837-6816 US/Ac-000000005195 Org=/4426242710 Crawle Y Rh10 1Ww Gb Ogb=Bank of America, N.A. New York NY US Obi=PID P223304 10285847 Inv 183 45602 18345808 18  Ssn: 0199893 Trn: 4798500266Fc | 141,207.99 |
| 09/30 | Chips Credit Via: Bank of America, N.A./0959 B/O: Virgin Holidays Limited Crawley Rh10 1Ww Gb Ref: Nbnf=Contempo Florida Holidays Limited, Davenport FL 33837-6816 US/Ac-000000005195 Org=/4426242710 Crawle Y Rh10 1Ww Gb Ogb=Bank of America, N.A. New York NY US Obi=PID P223826 10285920 Inv 183 40668 18340923 18  Ssn: 0249243 Trn: 5498400273Fc | 52,697.55 |
| **Total Deposits and Additions** | | **$662,329.69** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1002 ^ | | 09/03 | $1,161.60 |
| 1004 * ^ | | 09/06 | 1,960.00 |
| 1005 ^ | | 09/06 | 1,960.00 |
| 1007 * ^ | | 09/05 | 11,360.94 |
| 1008 ^ | | 09/06 | 2,482.20 |
| 1009 ^ | | 09/04 | 1,951.60 |
| 1010 ^ | | 09/20 | 1,742.00 |
| 1011 ^ | | 09/04 | 3,740.00 |
| 1012 ^ | | 09/05 | 7,216.65 |
| 1013 ^ | | 09/12 | 39,576.73 |
| 1014 ^ | | 09/03 | 2,500.00 |
| 1015 ^ | | 09/04 | 702.74 |
| 1016 ^ | | 09/03 | 7,584.00 |
| 1017 ^ | | 09/03 | 2,924.80 |
| 1018 ^ | | 09/03 | 4,977.94 |
| 1021 * ^ | | 09/03 | 496.50 |
| 1022 ^ | | 09/03 | 308.00 |
| 1023 ^ | | 09/05 | 60.50 |
| 1027 * ^ | | 09/03 | 486.00 |
| 1029 * ^ | | 09/03 | 255.00 |
| 1035 * ^ | | 09/03 | 140.00 |
| 1037 * ^ | | 09/03 | 210.00 |



August 31, 2019 through September 30, 2019
Account Number: █████████1860

## CHECKS PAID (continued)



| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1039 * ^ | | 09/04 | 760.00 |
| 1040 ^ | | 09/05 | 2,176.00 |
| 1041 ^ | | 09/04 | 576.00 |
| 1042 ^ | | 09/05 | 241.82 |
| 1043 ^ | | 09/05 | 132.00 |
| 1044 ^ | | 09/05 | 848.63 |
| 1045 ^ | | 09/05 | 1,258.75 |
| 1046 ^ | | 09/09 | 135.00 |
| 1047 ^ | | 09/03 | 222.00 |
| 1048 ^ | | 09/06 | 1,107.25 |
| 1049 ^ | | 09/03 | 386.50 |
| 1050 ^ | | 09/03 | 1,923.12 |
| 1051 ^ | | 09/04 | 299.00 |
| 1054 * ^ | | 09/03 | 12,135.16 |
| 1056 * ^ | | 09/03 | 1,006.42 |
| 1057 ^ | | 09/10 | 50.00 |
| 1061 * ^ | | 09/19 | 2,278.00 |
| 1062 ^ | | 09/09 | 1,709.00 |
| 1063 ^ | | 09/20 | 1,142.89 |
| 1064 ^ | | 09/26 | 1,397.98 |
| 1065 ^ | | 09/20 | 947.20 |
| 1066 ^ | | 09/26 | 636.97 |
| 1068 * ^ | | 09/19 | 1,337.98 |
| 1069 ^ | | 09/20 | 1,269.00 |
| 1070 ^ | | 09/19 | 1,268.99 |
| 1071 ^ | | 09/19 | 1,299.79 |
| 1072 ^ | | 09/19 | 1,400.00 |
| 1073 ^ | | 09/23 | 54.98 |
| 1074 ^ | | 09/23 | 1,073.60 |
| 1075 ^ | | 09/19 | 1,268.99 |
| 1076 ^ | | 09/20 | 1,066.97 |
| 1077 ^ | | 09/19 | 1,400.00 |
| 1078 ^ | | 09/20 | 1,121.00 |
| 1079 ^ | | 09/13 | 888.29 |
| 1080 ^ | | 09/10 | 18.99 |
| 1081 ^ | | 09/10 | 1,127.93 |
| 1082 ^ | | 09/09 | 905.29 |
| 1083 ^ | | 09/30 | 749.85 |
| 1084 ^ | | 09/11 | 1,368.49 |
| 1085 ^ | | 09/11 | 1,072.33 |
| 1086 ^ | | 09/11 | 1,271.74 |
| 1087 ^ | | 09/10 | 1,904.57 |
| 1088 ^ | | 09/06 | 767.86 |
| 1089 ^ | | 09/06 | 1,210.01 |
| 1090 ^ | | 09/09 | 963.28 |
| 1091 ^ | | 09/06 | 998.80 |
| 1092 ^ | | 09/10 | 1,184.01 |
| 1093 ^ | | 09/06 | 1,337.31 |
| 1094 ^ | | 09/26 | 914.09 |
| 1095 ^ | | 09/06 | 872.55 |



August 31, 2019 through September 30, 2019
Account Number: ██████████ 1860

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1096 ^ | | 09/06 | 1,168.72 |
| 1097 ^ | | 09/10 | 1,427.09 |
| 1098 ^ | | 09/12 | 24,706.99 |
| 1099 ^ | | 09/10 | 1,680.00 |
| 1101 * ^ | | 09/06 | 14,044.80 |
| 1102 ^ | | 09/12 | 700.00 |
| 1103 ^ | | 09/11 | 1,951.60 |
| 1104 ^ | | 09/04 | 1,368.50 |
| 1105 ^ | | 09/10 | 17,577.20 |
| 1106 ^ | | 09/05 | 7,579.65 |
| 1108 * ^ | | 09/03 | 20,889.62 |
| 1109 ^ | | 09/03 | 26,906.69 |
| 1111 * ^ | | 09/06 | 11,411.00 |
| 1112 ^ | | 09/03 | 3,000.00 |
| 1113 ^ | | 09/04 | 3,000.00 |
| 1115 * ^ | | 09/06 | 4,500.00 |
| 1116 ^ | | 09/09 | 33,426.90 |
| 1117 ^ | | 09/06 | 19,996.04 |
| 1118 ^ | | 09/09 | 3,516.00 |
| 1119 ^ | | 09/18 | 4,031.50 |
| 1120 ^ | | 09/20 | 16,622.09 |
| 1121 ^ | | 09/06 | 8,317.40 |
| 1122 ^ | | 09/10 | 14,548.22 |
| 1123 ^ | | 09/09 | 20,994.02 |
| 1125 * ^ | | 09/09 | 11,008.67 |
| 1126 ^ | | 09/11 | 59.61 |
| 1127 ^ | | 09/10 | 207.36 |
| 1128 ^ | | 09/12 | 166.52 |
| 1129 ^ | | 09/16 | 48.14 |
| 1130 ^ | | 09/16 | 46.00 |
| 1131 ^ | | 09/23 | 42.79 |
| 1132 ^ | | 09/11 | 446.89 |
| 1133 ^ | | 09/11 | 50.89 |
| 1134 ^ | | 09/11 | 279.58 |
| 1135 ^ | | 09/11 | 140.00 |
| 1136 ^ | | 09/09 | 551.72 |
| 1137 ^ | | 09/09 | 143.94 |
| 1138 ^ | | 09/09 | 6,601.62 |
| 1139 ^ | | 09/10 | 3,379.01 |
| 1140 ^ | | 09/13 | 4,000.18 |
| 1141 ^ | | 09/11 | 892.97 |
| 1142 ^ | | 09/12 | 746.50 |
| 1143 ^ | | 09/16 | 190.00 |
| 1145 * ^ | | 09/13 | 446.00 |
| 1146 ^ | | 09/13 | 270.00 |
| 1147 ^ | | 09/16 | 202.00 |
| 1148 ^ | | 09/13 | 173.00 |
| 1149 ^ | | 09/16 | 315.00 |
| 1150 ^ | | 09/16 | 439.50 |
| 1151 ^ | | 09/16 | 207.00 |



