Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 19-11518 MGW | **Trustee:** (290770) | DOUGLAS N. MENCHISE |
| **Case Name:** CONTEMPO FLORIDA HOLIDAYS LIMITED I | **Filed (f) or Converted (c):** 01/28/20 (c) | |
| | **§341(a) Meeting Date:** 03/04/20 | |
| **Period Ending:** 03/31/22 | **Claims Bar Date:** 03/23/20 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Nissan NV200 VIN: 3N6CMOKN9DK696038. Valuation M<br>  Orig. Asset Memo: Imported from original petition Doc# 39 | 7,000.00 | 7,000.00 | | 5,000.00 | FA |
| 2 | Nissan NV200, VIN: 3N6CMOKN1DK697071 in the poss<br>  Orig. Asset Memo: Imported from original petition Doc# 39 | 7,000.00 | 7,000.00 | | 5,250.00 | FA |
| 3 | 2018 Ford F150 VIN: 1FTEW1E51JKE12433. Valuation<br>  Orig. Asset Memo: Imported from original petition Doc# 39 | 40,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2014 Nissan Titan, VIN: 1N6BAOED5EN501913 (Vehic<br>  Orig. Asset Memo: Imported from original petition Doc# 39 | 15,336.00 | 15,336.00 | | 5,500.00 | FA |
| 5 | Checking Account at Suntrust Bank (on the filing<br>  Orig. Asset Memo: Imported from original petition Doc# 39 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account at Chase Bank, xxxxxx1860<br>  Orig. Asset Memo: Imported from original petition Doc# 39 | 1,260.78 | 1,260.78 | | 0.00 | FA |
| 7 | Possible cause of action against Expo Credit, LL<br>  Orig. Asset Memo: Imported from original petition Doc# 39 | Unknown | Unknown | | 0.00 | FA |
| 8 | Possible cause of action against International P<br>  Orig. Asset Memo: Imported from original petition Doc# 39 | Unknown | Unknown | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-11518 MGW  
**Case Name:** CONTEMPO FLORIDA HOLIDAYS LIMITED I  
**Period Ending:** 03/31/22

**Trustee:** (290770)   DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 01/28/20 (c)  
**§341(a) Meeting Date:** 03/04/20  
**Claims Bar Date:** 03/23/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Possible cause of action against Executive Villa<br>   Orig. Asset Memo: Imported from original petition Doc# 39 | Unknown | Unknown | | 0.00 | FA |
| 10 | Possible cause of action against Ciirus, Inc.. A<br>   Orig. Asset Memo: Imported from original petition Doc# 39 | Unknown | Unknown | | 0.00 | FA |
| 11 | Possible cause of action against Samantha Longst<br>   Orig. Asset Memo: Imported from original petition Doc# 39 | Unknown | Unknown | | 0.00 | FA |
| 12 | Possible cause of action against Virgin Atlantic<br>   Orig. Asset Memo: Imported from original petition Doc# 39 | Unknown | Unknown | | 562,620.87 | FA |
| 13 | Possible cause of action against Eagle Managemen<br>   Orig. Asset Memo: Imported from original petition Doc# 39 | Unknown | Unknown | | 0.00 | FA |
| 14 | A/R 90 days old or less. Face amount = $725,270.<br>   Orig. Asset Memo: Imported from original petition Doc# 39 | 725,270.75 | 725,270.75 | | 0.00 | 725,270.75 |
| 15 | A/R Over 90 days old. Face amount = $43,689.78.<br>   Orig. Asset Memo: Imported from original petition Doc# 39 | 43,689.78 | 43,689.78 | | 0.00 | FA |
| 16 | desks,chairs cabniets. Valuation Method: Liquida<br>   Orig. Asset Memo: Imported from original petition Doc# 39 | 5,000.00 | 5,000.00 | | 1,219.50 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-11518 MGW  
**Case Name:** CONTEMPO FLORIDA HOLIDAYS LIMITED I  
**Period Ending:** 03/31/22

**Trustee:** (290770)    DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 01/28/20 (c)  
**§341(a) Meeting Date:** 03/04/20  
**Claims Bar Date:** 03/23/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # — Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 — Second hand office furniture and paperwork for t  Orig. Asset Memo: Imported from original petition Doc# 39 | 250.00 | 250.00 | | 0.00 | FA |
| 18 — computers monitors phones servers. Valuation Met  Orig. Asset Memo: Imported from original petition Doc# 39 | 5,000.00 | 5,000.00 | | 52.00 | FA |
| 19 — Costumer Management Contracts. Valuation Method:  Orig. Asset Memo: Imported from original petition Doc# 39 | 900,000.00 | 900,000.00 | | 0.00 | FA |
| 19 Assets    Totals (Excluding unknown values) | $1,749,807.31 | $1,709,807.31 | | $579,642.37 | $725,270.75 |