August 31, 2019 through September 30, 2019
Account Number: ████████ **1860**

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1152  ^ | | 09/23 | 53.00 |
| 1153  ^ | | 09/16 | 262.00 |
| 1154  ^ | | 09/13 | 449.50 |
| 1155  ^ | | 09/13 | 384.00 |
| 1156  ^ | | 09/16 | 210.00 |
| 1157  ^ | | 09/16 | 238.50 |
| 1158  ^ | | 09/16 | 1,230.09 |
| 1159  ^ | | 09/19 | 1,300.00 |
| 1160  ^ | | 09/11 | 2,000.00 |
| 1161  ^ | | 09/11 | 4,754.58 |
| 1162  ^ | | 09/20 | 3,484.86 |
| 1163  ^ | | 09/10 | 1,500.00 |
| 1164  ^ | | 09/17 | 3,300.00 |
| 1165  ^ | | 09/16 | 2,000.00 |
| 1166  ^ | | 09/17 | 4,630.92 |
| 1167  ^ | | 09/11 | 3,000.00 |
| 1168  ^ | | 09/11 | 2,610.95 |
| 1169  ^ | | 09/16 | 2,000.00 |
| 1170  ^ | | 09/11 | 1,500.00 |
| 1171  ^ | | 09/11 | 516.40 |
| 1172  ^ | | 09/11 | 498.01 |
| 1173  ^ | | 09/13 | 3,096.19 |
| 1174  ^ | | 09/16 | 1,000.00 |
| 1175  ^ | | 09/16 | 1,333.78 |
| 1176  ^ | | 09/16 | 450.00 |
| 1177  ^ | | 09/17 | 1,999.17 |
| 1178  ^ | | 09/16 | 1,931.30 |
| 1179  ^ | | 09/24 | 42.79 |
| 1180  ^ | | 09/16 | 254.06 |
| 1181  ^ | | 09/17 | 3,753.95 |
| 1182  ^ | | 09/19 | 1,775.76 |
| 1183  ^ | | 09/18 | 1,940.94 |
| 1184  ^ | | 09/16 | 116.31 |
| 1185  ^ | | 09/19 | 31.15 |
| 1186  ^ | | 09/12 | 9,291.60 |
| 1187  ^ | | 09/19 | 9,502.50 |
| 1188  ^ | | 09/16 | 16,993.53 |
| 1189  ^ | | 09/18 | 11,631.70 |
| 1190  ^ | | 09/20 | 25,570.15 |
| 1191  ^ | | 09/17 | 10,091.80 |
| 1192  ^ | | 09/26 | 1,910.00 |
| 1193  ^ | | 09/18 | 14,587.28 |
| 1194  ^ | | 09/16 | 27,410.70 |
| 1195  ^ | | 09/16 | 34,045.38 |
| 1196  ^ | | 09/24 | 150.00 |
| 1197  ^ | | 09/18 | 34,698.91 |
| 1198  ^ | | 09/13 | 6,000.00 |
| 1199  ^ | | 09/23 | 6,000.00 |
| 1201  * ^ | | 09/13 | 4,000.00 |
| 1203  * ^ | | 09/16 | 11,380.00 |





August 31, 2019 through September 30, 2019

Account Number: ████████ 1860

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1204 ^ | | 09/20 | 3,237.19 |
| 1205 ^ | | 09/16 | 10,000.00 |
| 1206 ^ | | 09/19 | 657.00 |
| 1207 ^ | | 09/19 | 156.00 |
| 1209 * ^ | | 09/20 | 1,061.00 |
| 1210 ^ | | 09/20 | 676.00 |
| 1211 ^ | | 09/24 | 192.00 |
| 1212 ^ | | 09/23 | 203.00 |
| 1213 ^ | | 09/20 | 457.50 |
| 1214 ^ | | 09/23 | 102.00 |
| 1215 ^ | | 09/24 | 525.50 |
| 1216 ^ | | 09/24 | 147.00 |
| 1217 ^ | | 09/20 | 154.00 |
| 1218 ^ | | 09/20 | 578.50 |
| 1219 ^ | | 09/23 | 492.00 |
| 1220 ^ | | 09/23 | 260.00 |
| 1221 ^ | | 09/23 | 210.00 |
| 1222 ^ | | 09/25 | 395.00 |
| 1223 ^ | | 09/30 | 39.38 |
| 1224 ^ | | 09/24 | 953.83 |
| 1225 ^ | | 09/26 | 5,716.57 |
| 1226 ^ | | 09/23 | 3,107.81 |
| 1227 ^ | | 09/30 | 500.00 |
| 1228 ^ | 09/20 | 09/20 | 2,492.50 |
| 1230 * ^ | | 09/23 | 1,183.17 |
| 1231 ^ | | 09/20 | 5,141.30 |
| 1232 ^ | | 09/27 | 8,946.00 |
| 1233 ^ | | 09/23 | 4,245.51 |
| 1235 * ^ | | 09/30 | 980.00 |
| 1236 ^ | | 09/23 | 10,217.21 |
| 1237 ^ | | 09/23 | 8,115.80 |
| 1238 ^ | | 09/20 | 23,970.87 |
| 1241 * ^ | | 09/23 | 35,148.71 |
| 1243 * ^ | | 09/26 | 765.23 |
| 1244 ^ | | 09/26 | 43,894.72 |
| 1254 * ^ | | 09/24 | 3,124.61 |
| 1309 * ^ | | 09/30 | 26,642.09 |
| 1320 * ^ | | 09/27 | 6,876.92 |
| 1321 ^ | | 09/27 | 112.00 |
| 1331 * ^ | | 09/30 | 1,631.50 |
| 1360 * ^ | | 09/30 | 4,157.69 |

**Total Checks Paid** **$944,081.37**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



August 31, 2019 through September 30, 2019
Account Number: ███████1860



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/06 | 09/06 Online Transfer To Chk ...0112 Transaction#: 8619268516 | $3,500.00 |
| 09/11 | 09/11 Online Transfer To Chk ...0112 Transaction#: 8634153418 | 3,231.00 |
| 09/20 | 09/20 Online Transfer To Chk ...0112 Transaction#: 8665898575 | 5,000.00 |
| 09/27 | 09/27 Online Transfer To Chk ...8520 Transaction#: 8686131023 | 5,000.00 |
| 09/30 | 09/30 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Contempo Florida Holidays Davenport FL 33837 US Ref:/Acc/Org CR Pty Aba/063102152 Suntrust Bank 900 E Semoran Blvd Imad: 0930B1Qgc05C021741 Trn: 6076500273Es | 10,000.00 |
| 09/30 | 09/30 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Contempo Real Estate Davenport FL 33837 US Ref:/Acc/Org CR Pty Aba/063102152 Suntrust Bank 900 E Semoran Blvd Imad: 0930B1Qgc01C019786 Trn: 6767700273Es | 8,000.00 |
| **Total Electronic Withdrawals** | | **$34,731.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/05 | Service Charges For The Month of August | $10.00 |
| **Total Fees** | | **$10.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 09/03 | $228,910.02 | 09/12 | 140,022.11 | 09/23 | 81,634.86 |
| 09/04 | 216,512.18 | 09/13 | 120,314.95 | 09/24 | 76,499.13 |
| 09/05 | 185,627.24 | 09/16 | 221,013.80 | 09/25 | 76,104.13 |
| 09/06 | 149,993.30 | 09/17 | 197,237.96 | 09/26 | 20,868.57 |
| 09/09 | 70,037.86 | 09/18 | 130,347.63 | 09/27 | -66.35 |
| 09/10 | 240,855.49 | 09/19 | 106,671.47 | 09/30 | -69.31 |
| 09/11 | 215,210.45 | 09/20 | 10,936.45 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $10.00 |
| **Total Service Charges** | **$10.00** Will be assessed on 10/3/19 |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 6 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 215 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 5 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 2 | 4 | 0 | $25.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Debit Block Maintenance | 1 | 0 | 1 | $10.00 | $10.00 |
| **Subtotal Other Service Charges (Will be assessed on 10/3/19)** | | | | | **$10.00** |