**Major Activities Affecting Case Closing:**

4-6-22 final pretrial set in adv. 21-ap-20 trustee v. Expocredit, LLC for April 6, 2021.  9/17/21- SERVED ORDER AND FILED PROOF OF SERVICE de#97; 9/15/21- filed application to emply attorney and uploaded order; 3-15-21 filed 9019 motion to compromise adversary against Virgin Holiday for monies owed. 7/20/20- mailed check #101, $4,215..15 to Bay Area Auction;7/20/20-  SERVED ORDER AND FILED PROOF OF SERVICE - doc#80; 7-16-20- Uploaded order for Compensation for Auctioneer; 7/16/20- Filed Application for Bay Area Auction;6/5/20- sent letter to Christiand Walter along with Check# 4868330, $134.83;  5/14/20- amended report and notice filed;5/12/2020- Report and Notice of Intentin to Sell Property of the Estate; 4/23/2020- Proof of Service , of Doc. #68 (COS to all on matrix) ; Order on Motion to Sell); 4/17/20- SENT COPY OF ORDER TO (ORE tENUS ) TO kELLY kINSEY AT LAKE COUNTY TOW; 4/17/20- SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 66 (Ore Tenus);4/16/20- UPLOADED ORDER ON MOTION FOR AUTHORITY TO SELL; 4/16/20 -uploaded order on Ore Tenus MOtion for turnover (2014 Titan); 4/2/20 - file amended report & notice of sale of vehicles; p/c from ADT re: account;  4/1/20 - prepare list of costs advanced; 3/27/20 - file trustee's consent to Castagnolo Properties' m/relief from stay; p/c frtom Don Wherett; 3/26/20 - file notice of service of Order Approving Application to Employ Bay Area Auction; 3/25/20 - file notice of hearing on amended motion to sell property; e-mail copy of hearing notice & motion to Bay Area Auction; 3/23/20 - e-mail from Bay Area Re: pick up furniture; e-mail response to Bay Area; file amended report & notice of intent to sell; file application to hire Bay Area Auction; file notice of filing mail matrix; file proof of service of Order hiring Bay Area Auction; 3/20/20 - e-mail to Bay Area Auction re: scheduling hearing on M/Sell assets; letter to Nissan Motor Acceptance Corp re: 2014 Nissan Titan; e-mail from Bay Area re: rescheduling; e-mail to Bay Area re: holding auction on Nissans instead of including furniture, etc.; e-mail to Steve

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 19-11518 MGW | Trustee: | (290770) DOUGLAS N. MENCHISE |
| --- | --- | --- | --- |
| Case Name: | CONTEMPO FLORIDA HOLIDAYS LIMITED I | Filed (f) or Converted (c): | 01/28/20 (c) |
| | | §341(a) Meeting Date: | 03/04/20 |
| Period Ending: | 03/31/22 | Claims Bar Date: | 03/23/20 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

Berman, Esq., re: partners, Virgin Holidays & Expocredit; file Report and Notice of Intent to Sell 2013 Nissans; file Amended Motion for Authority to Sell Office Fixtures, etc., and Request for Hearing;  3/19/20 - e-mail to Bay Area Auction re: confirming pick-up furniture/cars on 3/26; 3/17/20 - p/c to Leslie @ Bay Area Auction to schedule meeting w/DNM to pick up furniture; p/c with Nissan Financial to check on liens on both 2013 Nissans; e-mil from Bay Area re: meeting date on 3/29/20 @ 9:30 a.m. in Davenport;  e-mail to Leslie @ Bay Area re: pay-off figures on both Nissans;  e-mail from Leslie @ Bay Area Auction re: they will pay off vehicles and add that to the purchase price; 3/13/20 - file notice of abandonment of items in storage; 3/11/20 - e-mail from Christian Walters, Esq., that his agent will be at meeting on 3/12/20 @ noon; e-mail from Greg Farner re: location of vans; 3/10/20 - e-mail to Greg Farner of Bay Area Auction re: meet Trustee at 43344 US 27, Davenport, Florida, on 3/12/20 at noon; 2/26/20 - e-mail from Al Gomez's office re: conference call; 2/20/20 - file proof of service of Order to Employ Menchise; 2/19/20 - SUBMIT ORDER ON APP TO EMPLOY MENCHISE; 2/18/20 - FILE APPLICATION TO EMPLOY MENCHISE

**Initial Projected Date Of Final Report (TFR):** January 30, 2021    **Current Projected Date Of Final Report (TFR):** June 30, 2023

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 19-11518 MGW | | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|---|
| Case Name: | CONTEMPO FLORIDA HOLIDAYS LIMITED I | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8078 - Checking Account |
| Taxpayer ID #: | **-***3179 | | Blanket Bond: | $35,756,000.00  (per case limit) |
| Period Ending: | 03/31/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 12,503.03 | | 12,503.03 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 19.36 | 12,483.67 |
| 11/05/21 | {12} | SHUMAKER, LOOP & KENDRICK, LLP | SETTLEMENT WITH VIRGIN HOLIDAYS (COURT ORDER DOC. NO. 92, 4/30/21) | 1129-000 | 562,620.87 | | 575,104.54 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 682.61 | 574,421.93 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 951.33 | 573,470.60 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 888.48 | 572,582.12 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 856.61 | 571,725.51 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,008.05 | 570,717.46 |
| | | | **ACCOUNT TOTALS** | | 575,123.90 | 4,406.44 | **$570,717.46** |
| | | | Less: Bank Transfers | | 12,503.03 | 0.00 | |
| | | | **Subtotal** | | 562,620.87 | 4,406.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$562,620.87** | **$4,406.44** | |