August 31, 2019 through September 30, 2019

Account Number: ███████ **1860**

# SERVICE CHARGE DETAIL  *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** 000000519571860 | | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 6 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 215 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 5 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 2 | | | | |
| **Cash Management Services** | | | | | |
| Debit Block Maintenance | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

October 01, 2019 through October 31, 2019
Account Number: ■■■■■■■ **1860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00012903 DRE 021 142 30919 NNNNNNNNNNN T 1 000000000 D8 0000
CONTEMPO FLORIDA HOLIDAYS LIMITED, INC.
43344 HIGHWAY 27
DAVENPORT FL 33837-6816



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$69.31** |
| Deposits and Additions | 6 | 746,676.61 |
| Checks Paid | 102 | -539,636.29 |
| Electronic Withdrawals | 26 | -172,452.18 |
| Fees | 1 | -10.00 |
| **Ending Balance** | **135** | **$34,508.83** |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



October 01, 2019 through October 31, 2019

Account Number: ████████ **1860**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/11 | Book Transfer Credit B/O: Suntrust Bank Bene-D By Fed Orlando FL 32809-6213 US Org:/1000170702533 Contempo Florida Holidays Ogb: Aba/061000104 Suntrust Bank Trn: 2283209284Ez | $145,000.00 |
| 10/16 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1016K3B75B1C000296 Trn: 7386909289Ff | 171,484.91 |
| 10/22 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1022K3B75B1C000180 Trn: 5251809295Ff | 140,512.72 |
| 10/25 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1025K3B75B1C000130 Trn: 5023209298Ff | 130,116.38 |
| 10/29 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1029K3B75B1C000229 Trn: 6866909302Ff | 159,112.60 |
| 10/29 | Online Transfer From Chk ...8520 Transaction#: 8798306002 | 450.00 |
| **Total Deposits and Additions** | | **$746,676.61** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1060  ^ | | 10/15 | $410.85 |
| 1229  * ^ | | 10/23 | 1,095.60 |
| 1252  * ^ | | 10/01 | 29.30 |
| 1297  * ^ | | 10/15 | 1,500.00 |
| 1300  * ^ | | 10/11 | 624.00 |
| 1302  * ^ | | 10/18 | 164.00 |
| 1303  ^ | | 10/11 | 1,009.28 |
| 1334  * ^ | | 10/28 | 647.56 |
| 1336  * ^ | | 10/16 | 1,908.08 |
| 1337  ^ | | 10/17 | 1,500.00 |
| 1346  * ^ | | 10/30 | 100.00 |
| 1347  ^ | | 10/31 | 385.00 |
| 1348  ^ | | 10/31 | 385.00 |
| 1349  ^ | | 10/31 | 385.00 |
| 1350  ^ | | 10/31 | 385.00 |
| 1351  ^ | | 10/31 | 385.00 |
| 1352  ^ | | 10/31 | 385.00 |
| 1353  ^ | | 10/31 | 385.00 |
| 1354  ^ | | 10/31 | 385.00 |
| 1355  ^ | | 10/31 | 385.00 |
| 1356  ^ | | 10/31 | 385.00 |
| 1357  ^ | | 10/31 | 899.00 |
| 1358  ^ | | 10/31 | 899.00 |
| 1393  * ^ | | 10/11 | 161.00 |
| 1394  ^ | | 10/15 | 293.00 |
| 1395  ^ | | 10/11 | 541.00 |
| 1396  ^ | | 10/11 | 675.00 |
| 1397  ^ | | 10/11 | 392.00 |



October 01, 2019 through October 31, 2019
Account Number: ███████ 1860

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1398 ^ | | 10/11 | 757.00 |
| 1399 ^ | | 10/11 | 649.00 |
| 1400 ^ | | 10/15 | 292.00 |
| 1401 ^ | | 10/11 | 645.00 |
| 1402 ^ | | 10/11 | 781.00 |
| 1403 ^ | | 10/11 | 4,602.43 |
| 1404 ^ | | 10/11 | 2,889.58 |
| 1405 ^ | | 10/11 | 1,389.00 |
| 1407 * ^ | | 10/11 | 13,208.77 |
| 1408 ^ | 10/11 | 10/11 | 924.95 |
| 1409 ^ | | 10/11 | 18,728.75 |
| 1410 ^ | | 10/11 | 11,792.09 |
| 1411 ^ | | 10/15 | 2,916.20 |
| 1412 ^ | | 10/11 | 6,938.00 |
| 1413 ^ | | 10/11 | 8,694.00 |
| 1414 ^ | | 10/11 | 4,923.48 |
| 1415 ^ | | 10/15 | 2,500.00 |
| 1416 ^ | | 10/11 | 890.00 |
| 1417 ^ | | 10/11 | 320.00 |
| 1418 ^ | | 10/15 | 240.00 |
| 1419 ^ | | 10/15 | 210.00 |
| 1420 ^ | | 10/15 | 492.00 |
| 1421 ^ | | 10/11 | 7,778.55 |
| 1422 ^ | | 10/16 | 1,591.00 |
| 1423 ^ | | 10/11 | 1,368.50 |
| 1424 ^ | | 10/11 | 9,060.00 |
| 1425 ^ | | 10/18 | 25,570.15 |
| 1426 ^ | | 10/17 | 1,250.50 |
| 1427 ^ | | 10/18 | 580.00 |
| 1428 ^ | | 10/18 | 419.00 |
| 1429 ^ | | 10/18 | 402.00 |
| 1430 ^ | | 10/18 | 511.50 |
| 1431 ^ | | 10/18 | 287.00 |
| 1432 ^ | | 10/22 | 562.00 |
| 1433 ^ | | 10/18 | 695.50 |
| 1434 ^ | | 10/18 | 291.00 |
| 1435 ^ | | 10/17 | 565.00 |
| 1436 ^ | | 10/18 | 569.00 |
| 1437 ^ | | 10/21 | 516.00 |
| 1438 ^ | | 10/22 | 210.00 |
| 1439 ^ | | 10/18 | 697.00 |
| 1440 ^ | | 10/18 | 9,000.00 |
| 1441 ^ | | 10/18 | 3,100.00 |
| 1442 ^ | | 10/23 | 3,000.00 |
| 1443 ^ | | 10/24 | 2,990.14 |
| 1445 * ^ | | 10/29 | 5,000.00 |
| 1446 ^ | | 10/23 | 3,000.00 |
| 1447 ^ | | 10/23 | 5,000.00 |
| 1448 ^ | | 10/25 | 5,000.00 |
| 1449 ^ | | 10/24 | 11,889.00 |





## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1450 ^ | | 10/24 | 1,312.57 |
| 1451 ^ | | 10/24 | 3,090.27 |
| 1453 * ^ | | 10/29 | 4,532.15 |
| 1454 ^ | | 10/28 | 14,627.99 |
| 1455 ^ | | 10/25 | 18,636.01 |
| 1456 ^ | | 10/28 | 46,000.00 |
| 1458 * ^ | | 10/25 | 40,000.00 |
| 1460 * ^ | | 10/28 | 25,000.00 |
| 1461 ^ | | 10/25 | 8,000.00 |
| 1462 ^ | | 10/25 | 21,527.44 |
| 1463 ^ | | 10/25 | 14,472.56 |
| 1519 * ^ | | 10/31 | 1,474.31 |
| 1523 * ^ | | 10/31 | 5,375.86 |
| 1524 ^ | | 10/31 | 12,294.85 |
| 1525 ^ | | 10/31 | 15,345.92 |
| 1527 * ^ | | 10/31 | 6,796.96 |
| 9200 * ^ | | 10/17 | 9,797.25 |
| 9201 ^ | | 10/17 | 20,994.02 |
| 9202 ^ | | 10/18 | 2,703.57 |
| 9203 ^ | | 10/17 | 12,024.60 |
| 9204 ^ | | 10/22 | 907.20 |
| 9205 ^ | | 10/17 | 35,238.00 |
| 9207 * ^ | | 10/17 | 9,000.00 |
| 9208 ^ | | 10/17 | 8,100.00 |