{} Asset reference(s)

Printed: 04/01/2022 10:15 AM    V.20.40

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 19-11518 MGW | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|
| Case Name: | CONTEMPO FLORIDA HOLIDAYS LIMITED I | Bank Name: | Mechanics Bank |
| | | Account: | ******8966 - Checking Account |
| Taxpayer ID #: | **-***3179 | Blanket Bond: | $35,756,000.00   (per case limit) |
| Period Ending: | 03/31/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/10/20 | | BAY AREA AUCTION SERVICES, INC. | AUCTION SALE OF OFFICE FURNITURE, FIXTURES, COLLECTIBLES, ETC. (PER COURT ORDER DOC#68, 4/20/20 JUNE 20, 2020 | | | 17,021.50 | | 17,021.50 |
| | {1} | | AUCTION SALE - AUTO | 5,000.00 | 1129-000 | | | 17,021.50 |
| | {2} | | AUCTION SALE- AUTO | 5,250.00 | 1129-000 | | | 17,021.50 |
| | {4} | | AUCTION SALE- AUTO | 5,500.00 | 1129-000 | | | 17,021.50 |
| | {16} | | AUCTION SALE- OFFICE FURNITURE | 1,219.50 | 1129-000 | | | 17,021.50 |
| | {18} | | AUCTION SALE - COMPUTERS | 52.00 | 1129-000 | | | 17,021.50 |
| 07/20/20 | 101 | BAY AREA AUCTION SERVICES, INC. | Payment of fees and expenses (Per Court Order Doc. No. 80) 7/17/20 | | | | 4,215.15 | 12,806.35 |
| | | | Auctioneer Fees | 1,434.40 | 3610-000 | | | 12,806.35 |
| | | | Auctioneer Expenses | 2,780.75 | 3620-000 | | | 12,806.35 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 15.64 | 12,790.71 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 19.76 | 12,770.95 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 21.77 | 12,749.18 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 20.37 | 12,728.81 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 19.66 | 12,709.15 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 22.34 | 12,686.81 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 19.65 | 12,667.16 |
| 02/09/21 | | Transition Transfer Debit | Transition Transfer Debit | | 9999-000 | | 12,667.16 | 0.00 |

Subtotals :   $17,021.50   $17,021.50

{} Asset reference(s)

Printed: 04/01/2022 10:15 AM   V.20.40

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 19-11518 MGW | **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| --- | --- | --- | --- |
| **Case Name:** | CONTEMPO FLORIDA HOLIDAYS LIMITED I | **Bank Name:** | Mechanics Bank |
| | | **Account:** | ******8966 - Checking Account |
| **Taxpayer ID #:** | **-***3179 | **Blanket Bond:** | $35,756,000.00   (per case limit) |
| **Period Ending:** | 03/31/22 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | **17,021.50** | **17,021.50** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 12,667.16 | |
| | | | **Subtotal** | | **17,021.50** | **4,354.34** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,021.50** | **$4,354.34** | |

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 19-11518 MGW | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|
| Case Name: | CONTEMPO FLORIDA HOLIDAYS LIMITED I | Bank Name: | People's United Bank |
| | | Account: | ******5230 - Checking Account |
| Taxpayer ID #: | **-***3179 | Blanket Bond: | $35,756,000.00   (per case limit) |
| Period Ending: | 03/31/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 12,667.16 | | 12,667.16 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 18.94 | 12,648.22 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 22.29 | 12,625.93 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 20.23 | 12,605.70 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 18.85 | 12,586.85 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 22.18 | 12,564.67 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 20.13 | 12,544.54 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 21.44 | 12,523.10 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 20.07 | 12,503.03 |
| 10/28/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2724 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2724 | 9999-000 | | 12,503.03 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,667.16 | 12,667.16 | $0.00 |
| | | | Less: Bank Transfers | | 12,667.16 | 12,503.03 | |
| | | | Subtotal | | 0.00 | 164.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $164.13 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** | 19-11518 MGW |
| **Case Name:** | CONTEMPO FLORIDA HOLIDAYS LIMITED I |
| **Taxpayer ID #:** | **-***3179 |
| **Period Ending:** | 03/31/22 |

| | |
|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | People's United Bank |
| **Account:** | ******5230 - Checking Account |
| **Blanket Bond:** | $35,756,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   579,642.37
Net Estate :   $579,642.37

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8078 | 562,620.87 | 4,406.44 | 570,717.46 |
| Checking # ******8966 | 17,021.50 | 4,354.34 | 0.00 |
| Checking # ******5230 | 0.00 | 164.13 | 0.00 |
| | $579,642.37 | $8,924.91 | $570,717.46 |

{} Asset reference(s)