**Total Checks Paid** $539,636.29

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/11 | 10/11 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mulligan Funding LLC San Diego CA 92101 US Ref:/Bnf/Contempo Florida Holidays Imad: 1011B1Qgc04C014620 Trn: 4921400284Es | $7,809.50 |
| 10/11 | 10/11 Online Domestic Wire Transfer Via: Trustco Bank/063192450 A/C: Mar Gar LLC Orlando FL 32836 US Imad: 1011B1Qgc08C007935 Trn: 4916100284Es | 6,000.00 |
| 10/11 | 10/11 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Croft International LLC Davenport FL 33837 US Imad: 1011B1Qgc03C008012 Trn: 5505000284Es | 18,570.13 |
| 10/15 | 10/12 Online Transfer To Chk ...8520 Transaction#: 8743882847 | 2,500.00 |
| 10/17 | 10/17 Online Transfer To Chk ...8520 Transaction#: 8760050258 | 2,500.00 |
| 10/18 | 10/18 Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Barnett Bank of Jacksonville Jacksonville FL 32256-0708 US Ben: Mickey Management LLC Ref: Bookings Ssn: 0174464 Trn: 5864200290Es | 8,000.00 |
| 10/18 | 10/18 Transfer To Chk Xxxxxx4904 | 3,339.50 |
| 10/18 | Dlx For Business Bus Prod  02046065557128  CCD ID: 1411877307 | 429.50 |
| 10/22 | 10/22 Online Transfer To Chk ...8520 Transaction#: 8777284006 | 500.00 |
| 10/23 | 10/23 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Trinet Hr Xi Inc Dublin CA 94568 US Ref: Payroll Funding, October 2019 For Contempo 6676, Reprint 6050988/Time/11:07 Imad: 1023B1Qgc01C006839 Trn: 4129700296Es | 41,060.34 |



October 01, 2019 through October 31, 2019

Account Number: ███████ **1860**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | 10/25 Payment To Chase Card Ending IN 3930 | 740.00 |
| 10/28 | 10/28 Online ACH Payment 5232587651 To Mickey Management Linda Brown (_########7843) | 2,940.15 |
| 10/28 | 10/28 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Contempo Florida Holidays Davenport FL 33837 US Ref:/Acc/Org CR Pty Aba/063102152 Suntrust Bank 900 E Semoran Blvd Imad: 1028B1Qgc06C031074 Trn: 6579500301Es | 10,000.00 |
| 10/29 | 10/29 Online Transfer To Chk ...8520 Transaction#: 8800137495 | 450.00 |
| 10/30 | 10/30 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Graham Mcgreggor Davenport FL 33837 US Ref: Contempo Florida Holidays Owner Payment/Acc/Org CR Pty Aba/063102152 S Untrust Bank 900 E Semoran Blvd Imad: 1030B1Qgc02C005110 Trn: 4106600303Es | 4,087.93 |
| 10/30 | 10/30 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Contempo Florida Holidays Davenport FL 33837 US Ref:/Acc/Org CR Pty Aba/063102152 Suntrust Bank 900 E Semoran Blvd Imad: 1030B1Qgc08C010507 Trn: 4368300303Es | 10,000.00 |
| 10/30 | 10/30 Online Transfer To Chk ...8520 Transaction#: 8802267952 | 3,000.00 |
| 10/30 | 10/30 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Executive Villas Davenport FL 33896 US Ref:/Acc/Org CR Pty Aba/063102152 Suntrust Bank 900 E Semoran Blvd Imad: 1030B1Qgc01C008912 Trn: 4772400303Es | 12,124.83 |
| 10/30 | 10/30 Online Domestic Wire Transfer Via: Oculina Bank FL/067092556 A/C: Stuart Brand Davenport FL 33837 US Ref: Contempo Owner Payment Imad: 1030B1Qgc07C010633 Trn: 6077700303Es | 1,316.22 |
| 10/31 | 10/31 Online Transfer To Chk ...8520 Transaction#: 8806396810 | 5,000.00 |
| 10/31 | 10/31 Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Dyw LLC Ref: Per Agreement/Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National A Ssociat 174 5 E Nine Mile Rd/Time/1 1:32 Imad: 1031B1Qgc04C011507 Trn: 4834700304Es | 3,000.00 |
| 10/31 | 10/31 Online ACH Payment 5232924977 To Sam Longster (_#########7910) | 5,300.00 |
| 10/31 | 10/31 Online ACH Payment 5232927206 To Omayra Crespo Trash Collection (_#####5603) | 1,866.00 |
| 10/31 | 10/31 Online Domestic Wire Transfer Via: Trustco Bank/063192450 A/C: Mar Gar LLC Orlando FL 32836 US Ref: Contempo Man. Fee Imad: 1031B1Qgc05C015984 Trn: 5311000304Es | 3,000.00 |
| 10/31 | 10/31 Online ACH Payment 5232936509 To Claire Jarrett (_#########5101) | 1,000.00 |
| 10/31 | 10/31 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Croft International LLC Davenport FL 33837 US Imad: 1031B1Qgc03C017829 Trn: 6461000304Es | 17,918.08 |
| **Total Electronic Withdrawals** | | **$172,452.18** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Service Charges For The Month of September | $10.00 |
| **Total Fees** | | **$10.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | -$98.61 | 10/18 | 11,673.07 | 10/25 | 98,793.04 |
| 10/03 | -108.61 | 10/21 | 11,157.07 | 10/28 | -422.66 |
| 10/11 | 12,769.38 | 10/22 | 149,490.59 | 10/29 | 149,157.79 |
| 10/15 | 1,415.33 | 10/23 | 96,334.65 | 10/30 | 118,528.81 |
| 10/16 | 169,401.16 | 10/24 | 77,052.67 | 10/31 | 34,508.83 |
| 10/17 | 68,431.79 | | | | |





October 01, 2019 through October 31, 2019

Account Number:  ██████ **1860**

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $1,347.00 |
| **Total Service Charges** | **$1,442.00**  Will be assessed on 11/5/19 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Retd | 34 | 1 | 33 | $34.00 | $1,122.00 |
| Insufficient Funds/Overdraft Item Paid | 1 | 1 | 0 | $34.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 5 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 117 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 4 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 2 | 2 | 0 | $35.00 | $0.00 |
| Online Domestic Wire Fee | 11 | 2 | 9 | $25.00 | $225.00 |
| **Subtotal Other Service Charges (Will be assessed on 11/5/19)** | | | | | **$1,442.00** |

**ACCOUNT** 000000519571860

| DESCRIPTION | VOLUME |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Retd | 34 |
| Insufficient Funds/Overdraft Item Paid | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 5 |
| **Credits** | |
| Non-Electronic Transactions | 117 |
| **Electronic Credits** | |
| Domestic Incoming Wire Fee | 4 |
| **Miscellaneous Fees** | |
| Domestic Wire Fee | 2 |
| Online Domestic Wire Fee | 11 |



October 01, 2019 through October 31, 2019

Account Number: ████████**1860**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, of why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



October 01, 2019 through October 31, 2019

Account Number:                          **1860**

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

November 01, 2019 through November 29, 2019

Account Number:  ████ **1860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00013689 DRE 021 142 33819 NNNNNNNNNNN T 1 000000000 D8 0000
CONTEMPO FLORIDA HOLIDAYS LIMITED, INC.
43344 HIGHWAY 27
DAVENPORT FL 33837-6816



---

## CHECKING SUMMARY     Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$34,508.83** |
| Deposits and Additions | 9 | 443,011.87 |
| Checks Paid | 74 | -247,335.09 |
| Electronic Withdrawals | 34 | -168,562.93 |
| Other Withdrawals | 2 | -3,188.20 |
| Fees | 1 | -1,442.00 |
| **Ending Balance** | **120** | **$56,992.48** |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1104K3B75B1C000234 Trn: 6608509308Ff | $78,580.23 |
| 11/05 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1105K3B75B1C000229 Trn: 6407809309Ff | 50,716.53 |
| 11/08 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1108K3B75B1C000228 Trn: 6246809312Ff | 56,163.26 |
| 11/13 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1113K3B75B1C000155 Trn: 5452209317Ff | 23,765.83 |
| 11/13 | Deposit     1067017203 | 6,000.00 |



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/15 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1115K3B75B1C000285 Trn: 8178309319Ff | 103,699.68 |
| 11/19 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1119K3B75B1C000168 Trn: 5332309323Ff | 34,638.06 |
| 11/26 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1126K3B75B1C000283 Trn: 7555609330Ff | 25,784.40 |
| 11/27 | Fedwire Credit Via: Woodforest National Bank/113008465 B/O: Expocredit LLC Miami, FL 33131- Ref: Chase Nyc/Ctr/Bnf=Contempo Florida Holidays Limited, Davenport FL 3383 7-6816 US/Ac-000000005195 Rfb=O/B W Oodforest N Imad: 1127K3B75B1C000340 Trn: 9106309331Ff | 63,663.88 |

**Total Deposits and Additions** — **$443,011.87**

## CHECKS PAID

| CHECK NO. | | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|--|-------------|-----------|--------|
| 1335 | ^ | | 11/05 | $26,861.58 |
| 1444 | * ^ | | 11/06 | 4,273.00 |
| 1464 | * ^ | | 11/04 | 3,774.26 |
| 1466 | * ^ | | 11/05 | 6,000.00 |
| 1467 | ^ | | 11/04 | 378.30 |
| 1503 | * ^ | | 11/18 | 1,147.23 |
| 1506 | * ^ | | 11/18 | 386.50 |
| 1507 | ^ | | 11/13 | 353.57 |
| 1508 | ^ | 11/01 | 11/01 | 1,518.25 |
| 1509 | ^ | | 11/14 | 655.00 |
| 1510 | ^ | | 11/12 | 624.00 |
| 1515 | * ^ | | 11/19 | 655.21 |
| 1517 | * ^ | | 11/06 | 7,346.00 |
| 1518 | ^ | | 11/05 | 3,027.00 |
| 1520 | * ^ | | 11/08 | 9,182.00 |
| 1526 | * ^ | | 11/01 | 8,139.47 |
| 1530 | * ^ | | 11/14 | 1,517.84 |
| 1531 | ^ | | 11/04 | 500.00 |
| 1533 | * ^ | | 11/05 | 460.00 |
| 1534 | ^ | | 11/05 | 15,000.00 |
| 1535 | ^ | | 11/05 | 13,500.00 |
| 1536 | ^ | | 11/05 | 24,000.00 |
| 1537 | ^ | | 11/06 | 5,000.00 |
| 1538 | ^ | | 11/13 | 4,500.00 |
| 1539 | ^ | | 11/08 | 402.00 |
| 1540 | ^ | | 11/08 | 583.00 |
| 1541 | ^ | | 11/08 | 672.00 |
| 1542 | ^ | | 11/13 | 327.00 |
| 1543 | ^ | | 11/12 | 517.50 |
| 1544 | ^ | | 11/08 | 529.00 |
| 1545 | ^ | | 11/14 | 275.00 |
| 1546 | ^ | | 11/08 | 615.00 |



November 01, 2019through November 29, 2019
Account Number:          1860

## CHECKS PAID  *(continued)*



| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1547  ^ | | 11/08 | 404.50 |
| 1548  ^ | | 11/13 | 126.00 |
| 1549  ^ | | 11/12 | 524.00 |
| 1550  ^ | | 11/12 | 486.00 |
| 1551  ^ | | 11/12 | 240.00 |
| 1552  ^ | | 11/12 | 420.00 |
| 1553  ^ | | 11/12 | 855.16 |
| 1554  ^ | | 11/12 | 14,000.00 |
| 1555  ^ | | 11/20 | 240.00 |
| 1556  ^ | | 11/18 | 486.00 |
| 1557  ^ | | 11/19 | 320.00 |
| 1558  ^ | | 11/21 | 210.00 |
| 1559  ^ | | 11/18 | 232.00 |
| 1560  ^ | | 11/18 | 728.00 |
| 1561  ^ | | 11/18 | 414.50 |
| 1562  ^ | | 11/18 | 334.00 |
| 1563  ^ | | 11/19 | 751.50 |
| 1564  ^ | | 11/18 | 398.00 |
| 1565  ^ | | 11/19 | 313.00 |
| 1566  ^ | | 11/15 | 537.00 |
| 1567  ^ | | 11/18 | 845.00 |
| 1568  ^ | | 11/22 | 2,350.00 |
| 1569  ^ | | 11/19 | 4,260.60 |
| 1570  ^ | | 11/18 | 11,559.53 |
| 1571  ^ | | 11/18 | 1,017.06 |
| 1572  ^ | | 11/25 | 13,438.00 |
| 1573  ^ | | 11/25 | 7,491.24 |
| 1574  ^ | | 11/20 | 10,000.00 |
| 1575  ^ | | 11/22 | 17,430.23 |
| 1577  * ^ | | 11/26 | 366.00 |
| 1579  * ^ | | 11/25 | 374.00 |
| 1580  ^ | | 11/22 | 286.00 |
| 1581  ^ | | 11/25 | 652.00 |
| 1582  ^ | | 11/25 | 531.00 |
| 1583  ^ | | 11/25 | 431.00 |
| 1584  ^ | | 11/25 | 785.00 |
| 1585  ^ | | 11/25 | 688.00 |
| 1586  ^ | | 11/25 | 313.00 |
| 1587  ^ | | 11/22 | 686.00 |
| 1588  ^ | | 11/25 | 805.00 |
| 1589  ^ | | 11/29 | 6,000.00 |
| 1590  ^ | | 11/29 | 2,287.06 |

**Total Checks Paid**                                                                 **$247,335.09**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/04 | 11/04 Online Domestic Wire Transfer Via: Her Bk Comrce Sj/121142287 A/C: Castagnolo Properties Morganhill CA 95037 US Ref: October Rent/Bnf/Castagnolo Properties Imad: 1104B1Qgc07C002912 Trn: 3904100308Es | $9,756.18 |
| 11/05 | 11/05 Online ACH Payment 5233341568 To Don Wherrett (_#########0771) | 2,000.00 |
| 11/05 | 11/05 Online ACH Payment 5233342953 To Mickey Management Linda Brown (_#########7843) | 3,089.30 |
| 11/05 | 11/05 Payment To Chase Card Ending IN 3930 | 21,000.00 |
| 11/07 | Citi Card Online Payment    153113403897009 Web ID: Citictp | 18.98 |
| 11/08 | 11/08 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Trinet Hr Xi Inc Dublin CA 94568 US Ref: Payroll Funding, October 20 - Nov 2For Contempo 6676/Time/16:11 Imad: 1108B1Qgc02C018237 Trn: 6319000312Es | 30,251.45 |
| 11/08 | 11/08 Online Transfer To Chk ...8520 Transaction#: 8841242039 | 1,500.00 |
| 11/12 | Frontier Legacy  Bill Pay   12486031121      Tel ID: 7529099211 | 561.03 |
| 11/12 | Frontier Legacy  Bill Pay   12486023711      Tel ID: 7529099211 | 483.53 |
| 11/12 | Frontier Legacy  Bill Pay   12486015021      Tel ID: 7529099211 | 459.11 |
| 11/12 | Billmatrix        Billpayfee 12486006152      Tel ID: 7529000011 | 3.50 |
| 11/12 | Billmatrix        Billpayfee 12486015022      Tel ID: 7529000011 | 3.50 |
| 11/12 | Billmatrix        Billpayfee 12486023712      Tel ID: 7529000011 | 3.50 |
| 11/12 | Billmatrix        Billpayfee 12486031122      Tel ID: 7529000011 | 3.50 |
| 11/13 | 11/13 Online ACH Payment 5234042154 To A2B (_######4904) | 3,159.00 |
| 11/14 | 11/14 Online ACH Payment 5234210352 To 208Nhd (_######7135) | 6,000.00 |
| 11/14 | 11/14 Online ACH Payment 5234228573 To Mickey Management Linda Brown (_#########7843) | 3,361.45 |
| 11/18 | 11/18 Online ACH Payment 5234458710 To Hoa (_#########8135) | 10,000.00 |
| 11/20 | 11/20 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Trinet Hr Xi Inc Dublin CA 94568 US Ref: Client 6676 - Invoice 6053021 Pay Period Ending 16-Nov-2019/Bnf/Client 6676 - Invoice 6053021 Pay Period Ending 16-Nov-2019/Time/11:39 Imad: 1120B1Qgc03C005827 Trn: 4401800324Es | 26,268.65 |
| 11/21 | 11/21 Online Domestic Wire Transfer Via: Suntrust Atl/061000104 A/C: Graham Mcgreggor Davenport FL 33837 US Ref: Contempo Florida Holidays Owner Payment For Target Amount And Payment IN Full And Final For Missing Items/Acc/Org CR Pty Aba/063102152 Suntr Ust Bank 900 E Semoran Blvd Imad: 1121B1Qgc06C019861 Trn: 4848500325Es | 1,300.00 |
| 11/22 | 11/22 Online ACH Payment 5234956130 To 208Nhd (_######7135) | 1,949.00 |
| 11/25 | 11/24 Online Transfer To Chk ...8520 Transaction#: 8893515917 | 500.00 |
| 11/25 | Pnp Billpayment  112119Ek            PPD ID: 3333308324 | 15,316.95 |
| 11/25 | Pnp Billpayment  112119Ek            PPD ID: 3333308324 | 266.80 |
| 11/27 | 11/27 Online ACH Payment 5235338899 To Isra (_######9157) | 3,000.00 |
| 11/27 | 11/27 Online ACH Payment 5235339198 To Sam Longster (_#########7910) | 5,300.00 |
| 11/27 | 11/27 Online ACH Payment 5235339197 To Claire Jarrett (_#########5101) | 1,200.00 |
| 11/27 | 11/27 Online ACH Payment 5235340355 To Don Wherrett (_#########0771) | 1,000.00 |
| 11/27 | 11/27 Online Domestic Wire Transfer Via: Trustco Bank/063192450 A/C: Mar Gar LLC Orlando FL 32836 US Ref: Gl Cc - Owner Utilities Repayment Imad: 1127B1Qgc08C008849 Trn: 5861600331Es | 2,325.23 |
| 11/27 | 11/27 Online Transfer To Chk ...8520 Transaction#: 8904768064 | 2,200.00 |
| 11/29 | 11/29 Online Domestic Wire Transfer Via: Equitable Ssb Hale/275071259 A/C: Edward Dirk Franklin WI 53132 US Ref: Contempo Florida Holidays Owner Payment Imad: 1129B1Qgc06C015253 Trn: 6587000333Es | 2,605.81 |
| 11/29 | 11/29 Online Domestic Wire Transfer Via: Her Bk Comrce Sj/121142287 A/C: Castagnolo Properties Morganhill CA 95037 US Ref: November Rent/Bnf/Castagnolo Properties Imad: 1129B1Qgc07C029473 Trn: 6804500333Es | 9,756.18 |
| 11/29 | 11/29 Online Domestic Wire Transfer Via: Regions/062000019 A/C: Aba/063104668 Altamonte Springs FL 32701 US Ben: Deborah Sparkes Davenport FL 33837 US Ref: Contempo Florida Holidays Owner Payment Imad: 1129B1Qgc07C038716 Trn: 7418200333Es | 2,000.00 |
| 11/29 | Citi Card Online Payment    423131591558611 Web ID: Citictp | 1,920.28 |
| **Total Electronic Withdrawals** | | **$168,562.93** |



November 01, 2019 through November 29, 2019
Account Number: ███████ 860

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | Frontier Legacy  Bill Pay   12486006151    Tel ID: 7529099211 | $362.93 |
| 11/21 | 11/21 Withdrawal | 2,825.27 |
| **Total Other Withdrawals** | | **$3,188.20** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | Service Charges For The Month of October | $1,442.00 |
| **Total Fees** | | **$1,442.00** |



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 11/01 | $24,851.11 | 11/13 | 20,498.58 | 11/21 | 71,797.98 |
| 11/04 | 89,022.60 | 11/14 | 8,689.29 | 11/22 | 49,096.75 |
| 11/05 | 23,359.25 | 11/15 | 111,851.97 | 11/25 | 7,504.76 |
| 11/06 | 6,740.25 | 11/18 | 84,304.15 | 11/26 | 32,923.16 |
| 11/07 | 6,721.27 | 11/19 | 112,641.90 | 11/27 | 81,561.81 |
| 11/08 | 18,745.58 | 11/20 | 76,133.25 | 11/29 | 56,992.48 |
| 11/12 | -438.75 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $236.00 |
| **Total Service Charges** | **$331.00**  Will be assessed on 12/4/19 |

You were assessed a monthly service fee on your  Chase Platinum Business Checking  account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 5 | 1 | 4 | $34.00 | $136.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 8 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 95 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $6,000 | $25,000 | $0 | $0.0025 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 8 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 8 | 4 | 4 | $25.00 | $100.00 |
| **Cash Management Services** | | | | | |
| Online ACH Payments Trans | 1 | 25 | 0 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 12/4/19)** | | | | | **$331.00** |

**ACCOUNT** 000000519571860



November 01, 2019 through November 29, 2019
Account Number: ████████ 1860

## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 5 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 8 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 95 | | | | |
| Branch Deposit - Immediate Verification | $6,000 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 8 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 8 | | | | |
| **Cash Management Services** | | | | | |
| Online ACH Payments Trans | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

# United States Bankruptcy Court
## Middle District of Florida

| In re | Contempo Florida Holidays Limited Inc | Case No. | 8:19-bk-11518-MGW |
|---|---|---|---|
| | Debtor(s) | Chapter | 7 |

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 26, 2020**

**/s/ Gary Peter Leventhal**

**Gary Peter Leventhal/President**
Signer/Title

Contempo Florida Holidays Limited Inc
7717 Belvoir Drive
Orlando, FL 32836

A. Hicks
733 Tuscan Hills Blvd
Davenport, FL 33897

Almel Investments LLC
204 Birkdale St
Davenport, FL 33896

Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
   Ruppel & Burns, LLP
401 East Jackston Street #3100
Tampa, FL 33602

A. Horne
15828 Heron Hill St
Clermont, FL 34714

Alph Centuri Enterprise LLC
7662 Rosemont Circle
Davenport, FL 33897

A. Abdily
2215 Victoria Dr
Davenport, FL 33894

A. Mantegazzi
2005 Rosemont Circle
Davenport, FL 33897

American Express
Po Box 650448
Dallas, TX 75265

A. Appleton
16318 Magnola Hill St
Clermont, FL 34714

A. Morales
901 Chard Parkway Unit 727
Davenport, FL 33897

American Express Merchant
PO Box 981535
El Paso, TX 79998

A. Ayodele
901 Charo PArkway #734
Davenport, FL 33896

A. Riouy
2533 Rosemount Circle
Davenport, FL 33897

B Chohan
2609 Rosemont Circle
Davenport, FL 33897

A. Bradford
510 Holling Head Loop
Davenport, FL 33896

A. Rojas
2595 Rosemont Circle
Davenport, FL 33897

B, Marthi
253 Saragosa
Davenport, FL 33897

A. Brimble
319 Robin Rd
Davenport, FL 33896

A. Shamhs
432 Northampton Dr
Davenport, FL 33896

B. Dick
321 Troon Circle
Davenport, FL 33896

A. Chaudhary
300 Troon Circle
Davenport, FL 33896

A. Tavino
1687 Waterview Loop
Haines City, FL 33844

B. Harvey
800 Corvina Dr
Davenport, FL 33897

A. Davey
214 Kettering Road
Davenport, FL 33897

Air Investments Inc
2760 Sun Key Pl
Kissimmee, FL 34747

B. Marthi
154 Savilla Av
Davenport, FL 33897

B. Rampersand
2360 Victoria Drive
Davenport, FL 33897

Castagnolo Properties LLC
1895 Granger Ave
Los Altos, CA 94024

D. Cooke
15813 Sour Root Ct
Clermont, FL 34714

B. Small
422 Ballyshannin Dr
Davenport, FL 33897

CEPHEI LLC
2610 Rosemont Circle
Davenport, FL 33897

D. Dorathy
321 Northampton Dr
Davenport, FL 33897

Broster Graham LLP
2613 Rosemont Circle
Davenport, FL 33897

Contempo Property & Travel
43344 Highway 27
Davenport, FL 33837

D. Galloway
1254 Blackheath Court
Davenport, FL 33897

C P Okeefe LLC
622 Highgate Park Blvd
Davenport, FL 33897

Contempo Real Estate, Inc.
43344 US Highway 27
Davenport, FL 33837

D. Hickey
16153 Magnola Hill St
Clermont, FL 34714

C. Davila
16217 Egret Hill St
Clermont, FL 34714

Cynthia Pablo Neme Golmajer
326 Orista Drive
Davenport, FL 33896

D. Holmes
135 Herring Street
Davenport, FL 33896

C. Fornengo
2574 Rosemont Circle
Davenport, FL 33897

D Rawluk
1694 Waterview Loop
Haines City, FL 33844

D. Overare
2629 Rosemont Circle
Davenport, FL 33897

C. Hella
15702 Heron Hill St
Clermont, FL 34714

D. Appling
2918 Anninga Hill St
Clermont, FL 34714

D. Pullella
2200 Mallory Circle
Haines City, FL 33844

C. Minetti
456 Higher Combe Dr
Davenport, FL 33897

D. Bannerman
2815 SP

D. Remy
262 Reserve Drive
Davenport, FL 33896

C. Robinson
15824 Heron Hill St
Clermont, FL 34714

D. Cokayne
137 Parade Woods Pl
Davenport, FL 33896

D. Roche
615 Majesty Dr
Davenport, FL 33896

D. Sparkes
187 Blue Heron Ct.
Davenport, FL 33896

E. Jeyton
816 Chelsea Dr
Davenport, FL 33897

Florida Dept Revenue
PO Box 6668
Tallahassee, FL 32314-6668

D. White
16049 Blossom Hill Loop
Clermont, FL 34714

E. Post
2521 Rosemont Circle
Davenport, FL 33897

Ford Motor Credit Co
PO Box 105704
Atlanta, GA 30348

Diamond Getaways LLC
966 Tuscan Hills Boulevard
Davenport, FL 33897

E. Tolland
1524 Gulf Vue
Haines City, FL 33844

G. Clark
151 Aldridge Lane
Davenport, FL 33897

Donald Wherrett
7162 Montreal Drive
Lakeland, FL

Eagle Management
209 Ambersweet Way
Davenport, FL 33897

G. Cordell
1418 Pine Ridge Drive
Davenport, FL 33896

Dunes Property Management
1612 Forest Hills Lane
Haines City, FL 33844

Earthrise Corporation
16155 Palmetto Hill Street
Clermont, FL 34714

G. Griffin
16128 Blossom Hill Loop
Clermont, FL 34714

E. Drik
1079 Tuscan Hills Blvd
Davenport, FL 33896

Eleven Profit LLC
2630 Rosemont Circle
Davenport, FL 33897

G. Hannah
2541 Rosemont Circle
Davenport, FL 33897

E. Gryffenberg
2554 Rosemont Circle
Davenport, FL 33897

Executive Villas
1437 Deuce Circle
Davenport, FL 33896

G. Lewis
355 Prestwick
Davenport, FL 33896

E. Herring
205 Vistaview Dr
Davenport, FL 33897

Expo Credit
1450 Brickel Ave Ste 2660
Miami, FL 33131

G. Mcgregor
2197 Crofton Av
Davenport, FL 33837

E. Hughes
8911 Candy Palm Rd
Kissimmee, FL 34747

F. Decastro
2058 Rosemont Circle
Davenport, FL 33897

G. Mwangi
2570 Rosemont Circle
Davenport, FL 33897

G. Ritchie
2807 Long Leaf Pine St
Clermont, FL 34714

Homes Of America
17445 Us Hwy 192 Ste 15
Clermont, FL 34714

J. Brailsford
101 Purslane Pass
Davenport, FL 33897

G. Taylor
2413 St Augustine
Haines City, FL 33844

I. Pepper
15533 Markham Dr
Clermont, FL 34714

J. Cluter
15848 Heron Hill St
Clermont, FL 34714

G. Tebbutt
622 Orsta Dr
Davenport, FL 33896

I. Thompson
1030 Pineridge Dr
Davenport, FL 33896

J. Colon
1027 Baumoral Dr
Davenport, FL 33896

Geminis R Corporation
2618 Rosemont Circle
Davenport, FL 33897

Ian Pardoe
1487 Scrub Jay Trail
Frostproof, FL

J. Elliott
2573 Rosemont Circle
Davenport, FL 33897

H. Am-nen
227 Robin Rd
Davenport, FL 33896

Ian Smith
835 Bloomingdale Drive
Davenport, FL 33897

J. Frigerio
807 Troon Circle
Davenport, FL 33896

H. Lorenzino
904 Caar Parkway #522
Davenport, FL 33896

Integral Pool Service LLC
52 Riley Rd
Kissimmee, FL 34747

J. Gili-Ross
15962 Hern Hill St
Clermont, FL 34714

H. Mortram
340 Bridgewater Dr
Davenport, FL 33896

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Hansen
902 Chard Parkway #636
Davenport, FL 33896

H. Wilcox
1264 Blackheath Ct.
Davenport, FL 33896

J. Booth
16009 Blossom Hill Loop
Clermont, FL 34714

J. Keating
1520 Gulf Vue
Haines City, FL 33844

HB Espinosa Corp
2505 Rosemont Circle
Davenport, FL 33897

J. Booth
207 Herring St
Davenport, FL 33896

J. Kungu
240 Mypolita Av
Davenport, FL 33896

J. Letizia
104 Terrace Ridge Circle
Davenport, FL 33896

J. Mesrobian
16213 Egret Hill St
Clermont, FL 34714

J. Quinn
2005 Ruby Red Blvd
Clermont, FL 34714

J. Robinson
2537 Rosemont Circle
Davenport, FL 33897

J. Ross
208 Northampton Dr
Davenport, FL 33896

J.Sheppard
1273 Northampton Dr
Davenport, FL 33896

K. Dreibelbis
1144 Troon Circle
Davenport, FL 33897

K. Garden
2912 Kokomo Loop
Haines City, FL 33844

K. Hollings
149 Summer Place Loop
Clermont, FL 34714

K. Kelley
16012 Blossom Hill Loop
Clermont, FL 34714

K. Kelly
16017 Blossom Hill Loop
Clermont, FL 34714

K. Knipple
2139 Citron Ct.
Clermont, FL 34714

K. Long
2833 Sand Pine St
Clermont, FL 34714

K. Oneil
2243 Mallory Circle
Haines City, FL 33844

K. Rowson
5246 Wildwood Way
Davenport, FL 33837

K. Taylor
16155 Egret Hill St
Clermont, FL 34714

Kevork Kechechian
8525 Sun Key Drive
Kissimmee, FL 34747

Key Enterprises, LLC
230 Preston Ave.
Davenport, FL 33837

Kia Motor Finance
PO Box 660891
Dallas, TX 75266-0891

Kia Motors Finance
PO BOx 660891
Dallas, TX 75266

Kissmar Sol Group LLC
2582 Rosemont Circle
Davenport, FL 33897

KJB Holdings
8297 Champions Gate Blvd
Ste 317
Davenport, FL 33896

L. Ausiello
2800 Long Leaf
Clermont, FL 34714

L. Romero
306 Orista Drive
Davenport, FL 33896

Lake County Tax Collector
320 West Main Street
Tavares, FL 32778

Lowes
Po Box 530954
Atlanta, GA 30353

M Westlake
130 Balmoral Drive
Davenport, FL 33896

M. Ayris
146 Mockingbird Rd
Davenport, FL 33897

M. Kline
927 Bloomingdale Dr
Davenport, FL 33897

M. Sykes
204 Glenengles Dr
Davenport, FL 33896

M. Castillo
2245 Victoria Dr
Davenport, FL 33837

M. Moskins
2251 Victoria Dr
Davenport, FL 33837

M. Weller
2131 Victoria Dr
Davenport, FL 33897

M. Charlwood
1200 Knollwood Dr
Davenport, FL 33896

M. Parsonan
909 Orista Dr
Davenport, FL 33897

M.Tamimi
2653 Rosemont Circle
Davenport, FL 33897

M. Connelly
626 Ellmae Dr
Davenport, FL 33896

M. Patel
518 Solana
Davenport, FL 33896

Marlin Leasing
300 Fellowship Rd
Mount Laurel, NJ 08054

M. Farrell
2581 Rosemont Circle
Davenport, FL 33897

M. Ridargd
421 Balley Circle
Davenport, FL 33896

Mulligan Funding LLc
4715 Viewridge Ave Suite 100
San Diego, CA 92123

M. Flynn
2997 Kokomo Loop
Haines City, FL 33844

M. Silva
205 Gleneagles Drive
Davenport, FL 33896

N. Dalgard
110 Saragosa
Davenport, FL 33896

M. Foley
218 Northampton Dr
Davenport, FL 33897

M. Snook
8632 La Isla Dr
Kissimmee, FL 34747

N. Wasyliw
706 Kildrummy
Davenport, FL 33896

M. Friesen
2517 Rosemont Circle
Davenport, FL 33897

M. Soaras
1030 5 A S

N. Wilding
344 Reserve Dr
Davenport, FL 33896

M. Hsu
2205 Mallory Circle
Haines City, FL 33844

M. Soares
202 Nottingham Way
Davenport, FL 33897

Nan Pappys Properties Inc
2654 Rosemont Circle
Davenport, FL 33837

Nissan Motor Accept Corp
PO Box 254648
Sacramento, CA 95865-4648

Petala LLC
2649 Rosemont Circle
Davenport, FL 33897

R. Gill
8426 Crystal Cove Loop
Kissimmee, FL 34747

Nora Given
305 Prestwick Drive
Davenport, FL 33897

Polk Air Conditioning Inc
103 Crosscreek Lane
Auburndale, FL 33823

R. House
504 Ella Mae Dr
FL 33297

Osceola County Tax Collector
2501 E.Irlo Bronson Memorial
Kissimmee, FL 34744

Polk County Tax Collector
430 E. Main Street
Bartow, FL 33830

R. Knight
640 Birkdale St
Davenport, FL 33897

P. Dejesus
655 Montarra Dr
Davenport, FL 33897

Progaurd Solutions Group
Po Box 2427
Winter Park, FL 32790

R. Mackinnon
16014 Heron Hill St
Clermont, FL 34714

P. Elkin
1813 Seedling Court
Clermont, FL 34714

R Kyrup
1060 Solterra
Davenport, FL 33896

R. Markandy
129 Relfry Dr
Davenport, FL 33897

P. Lyons
436 Aldridge Lane
Davenport, FL 33897

R. Armstrong
1616 Forest Hill
Haines City, FL 33844

R. Plant
922 Henley Circle
Davenport, FL 33897

P. Mayoral
461 Robin Rd
Davenport, FL 33897

R. Berbanc
2590 Rosemont Circle
Davenport, FL 33897

R. Puddepghatt
215 Elderberry Drive
Davenport, FL 33897

P. Scardinio
2625 Rosemont Circle
Davenport, FL 33897

R. Bright
8424 Crystal Cove Loop
Kissimmee, FL 34747

R. Willems
2143 Victoria Dr
Davenport, FL 33897

P. Towning
1332 Northampton Drive
Davenport, FL 33897

R. Gaines
1543 Gulf Vue
Haines City, FL 33844

Racetrack
Po Box 6293
Carol Stream, IL 60197

Rafidnadardamband Islands
2566 Rosemont Circle
Davenport, FL 33837

Reeve Leventhal
7717 Pointview Circle
Orlando, FL 32836

Rigel Centauri Ent LLC
2646 Rosemont Circle
Davenport, FL 33897

Ringtooth LLC
43344 Hwy 27
Davenport, FL 33837

Rudre Property Investments
8565 Chrystal Cove Loop
Kissimmee, FL 34747

S. Abbas
152 Highgate Park Blvd
Davenport, FL 33897

S. Bandlapalli
738 Scrub Jay Way
Davenport, FL 33897

S. Brand
2586 Rosemont Circle
Davenport, FL 33897

S. Hammond
2562 Rosemont Circle
Davenport, FL 33897

S. Hawkinson
214 Rosemont Circle
Davenport, FL 33897

S. Jamgochian
3320 5H
Davenport, FL 33896

S. Melamed
460 Balmoral Drive
Davenport, FL 33896

S. Pamdya
112 Hummingbird Dr
Davenport, FL 33896

S. Patel
2621 Rosemount Circle
Davenport, FL 33897

S. Proctor
167 Amala Lane
Davenport, FL 33897

S. Reily
253 Aldridge Lane
Davenport, FL 33897

S. Rennie
2529 Rosemont Circle
Davenport, FL 33897

S. Shelikoff
2589 Rosemont Circle
Davenport, FL 33897

S. Wang
2214 Crofton Av
Davenport, FL 33837

S. Wilkinston
2203 Crofton Av
Davenport, FL 33837

S. Yu
2561 Rosemont Circle
Davenport, FL 33894-4000

Sarojini LLC
2414 St Augustine
Haines City, FL 33844

SG Magical Properties LLC
904 Charo Parkway #532
Davenport, FL 33896

Shober Family Investments LL
3410 Swallow Hill St
Clermont, FL 34714

Sprik Enterprises
15801 Robin Hill Loop
Clermont, FL 34714

Sun Season International LLC
2197 Victoria Dr
Davenport, FL 33897

T. Johnson
16009 Heron Hill
Clermont, FL 34714

T. Knight
202 Starbird Ct
Davenport, FL 33896

VBA USA LLC
7751 Kingspoint Parkway #109
Orlando, FL 32819

Y. Liu
2509 Rosemont Circle
Davenport, FL 33897

T. Mangra
2650 Rosemont Circle
Davenport, FL 33897

Vidya Singh
334 Bonville Drive
Davenport, FL 33897

Y. Zmu
2142 Victoria Dr
Davenport, FL 33897

T. Woodcock
15902 Mercott Ct
Clermont, FL 34714

W. Davis
2341 Victoria Dr
Davenport, FL 33897

Yellets Enterprise LLC
6086 Broad Oak Dr
Davenport, FL 33897

Tropical Escapes
8320 Champions Gate Blvd
Davenport, FL 33896

W. Mason
253 Solterra
Lorida, FL 33857

Tusani LLC
826 Highgate Park Blvd
Davenport, FL 33897

W. Porter
8481 Crystal Cove Loop
Kissimmee, FL 34747

U. Patel
1134 Mariner Cay Dr
Haines City, FL 33844

Waste Management
Po Box 4648
Carol Stream, IL 60197

V'EH Cation Corporation
2569 Rosemont Circle
Davenport, FL 33897

Wells Fargo Financial Inc
800 Walnut St
Des Moines, IA 50309

V. Angel
2136 Victoria Dr
Davenport, FL 33837

William Hill
5253 Oakbourne Av
Davenport, FL 33837

Vaacm LLC
2545 Rosemont Circle
Davenport, FL 33897

Y. FErreira
2239 Victoria Dr.
Davenport, FL 33897

# United States Bankruptcy Court
## Middle District of Florida

In re   **Contempo Florida Holidays Limited Inc**

_____
Debtor(s)

Case No.   **8:19-bk-11518-MGW**

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Contempo Florida Holidays Limited Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DYW, LLC**
**7162 Montreal Drive**
**Lakeland, FL**

**ISRA, LLC**
**1487 Scrub Jay Trail**
**Frostproof, FL**

**Mar-Gar, LLC**
**8820 Bay Villa Court**
**Orlando, FL**

☐ None [*Check if applicable*]

**February 26, 2020**
_____
Date

/s/ Alberto ("Al") F. Gomez, Jr.
_____
**Alberto ("Al") F. Gomez, Jr. 784486**
Signature of Attorney or Litigant
Counsel for   **Contempo Florida Holidays Limited Inc**
**Johnson, Pope, Bokor,**
**  Ruppel & Burns, LLP**
**401 East Jackston Street #3100**
**Tampa, FL 33602**
**813-225-2500 Fax:813-223-7118**